United States District Court

Eastern District of Louisiana

Neyland

v.

Hyundai Merchant Mar

CIVIL ACTION NO. 2:00-cv-00106
A(3)

The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 12, 2000.

By Direction of the Court

LORETTA G. WHYTE, CLERK



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 11  P 4: 45

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION 00-0106 |
| VERSUS | * | NO. |
| HYUNDAI MERCHANT MARINE (AMERICA), INC. | * | SECTION SECT. A MAG. 3 |
| | | JUDGE |
| * * * * * * * * | * | MAGISTRATE |

### NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes Hyundai Merchant Marine (America), Inc., which has been made a defendant in the action entitled "Barney Neyland v. Hyundai Merchant Marine (America), Inc.", bearing Civil Action No. 99-19363, Section "16-D" in the Civil District Court for the Parish of Orleans, State of Louisiana, to notice the removal of that Louisiana state court action to the United States District Court for the Eastern District of Louisiana and, upon information and belief, represents:

Fee $150.00
Process___
X Dktd___
___CtRmDep
Doc.No.___1

**1.**

The above-described action asserts a civil action over which this Court has original subject matter jurisdiction under the provisions of 28 U.S.C. §1332, permitting removal of this action under 28 U.S.C. §1441.

**2.**

Plaintiff, Barney Neyland, is a citizen and resident of the State of Louisiana.

**3.**

Hyundai Merchant Marine (America), Inc. is a corporation incorporated under the laws of the State of California with its principal place of business in State of California.

**4.**

The defendant is neither a citizen nor resident of the State of Louisiana.

**5.**

In Article VII of his Petition for Damages, plaintiff alleges that he sustained injuries to his back and shoulder causing him to be totally and permanently disabled and has sustained mental and physical pain and suffering, past and future lost wages, medical expenses and other related damages, which, upon information and belief, exceed the sum of $75,000, exclusive of interest and costs.

**6.**

Pursuant to the provisions of 28 U.S.C. §1441, this action is one which may be

removed to the United States District Court for the Eastern District of Louisiana.

7.

Plaintiff's state court petition was filed on 1 December 1999 and service of this suit was first received on 13 December 1999. Therefore, removal is timely under 28 U.S.C. §1446(b).

8.

A copy of all pleadings filed in the state court action in this matter, including the Petition for Damages, is submitted herewith.

WHEREFORE, defendant, Hyundai Merchant Marine (America), Inc., notices the removal of the above-described state court action to this court.

Respectfully submitted,

MURPHY, ROGERS & SLOSS

_____
Robert H. Murphy, T.A. #9850
Scott E. Oliphant #23885
701 Poydras Street
Suite 400, One Shell Square
New Orleans, Louisiana 70139
Telephone: (504) 523-0400
Attorneys for Hyundai Merchant Marine (America), Inc.

3