FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 23 P 4: 32

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARNEY NEYLAND | CIVIL ACTION |
| VERSUS | NO. 00-0106 |
| HYUNDAI MERCHANT MARINE (AMERICA), INC. | SECTION "A" <br> MAG. 3 |

## MOTION AND ORDER TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come intervenors, Transocean Operators, Inc. (TTO) and American Longshore Mutual Association ("ALMA"), and suggests to this Court that John L. Duvieilh of the law firm of Jones, Walker, Waechter, Poitevent, Carrere & Denegre, desires to be substituted as counsel of record for intervenors in place and in lieu of Alan G. Brackett of the firm Mouledoux, Bland, Legrand & Brackett, and therefore all further pleadings and notices be forwarded to the attention of John L. Duvieilh.

Respectfully submitted,

DATE OF ENTRY FEB 2 5 2000

JOHN L. DUVIEILH (Bar #17575)
Jones, Walker, Waechter, Poitevent,
   Carrere & Denegre
201 St. Charles Avenue, 47th Floor
New Orleans, LA 70170
Telephone: 582-8615

N0476039.1

_[signature]_

ALAN G. BRACKETT
Mouledoux, Bland, Legrand & Brackett
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone: 595-3000

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been sent to opposing counsel of record, this 23 day of February, 2000.

_[signature]_
JOHN L. DUVIEILH

N0476039.1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARNEY NEYLAND | CIVIL ACTION |
| VERSUS | NO. 00-0106 |
| HYUNDAI MERCHANT MARINE (AMERICA), INC. | SECTION "A" MAG. 3 |

### ORDER

CONSIDERING THE ABOVE AND FOREGOING:

IT IS HEREBY ORDERED that John L. Duvieilh of the law firm of Jones, Walker, Waechter, Poitevent, Carrere & Denegre be and he is hereby substituted as counsel of record for intervenors, Transocean Terminal Operators, Inc. and America Longshore Mutual Association, in place and in lieu of Alan G. Brackett and the firm of Mouledoux, Bland, Legrand & Brackett.

New Orleans, Louisiana, this __25__ day of __February__, 2000.

_____
UNITED STATES DISTRICT JUDGE

N0476039.1