```
                                              FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                       2000 JUN 21  P 1:39

                                        LORETTA G. WHYTE
                                             CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER:   00-106 |
| | * | |
| HYUNDAI MERCHANT MARINE | * | SECTION: "A" |
| (AMERICA), INC. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (3) |

### UNOPPOSED MOTION FOR LEAVE
### TO AMEND THE ORIGINAL COMPLAINT

**NOW INTO COURT**, through undersigned counsel comes complainant, Barney Neyland, who moves this Court for leave to amend the original complaint filed in this matter to bring in additional party defendants, COSCO Bulk Carriers Co., Ltd., Sea Mild Shipping, Inc., and China Shipowners Mutual Assurance Association; counsel for complainant has only recently learned of the newly named party defendants through answers to discovery furnished by defendant, Hyundai, on or about May 30, 2000; counsel for complainant does not foresee this amendment to pose a delay to the trial date of this matter; counsel for complainant certifies to this Honorable Court that counsel for defendant, Hyundai Merchant Marine (America), Inc., has been contacted and asserts no objection to the filing and granting of this motion.

**WHEREFORE**, complainant, Barney Neyland, requests leave of Court to file the attached First Amending Complaint.

```
DATE OF ENTRY

JUN 22 2000
```

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (504) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 19 day of June, 2000.

_____
THOMAS M. DISCON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER:  00-106 |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | SECTION: "A" |
| **(AMERICA), INC.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE:  (3) |

### UNIFORM LOCAL RULE 7.6E CERTIFICATE

Counsel for complainant, Barney Neyland, certifies to this Honorable Court that opposing counsel has been contacted pursuant to Rule 7.6E as to its position regarding complainant's Unopposed Motion for Leave to Amend the Original Complaint filed in connection with the above-captioned matter. Opposing counsel has asserted no objection to same.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana  70448
Telephone: (504) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this ___19___ day of ___June___, 2000.

_____
THOMAS M. DISCON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER:   00-106 |
| | * | |
| HYUNDAI MERCHANT MARINE | * | SECTION: "A" |
| (AMERICA), INC. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (3) |

### ORDER

Considering the foregoing Unopposed Motion for Leave to Amend;

**IT IS HEREBY ORDERED,** that complainant's Motion for Leave to Amend be and the same is hereby GRANTED.

**IT IS FURTHER ORDERED,** that complainant's First Amending Complaint be filed and made a part of the record herein this date.

New Orleans, Louisiana, this 22d day of June, 2000.

_____
JUDGE