

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER:   00-106 |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | SECTION: "A" |
| **(AMERICA), INC.** | * | |
| \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | MAGISTRATE:  (3) |

## UNOPPOSED MOTION TO EXTEND PRE-TRIAL DEADLINES

**NOW INTO COURT**, through undersigned counsel come the parties to this suit, and respectfully file this unopposed motion to extend the pre-trial deadlines for the following reasons, to-wit:

Complainant and defendant are in need of additional time for the furnishing and exchanging of expert reports in this matter. The complainant would request an additional thirty (30) days, while extending defendant's deadline by thirty (30) days from the previous deadline as set forth by the Scheduling Order issued in this matter for the furnishing and exchanging of expert reports in this matter. Thus, per the calculations of the Scheduling Order issued by the Court in this matter the witness and exhibit lists are normally due on the date defendant's expert reports are to be exchanged. Therefore, counsel herein would request that the deadline to file exhibit and witness lists be extended to coordinate that due date with that of defendant's expert reports.

DATE OF ENTRY
JUL 1 0 2000

The trial of this matter is scheduled to commence on October 16, 2000. Counsel for both complainant and defendant desire to conduct additional discovery in this matter, including depositions of various witnesses and the complainant. In addition, several medical and expert depositions need to be taken by both parties. As such, mover would request that the discovery deadline be extended thirty (30) days.

Counsel herein certify to the Court that the extensions requested herein will in no way impede upon the scheduled trial.

**WHEREFORE**, for the foregoing reasons, counsel herein move this Honorable Court to extend the pre-trial deadlines in this matter.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (504) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this ___7___ day of ___July___, 2000.

_____
THOMAS M. DISCON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-106 |
| | * | |
| HYUNDAI MERCHANT MARINE (AMERICA), INC. | * | SECTION: "A" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (3) |

## ORDER

Considering the forgoing Unopposed Motion to Extend Pre-Trial Deadlines;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the expert report deadlines are extended as follows:

Complainant's Expert Reports:    August 6, 2000

Defendant's Expert Reports:    September 5, 2000

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the deadline to submit exhibit and witness lists be and is hereby extended to September 5, 2000; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the discovery deadline be and is hereby extended to October 5, 2000.

New Orleans, Louisiana this 10th day of July, 2000.

_____
JUDGE