

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP 11 PM 4: 17

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER:  00-106 |
| | * | |
| HYUNDAI MERCHANT MARINE | * | SECTION: "A" |
| (AMERICA), INC. | * | |
| * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (3) |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Barney Neyland, who moves this Honorable Court for a continuance of the trial of this matter which is presently scheduled for October 16, 2000 for the reasons more fully set forth herein.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana  70448
Telephone: (504) 674-9748
Attorneys for Plaintiff

DATE OF ENTRY
SEP 1 5 2000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this _11_ day of _September_, 2000.

_____
THOMAS M. DISCON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER:  00-106 |
| | * | |
| HYUNDAI MERCHANT MARINE | * | SECTION: "A" |
| (AMERICA), INC. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (3) |

## CERTIFICATE PURSUANT TO
## ARTICLE THREE OF THE EXPENSE AND DELAY REDUCTION PLAN

Pursuant to Article Three of the Expense and Delay Reduction Plan, undersigned counsel hereby certifies that he has advised his client that he has initiated a motion to continue trial and that said client has been provided with a copy of said motion and consent; and, further, that all counsel of record have been contacted and agree to the motion to continue trial.

New Orleans, Louisiana this _11_ day of _September_, 2000.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037

424 N. Causeway Blvd., Suite A<br>
Mandeville, Louisiana 70448<br>
Telephone: (504) 835-6435<br>
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this _11_ day of _September_, 2000.

_____<br>
THOMAS M. DISCON

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER: 00-106 |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | SECTION: "A" |
| **(AMERICA), INC.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (3) |

**MEMORANDUM IN SUPPORT OF**
**UNOPPOSED MOTION TO CONTINUE TRIAL**

**MAY IT PLEASE THE COURT:**

Plaintiff amended the original complaint filed in this matter for purposes of bringing in three additional party defendants, COSCO Bulk Carriers Co., Ltd., Sea Mild Shipping, Inc., and China Shipowners Mutual Assurance Association, all foreign corporations of China and a protection and indemnity association of China. In Plaintiff's amending complaint it is alleged that COSCO Bulk Carriers Co., Ltd. and Sea Mild Shipping, Inc. are the owners, operators, charterers and/or owners pro hac vice, of the M/V SEA MILD and employer of its master and crew. The alleged incident in this matter occurred upon the M/V SEA MILD. China Shipowners Mutual Assurance Association is a protection and indemnity association providing insurance to the M/V SEA MILD, her owners, charterers, operators, and/or owners pro hac vice for the damages alleged in this matter.

The defendants referenced herein were recently discovered and the complaint was amended. The newly named defendants are pertinent parties to this suit as referenced by the allegations set forth herein. Discovery having led to the identify of the newly named defendants will necessitate additional discovery in this matter, including corporate depositions of the newly named defendants, fact witnesses and experts.

Plaintiff has attempted service by waiver and has been unsuccessful. Plaintiff is now attempting service of process upon the three newly named defendants by way of the Hague Convention through China. Service pursuant to the Hague Convention requires translation and then must go through the appropriate channels and procedures of the country of the defendants upon which service is to be effected. Thus, service through the Hague Convention is a lengthy process.

The parties herein have conferred in regards to the newly named defendants and it is clear that it is impossible for the parties herein to conduct the necessary discovery and investigation necessary to prepare its respective cases for the trial of this matter. Further, the newly named defendants are main defendants and will require sufficient time to prepare its case, obtain experts and complete discovery necessary to bring this matter to trial.

Wherefore, undersigned counsel would request a short continuance of the pre-trial and trial of this matter and, that upon the newly named defendants making an appearance in this matter that a status conference be held via telephone for the purposes of selecting pre-trial and trial dates.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana  70448
Telephone: (504) 674-9748
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this _11_ day of _September_, 2000.

_____
THOMAS M. DISCON

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER:  00-106 |
| | * | |
| HYUNDAI MERCHANT MARINE | * | SECTION: "A" |
| (AMERICA), INC. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (3) |

## ORDER

Considering the foregoing Unopposed Motion to Continue Trial;

**IT IS HEREBY ORDERED** that the pre-trial and trial scheduled in the above-captioned matter be and, the same are hereby continued; *to be reset at a later date*

New Orleans, Louisiana this *13* day of *September*, 2000.

_____
JUDGE