UNITED STATES DISTRICT COURT
FILED

OCT 6 2000

EASTERN DISTRICT OF LOUISIANA
Loretta G. Whyte
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IT IS ORDERED that counsel for plaintiff in the following cases are ordered to show cause on Wednesday, November 22, 2000 at 10:00 a.m. before Judge Charles Schwartz, Jr. why they should not be dismissed for failure to prosecute:



00-106    BARNEY NEYLAND vs. TRANSOCEAN TERMINAL OPERATORS, INC.
          (As to Cosco Bulk Carriers Co., Sea Mild Shipping, Inc., and
          China Shipowners Mutual Assurance Assoc.)

00-2545   DELMAS E. BARKER vs. TIDEWATER MARINE, INC.


New Orleans, Louisiana, this <u>6th</u> day October, 2000.


LORETTA G. WHYTE, CLERK



PLEASE DIRECT ALL INQUIRIES TO CESYLE NELSON, 589-7680


OCT 6 2000

DATE OF ENTRY_____

