MINUTE ENTRY
DECEMBER 14, 2000
SCHWARTZ, J.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 14  PM 2: 00

LORETTA G. WHYTE
CLERK

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARNEY NEYLAND                    CIVIL ACTION

VERSUS                            NO.  00-0106

HYUNDAI MERCHANT MARINE           SECTION: "A"(3)
(AMERICA), INC., ET AL

    The Clerk is hereby directed to reallot the above-
captioned case to another section of court.

DATE OF ENTRY
DEC 1 4 2000

REALLOTTED TO    **SECT. B**

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.