FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 21  AM 11:49

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
LEMELLE, J.
December 18, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARNEY NEYLAND | CIVIL ACTION |
| VERSUS | NO.  00-0106 |
| HYUNDAI MERCHANT MARINE, (AMERICA), INC., ET AL. | SECTION "B" ( 3 ) |

* * * * * * * * * * * * * *

The Call Docket scheduled for November 22, 2000 in the above-captioned matter, is hereby CONTINUED to May 16, 2001 at 9:00 a.m.  Plaintiff has until that date to show cause why defendants, Cosco Bulk Carriers Co., Ltd., Sea Mild Shipping, Inc. and China Shipowners Mutual Assuance Association, should not be dismissed for failure to prosecute.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
DEC 2 2 2000

___Fee_____
___Process___
_X_Dktd_____
___CtRmDep___
Doc.No._____