```
                                    FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                              2001 MAY 16  A 11: 31

                              LORETTA G. WHYTE
                                     CLERK
```

MINUTE ENTRY
LEMELLE, J.
May 16, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

The following case was set this day to show cause why it should not be DISMISSED. IT IS ORDERED that said case be disposed of as indicated below:

00-0106    Barney Neyland vs. Hyundai Merchant Marine (America), Inc., et al.
No return of service or answer as to defendants, Cosco Bulk Carrier Co., Ltd., Sea Mild Shipping, Inc., and China Shipowners Mutual Assuance Association.
Ordered: Case not called. Docket satisfied as to Cosco Bulk Carrier Co., Ltd. Passed for 60 days as to Sea Mild Shipping, Inc. and China Shipowners Mutual Assuance Association.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAY 1 6 2001

Fee_____
Process_____
X  Dktd_____
   CtRmDep____
   Doc.No. 19