

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 27 PM 1:56

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER:  00-106 |
| | * | |
| **HYUNDAI MERCHANT MARINE (AMERICA), INC.** | * | SECTION: "B" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (3) |

### UNOPPOSED MOTION FOR LEAVE
### TO AMEND THE ORIGINAL AND FIRST AMENDING COMPLAINTS

**NOW INTO COURT,** through undersigned counsel comes Complainant, Barney Neyland, who moves this Honorable Court for leave to amend the original and first amending complaints filed in this matter in the following respects:

1. by substituting "West of England", in place of and in its stead, for every reference made in the original and first amending complaints to "China Shipowners Mutual Assurance Association"; and

2. dismissing Hyundai Merchant Marine (America), Inc. as a Defendant without prejudice.

**WHEREFORE,** Complainant, Barney Neyland, requests leave of Court to file the attached Second Amending Complaint.

DATE OF ENTRY
AUG 29 2001

___Fee_____
___Process____
_X_ Dktd_____
___CtRmDep___
Doc.No.__20__

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (504) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 24 day of August, 2001.

_____
THOMAS M. DISCON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER:  00-106 |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | SECTION: "B" |
| **(AMERICA), INC.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (3) |

## ORDER

Considering the foregoing Unopposed Motion for Leave to Amend;

**IT IS HEREBY ORDERED,** that Complainant's Motion for Leave to Amend be and the same is hereby GRANTED and that the Second Amending Complaint be filed and made a part of the record herein this date; and

**IT IS FURTHER ORDERED** that the claims asserted by Complainant against Hyundai Merchant Marine (America), Inc. be and the same are hereby dismissed, without prejudice, reserving all rights of Complainant as to the remaining parties to this litigation.

New Orleans, Louisiana, this 28th day of August, 2001.

_____
JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER:   00-106 |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | SECTION: "B" |
| **(AMERICA), INC.** | * | |
| ************************ | | MAGISTRATE: (3) |

### UNIFORM LOCAL RULE 7.6E CERTIFICATE

Counsel for Complainant, Barney Neyland, certifies to this Honorable Court that opposing counsel has been contacted pursuant to Rule 7.6E as to its position regarding Complainant's Unopposed Motion for Leave to Amend the Original and First Amending Complaints filed in connection with the above-captioned matter. Opposing counsel has asserted no objection to same.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana   70448
Telephone: (504) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 24 day of August, 2001.

_____
THOMAS M. DISCON

2