

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 28 PM 4: 30

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER:   00-106 |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | SECTION: "B" |
| **(AMERICA), INC.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (3) |

## SECOND AMENDING COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Complainant, Barney Neyland, who amends his original and first amending complaints as follows, to-wit:

**1.**

Complainant reavers and realleges each and every allegation of the original and first amending complaints.

**2.**

Complainant adds the following paragraphs, to-wit:

**IX.**

Complainant amends this matter to substitute "West of England", in place of and in its stead, for every reference made in the original and first amending complaints to "China Shipowners Mutual Assurance Association."

**WHEREFORE,** Complainant, BARNEY NEYLAND, demands judgment against the Defendants herein, COSCO BULK CARRIERS CO., LTD., SEA MILD SHIPPING, INC., AND WEST OF ENGLAND, jointly, severally, and in solido, for the full and total sum of TWO MILLION FIVE HUNDRED THOUSAND AND NO/100 ($2,500,000.00) DOLLARS, altogether with legal interest thereon from the date of the accident herein until paid, for all costs of these proceedings, plus medical expenses and other damages allowable under the law, and all appropriate, general and equitable relief and for trial by jury.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (504) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 24 day of August, 2001.

_____
THOMAS M. DISCON

**PLEASE SERVE:**

West of England
*Pursuant to Waiver*

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-106 |
| | * | |
| HYUNDAI MERCHANT MARINE | * | SECTION: "A" |
| (AMERICA), INC. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (3) |

### FIRST AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, comes complainant, Barney Neyland, who amends his original complaint as follows, to-wit:

**1.**

Complainant reavers and realleges each and every allegation of the original complaint.

**2.**

Complainant adds the following paragraphs, to-wit:

**VIII.**

Made party defendants herein are:

a) COSCO Bulk Carriers Co., Ltd., upon information and belief a foreign corporation doing business within this district and within the jurisdiction of this Honorable Court and are the owners, operators, charterers and/or owners pro hac vice, of the M/V SEA MILD and employer of its master and crew;

b)  Sea Mild Shipping, Inc., upon information and belief a foreign corporation doing business within this district and within the jurisdiction of this Honorable Court and are the owners, operators, charterers and/or owners pro hac vice, of the M/V SEA MILD and employer of its master and crew; and

c)  China Shipowners Mutual Assurance Association, upon information and belief, a protection and indemnity association providing insurance to the M/V SEA MILD, her owners, charterers, operators, and/or owners pro hac vice for the damages set forth herein.

**WHEREFORE**, petitioner, BARNEY NEYLAND, demands judgment against the defendants herein, HYUNDAI MERCHANT MARINE (AMERICA), INC., COSCO BULK CARRIERS CO., LTD., SEA MILD SHIPPING, INC., AND CHINA SHIPOWNERS MUTUAL ASSURANCE ASSOCIATION jointly, severally, and in solido, for the full and total sum of TWO MILLION FIVE HUNDRED THOUSAND AND NO/100 ($2,500,000.00) DOLLARS, altogether with legal interest thereon from the date of the accident herein until paid, for all costs of these proceedings, plus medical expenses and other damages allowable under the law, and all appropriate, general and equitable relief and for trial by jury.

Respectfully submitted,

DISCON LAW FIRM


BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037

2

424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (504) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this _19_ day of _June_, 2000.

_____
THOMAS M. DISCON

**PLEASE SERVE:**

COSCO Bulk Carriers Co., Ltd.

Sea Mild Shipping, Inc.

China Shipowners Mutual Assurance Association

3

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NUMBER: 99-19363   DIVISION: D   SECTION:

SECTION 16

BARNEY NEYLAND

VERSUS

HYUNDAI MERCHANT MARINE (AMERICA), INC.

FILED:_____   _____
                                        DEPUTY CLERK

### PETITION FOR DAMAGES

NOW IN COURT, through undersigned counsel, comes petitioner, BARNEY NEYLAND, a person of full legal age and a citizen and resident of Orleans Parish, State of Louisiana. Petitioner avers the following:

I.

Made party defendant herein is HYUNDAI MERCHANT MARINE (AMERICA), INC., a California corporation with its principal place of business in California.

II.

On or about January 15, 1999, plaintiff was employed by Transocean Terminal Operators, Inc. in the capacity of a longshoreman. At said time, plaintiff was assigned to work aboard the *S/S Sea Mild*.

III.

At all material times herein, the *S/S Sea Mild* was owned, operated and controlled by defendant.

IV.

While operations were taking place aboard the *S/S Sea Mild* in New Orleans, Louisiana, plaintiff was caused serious injury when a crane of the *S/S Sea Mild* malfunctioned causing crane cables to break and recoil striking the crane cab injuring plaintiff who was operating said crane.

V.

This matter is being brought pursuant to the General Maritime Law and "Savings to Suitors" clause.

VI.

A proximate cause of the accident herein was the negligence attributable to defendant and its crewmembers of the *S/S Sea Mild*.

VII.

As a direct and proximate result of the accident herein, BARNEY NEYLAND sustained a permanent and totally disabling injury to his back and shoulder, causing him to be rendered totally and permanently disabled, to sustain past and future mental and physical pain and suffering, past and future loss wages and other related damages and expenses, including future medical expenses, all for which petitioner is entitled to sue and recover from the defendant herein in the full and total sum to be determined by the trier of fact herein.

WHEREFORE, petitioner, BARNEY NEYLAND, demands judgment against the defendant herein, HYUNDAI MERCHANT MARINE (AMERICA), INC., for the full and total sum of a fair amount to be determined by the trier of fact herein, plus medical expenses and other damages allowable under the law, all together with legal interests thereon from date of accident herein until paid, for all costs of these proceedings, and all appropriate, general and equitable relief and for trial by jury.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana   70448
Telephone: (504) 674-9748

PLEASE SERVE:

HYUNDAI MERCHANT MARINE (AMERICA), INC.
Pursuant to Louisiana Long Arm Statute
Through its agent for service of Process
J Y Kim
879 W. 190th Street, 7th Floor
Gardena, CA   90248

2

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NUMBER: DIVISION: SECTION:

BARNEY NEYLAND

VERSUS

HYUNDAI MERCHANT MARINE (AMERICA), INC.

FILED:_____   _____
DEPUTY CLERK

### JURY ORDER

LET this cause be tried by a civil jury upon plaintiff giving bond with good and solvent surety, conditioned as the law directs, in the amount of _____ to cover the additional costs of the jury herein.

New Orleans, Louisiana, this _____ day of _____, 199__.

_____
JUDGE