FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN -7 PM 4:48

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRCT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION NO. 00-0106 |
| | * | |
| VERSUS | * | SECTION "X" B |
| | * | |
| HYUNDAI MERCHANT MARINE (AMERICA), INC. | * | MAGISTRATE "3" |
| | * | |

* * * * * * * * * * * * * * * **

**MOTION AND ORDER TO SUBSTITUTE COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, come intervenors, Transocean Operators, Inc. (TTO) and American Longshore Mutual Association ("ALMA"), and suggests to this Court that Collins C. Rossi of the law firm of Collins C. Rossi, APLC, desires to be substituted as counsel of record for intervenors in place and in lieu of John L. Duvieilh of the firm Jones, Walker, Waechter, Poitevent, Carrere &

DATE OF ENTRY
JAN 11 2002

Denegre, and therefore all further pleadings and notices be forwarded to the attention of Collins C. Rossi.

Respectfully submitted,

_____
COLLINS C. ROSSI (#1573)
RICHARD C. ELY, JR. (#25662)
2450 Severn Ave., Suite 312
Metairie, LA 70001
Telephone. (504) 832-0960
Counsel for Intervenors, Transocean Operators, Inc. and American Longshore Mutual Association

_____
JOHN L. DUVIEILH (#17575)
Jones, Walker, Waechter, Poitevent,
  Carrere & Denegre
201 St. Charles Avenue, 47th Floor
New Orleans, LA 70170
Telephone: (504) 582-8616

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on all counsel of record by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 4th day of January, 2002.

_____
COLLINS C. ROSSI

UNITED STATES DISTRCT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION NO. 00-0106 |
| VERSUS | * | SECTION "A" |
| HYUNDAI MERCHANT MARINE (AMERICA), INC. | * | MAGISTRATE "3" |

* * * * * * * * * * * * * * * *

**O R D E R**

CONSIDEIRNG THE ABOVE AND FOREGOING:

IT IS HEREBY ORDERED that Collins C. Rossi of the law firm of Collins C. Rossi, APLC be and he is hereby substituted as counsel of record for intervenors, Transocean Terminal Operators, Inc. and American Longshore Mutual Association, in place and in lieu of John L. Duvieilh of the law firm of Jones, Walker, Waechter, Poitevent, Carrere & Denegre.

New Orleans, Louisiana this _____ day of January, 2001.

_____
UNITED STATES DISTRICT JUDGE