FILED
U.S DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR 22 AM 9: 57

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## NOTICE

C.A. 00-106 "B"

Pursuant to direction of the court, the magistrate judge division (3) cases on the attached listing are reallotted to the magistrate judge divisions as noted.

April 22, 2002                    **LORETTA G. WHYTE, CLERK**

___ Fee ___
___ Process ___
 X  Dktd ___
___ CtRmDep ___
 ✓  Doc. No. 27

| CASE NO. | TITLE | REALLOTTED TO MAG JUDGE DIVISION: |
|---|---|---|
| (00-106　B) | Neyland v. Hyundai Merchant Mar | 5 |
| 00-368　C | Marrogi v. Howard | 4 |
| 00-597　C | Lovoi v. Alitalia Airlines | 1 |
| 00-647　T | Coe v. BP Amoco Corporation | 1 |
| 00-722　K | Downs v. SSA | 2 |
| 00-945　B | Sanchez-Leonor v. USA | 2 |
| 00-1083 N | Barthelemy v. LA Dept Health | 2 |
| 00-1378 B | Smith v. Maxey | 5 |
| 00-1422 K | Mitsui & Co USA v. Stellar Beny MV | 4 |
| 00-1435 M | Lynch v. Lee | 4 |
| 00-1772 T | Samedan Oil Corp v. Delta Well Surveyors | 1 |
| 00-1826 B | Castillo v. LA State | 5 |
| 00-2110 K | Temple v. Wells | 5 |
| 00-2131 C | Apache Corporation v. Galiano Tugs Inc | 5 |
| 00-2178 A c/w | Travelers Property v. Calciner Ind Inc | 1 |
| 00-3023 A | Contl Ins Co v. MEMCO Barge Line Inc | 1 |
| 00-2441 L | Burrell v. Nationwide Mtl Ins | 4 |
| 00-2520 M | Morgan Keegan & Co v. Lalonde | 2 |
| 00-2623 A | Rhyce v. Martin | 1 |
| 00-2726 S | Crescent City v. Chrysler Corporation | 1 |
| 00-3100 B | Knock 1736 Ltd v. Marathon Ashland | 2 |
| 00-3110 A | Trevino v. Boomtown Inc of DE | 1 |
| 00-3537 C | Cargill Ferrous Intl v. Indus Advantage MV | 4 |
| 00-3606 M | Hesse v. Ivonyx Inc | 2 |