

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| **VERSUS** | * | NUMBER:  00-106 |
| **HYUNDAI MERCHANT MARINE (AMERICA), INC.** | * | SECTION: "B" |
| *************************** | | MAGISTRATE: (5) |

### MOTION TO COMPEL DISCOVERY

**NOW INTO COURT**, through undersigned counsel, comes complainant, Barney Neyland, and pursuant to Rule 37 of the Federal Rules of Civil Procedure, and for the reasons more particularly described in the attached memorandum in support of this motion, respectfully requests this Honorable Court to enter an order compelling defendants to fully, completely and without objection respond to interrogatories and requests for production of documents propounded by complainant on February 6, 2002. Claimant is also entitled to reasonable costs, expenses, and attorney's fees necessitated by the filing of this Motion.

                                                  Respectfully submitted,
                                                  DISCON LAW FIRM

                                                  BY: _____
                                                  THOMAS M. DISCON, T.A. #14219
                                                  JOHN G. DISCON, #4961
                                                  GREGORY T. DISCON, #22037
                                                  424 N. Causeway Blvd., Suite A
                                                  Mandeville, Louisiana  70448
                                                  Telephone: (985) 674-9748

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 8th day of May, 2002.

THOMAS M. DISCON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER: 00-106 |
| | * | |
| **HYUNDAI MERCHANT MARINE (AMERICA), INC.** | * | SECTION: "B" |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (5) |

## MEMORANDUM IN SUPPORT
## OF MOTION TO COMPEL DISCOVERY

**MAY IT PLEASE THE COURT:**

On February 6, 2002, complainant, Barney Neyland, propounded interrogatories and requests for production of documents to defendants. Copies of said interrogatories and requests for production of documents are attached hereto as Exhibit "A".

Because defendants have not forwarded responses and/or objections to complainant's discovery within the time allotted under the Federal Rules of Civil Procedure, counsel for complainant conducted a conference pursuant to U.L.R. 37.1E on February 7, 2002, via telephone. Counsel were unable to resolve this discovery issue.

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, complainant respectfully requests this Honorable Court to enter an order compelling defendants to fully, completely and without objection respond to said interrogatories and requests for production of documents within one week.

Complainant further requests an order of this Court awarding him reasonable expenses including attorney's fees for the preparation, filing and argument on this motion.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (985) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 8th day of May ,2002.

_____
THOMAS M. DISCON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER: 00-106 |
| | * | |
| **HYUNDAI MERCHANT MARINE (AMERICA), INC.** | * | SECTION: "B" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (3) |

### INTERROGATORIES

NOW INTO COURT, through undersigned counsel, comes plaintiff, Barney Neyland, who propounds the following Interrogatories to defendants, West of England and Cosco Bulk Carrier Co., Ltd. These responses are to be furnished at the offices of plaintiff's counsel, Thomas M. Discon, Discon Law Firm, 424 N. Causeway Boulevard, Suite A, Mandeville, Louisiana 70448, within thirty (30) days of receipt of these Interrogatories. These Interrogatories are to be deemed continuing in nature, and the defendants are required to supplement these answers in the event that further information should be discovered at a later date.

1. State the name, address and home telephone number of each person who has given any statement or report concerning the facts, manner, place, time or cause of the accident involved in this action or concerning the nature or extent of complainant's injuries suffered as a result thereof.



EXHIBIT A

2. State the name, address, and home telephone number of each person who claims to have knowledge concerning the facts, manner, place, time or cause of the accident involved in this action or concerning the nature or extent of complainant's injuries suffered as a result thereof.

3. Please state in complete detail your contention or understanding of how the accident occurred, including the cause or causes thereof, and/or witnesses, documents, or other evidence upon which you rely and base such contention or understanding

4. State the name, address and home telephone number of each person expected to be called as a witness concerning the facts, manner, place, time or cause of the accident involved in this action, or concerning the nature or extent of complainant's injuries suffered as a result thereof and include a summary of the expected testimony of each.

5. State the name, address and home telephone number of each person expected to be called as an expert in connection with this matter and a summary of the expected testimony of said expert.

6. Identify all documents in your possession or control referencing or pertaining to the accident herein or job involved herein and produce same.

7. Identify all documents you may use for trial and produce copies of same.

8. Identify the owner and operator of vessel herein.

9. Identify the employer of the crew of the vessel herein.

10. State the name, address, telephone number and occupation of each person who may have examined or investigated and part failure or the accident herein.

