

MINUTE ENTRY
CHASEZ, M.J.
MAY 10, 2002

           UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARNEY NEYLAND | CIVIL ACTION |
| VERSUS | NUMBER: 00-106 |
| HYUNDAI MERCHANT MARINE (AMERICA), INC. | SECTION: "B"(5) |

    Oral argument on Plaintiff's Motion to Compel Discovery will be conducted on May 29, 2002 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

                                           ALMA L. CHASEZ
                              UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAY 13 2002