```
                                    FILED
                              U.S. DISTRICT COURT
                            EASTERN DISTRICT OF LA

                              2002 MAY 15  PM 4: 33

                              LORETTA G. WHYTE
                                   CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 00-106 |
| **HYUNDAI MERCHANT MARINE (AMERICA), INC., ET AL.** | * | SECTION "A" B |
| | * | MAGISTRATE (3) |
| | * | |

### MOTION FOR EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel, comes Cosco Bulk Carrier Co., Ltd., to move the Court to conduct an expedited hearing concerning its Motion to Dismiss.

WHEREFORE, for the reasons detailed in its accompanying memorandum, Cosco Bulk Carrier Co., Ltd. urges the Court to grant an expedited hearing on its Motion to Dismiss.

```
DATE OF ENTRY
MAY 2 2 2002
```



NO:992769191

Respectfully submitted,

PHELPS DUNBAR LLP

By: _____
James H. Roussel (Bar No. 11496)
E. Martin McLeod (Bar No. 24846)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130 or 9007

**ATTORNEYS FOR COSCO BULK CARRIER CO., LTD.**

CERTIFICATE OF SERVICE

I hereby certify that I have on this 15th day of May, 2002, served a copy of the foregoing on all counsel of record via facsimile and/or the United States Postal Service, properly addressed and postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-106** |
| **HYUNDAI MERCHANT MARINE (AMERICA), INC., ET AL.** | * | **SECTION "A"** |
| | * | **MAGISTRATE (3)** |
| | * | |

**MEMORANDUM IN SUPPORT OF
<u>MOTION FOR EXPEDITED HEARING</u>**

MAY IT PLEASE THE COURT:

Defendant, Cosco Bulk Carrier Co., Ltd. requests an expedited hearing on its Motion to Dismiss plaintiff's claims against Sea Mild Shipping, Inc. and West of England for failure to serve a copy of the Summons and Complaint according to Federal Rule of Civil Procedure 4(m). Cosco Bulk Carrier Co., Ltd. submits an expedited hearing on its Motion to Dismiss as necessary because the Court's next regularly scheduled hearing date is not until June 12, 2002, and plaintiff has already had more than one year and ten months to serve Sea Mild Shipping, Inc. and more than eight months to serve West of England, but has never even attempted yet to do so. Accordingly, Cosco Bulk Carrier Co., Ltd. submits that there is no need for any further delay and requests that its Motion to Dismiss heard by the Court as soon as practicable.

NO :99276928.1

Respectfully submitted,

PHELPS DUNBAR LLP

By: _____
James H. Roussel (Bar No. 11496)
E. Martin McLeod (Bar No. 24846)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130 or 9007

**ATTORNEYS FOR COSCO BULK CARRIER CO., LTD.**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this 15TH day of May, 2002, served a copy of the foregoing on all counsel of record via facsimile and/or the United States Postal Service, properly addressed and postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION |
| VERSUS | * | NO. 00-106 |
| HYUNDAI MERCHANT MARINE (AMERICA), INC., ET AL. | * | SECTION "A" |
| | * | MAGISTRATE (3) |
| | * | |

### ORDER

Considering Cosco Bulk Carrier Co., Ltd.'s Motion for Expedited Hearing on its Motion to Dismiss, and for good cause shown:

IT IS HEREBY ORDERED that the motion for expedited hearing filed by Cosco Bulk Carrier Co., Ltd. be and hereby is ~~GRANTED~~. *DENIED*

ACCORDINGLY, IT IS FURTHER ORDERED Cosco Bulk Carrier Co., Ltd.'s Motion ~~for Expedited Hearing~~ *TO DISMISS* is set for *June 12*, 2002, at *9:00* o'clock *A*.m. *ON THE BRIEFS.*

New Orleans, Louisiana, this *16th* day of May, 2002.

_____
UNITED STATES DISTRICT COURT JUDGE