2

11. State the name, address, telephone number and present employment status of the crew members of the *M/V Sea Mild* most knowledgeable concerning the maintenance of the cable that failed herein.

12. State full business name, business address and business telephone number of Sea Mild Shipping.

13. State the agent for service of process for Sea Mild Shipping, including name, address and telephone number.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (504) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 6 day of February, 2002.

_____
THOMAS M. DISCON

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER: 00-106 |
| | * | |
| **HYUNDAI MERCHANT MARINE (AMERICA), INC.** | * | SECTION: "B" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (3) |

### REQUESTS FOR PRODUCTION OF DOCUMENTS

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Barney Neyland, who propounds the following Requests for Production of Documents to defendants, West of England and Cosco Bulk Carrier Co., Ltd. These responses are to be furnished at the offices of plaintiff's counsel, Thomas M. Discon, Discon Law Firm, 424 N. Causeway Boulevard, Suite A, Mandeville, Louisiana 70448, within thirty (30) days of reception of these requests. These requests are to be continuing in nature, and the defendants are required to supplement these responses in the event that further information should be discovered at a later date.

1. Every accident report, report of first injury, illness and/or ailment report with respect to the injury and/or occurrence involving complainant on or about the date of injury in this litigation which was made by any agent, employee or representative of any party or insurer of any party designated above.

2. True copies of any and all statements given or purportedly made by the complainant.

3. True copies of any and all statements taken from any and all workers on the vessel on the day of accident herein.

4. True copies of any and all statements taken from any and all individuals at any time in connection with this litigation, whether employees or not, of the above-designated party(s).

5. True copies of each and every work record or work history pertaining to complainant, including, but not limited to, any and all employment records, accident reports, wage reports, disciplinary reports and safety reports while in the employ of the party(s) involved herein.

6. True copies of each survey, inspection report, damage report and/or marine survey made with respect to any equipment, object, substance, device, tool, machine, or stairs involved herein, made in connection with this litigation or as a result of the incident herein or made during the years 1993 to present.

7. True copies of any daily work reports, logs or records for the work being performed by defendant on the vessel involved herein for one month prior to the alleged accident date involved herein up and until one month after the date of the alleged accident herein.

8. Copies of any and all photographs and/or motion pictures taken in connection with this litigation, particularly, any photographs or motion pictures depicting the alleged accident scene involved herein, any vessels involved herein or of the complainant involved herein.

9. Copies of any and all policies of insurance and/or P & I Club Rules, whether they be primary or excess, having coverage for complainant's alleged injury in this litigation.

10. Copies of any and all papers and/or documents signed by complainant or purported to be signed by complainant.

11. Copies of any and all medical records in your possession concerning complainant.

12. Copies of the entire United States Coast Guard record or any other governmental agency record and/or investigation concerning the accident herein and/or the stairs in question.

13. Produce all exhibits you may use at the trial of this matter.

14. Produce a complete copy of the charter agreement involved herein.

15. Produce employment agreements for the ship's crew.

16. Produce logs of the vessel involved herein, rough and smooth, including any maintenance or engineer's logs as well.

17. Produce maintenance records for cranes for one year prior to accident through one month after accident.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (504) 674-9748

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this ____ day of __February__, 2002.

_____
THOMAS M. DISCON

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER: 00-106** |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | **SECTION: "B"** |
| **(AMERICA), INC.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | **MAGISTRATE: (5)** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the attached Motion to Compel will be brought on for hearing before the Honorable U.S. Magistrate Alma L. Chasez on the 29th day of May, 2002, 2002, at 11:00 o'clock a.m., or as soon thereafter as counsel may be heard.

New Orleans, Louisiana this _8th_ day of _May_____,
2002.

Respectfully submitted,

DISCON LAW FIRM

BY: _____._____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (985) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 8th day of May, 2002.

_____
THOMAS M. DISCON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER:  00-106 |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | SECTION: "B" |
| **(AMERICA), INC.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (5) |

### CERTIFICATE PURSUANT TO U.L.R. 37.1

Pursuant to Uniform Local Rule 37.1, undersigned counsel for complainant hereby certifies that he conferred with counsel for defendants to discuss their failure to respond to the discovery requests at issue herein, and that to date no responses have been received.

New Orleans, Louisiana this 8th day of May, 2002.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana  70448
Telephone: (985) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 8th day of May, 2002.

_____
THOMAS M. DISCON