

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAY 17  AM 8: 53

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-106** |
| **HYUNDAI MERCHANT MARINE (AMERICA), INC., ET AL.** | * | **SECTION "A"** |
| | * | **MAGISTRATE (3)** |
| | * | |

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Cosco Bulk Carrier Co., Ltd., who moves the Court to dismiss plaintiff's claims against Sea Mild Shipping, Inc. and West of England for failure to serve the Summons and Complaint upon said parties within 120 days after filing of the Complaint.

WHEREFORE, Cosco Bulk Carrier Co., Ltd. urges the Court to dismiss plaintiff's claims against Sea Mild Shipping, Inc. and West of England.



Process_____
Dktd_____
CtRmDep_____
Doc. No. 34

NO 99276870.1

Respectfully submitted,

PHELPS DUNBAR LLP

By: _____

James H. Roussel (Bar No. 11496)
E. Martin McLeod (Bar No. 24846)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130 or 9007

**ATTORNEYS FOR COSCO BULK CARRIER CO., LTD.**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this 15th day of May, 2002, served a copy of the foregoing on all counsel of record via facsimile and/or the United States Postal Service, properly addressed and postage prepaid.

_____

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-106** |
| **HYUNDAI MERCHANT MARINE (AMERICA), INC., ET AL.** | * | **SECTION "A"** |
| | * | **MAGISTRATE (3)** |
| | * | |

## MEMORANDUM IN SUPPORT OF
## MOTION TO DISMISS

MAY IT PLEASE THE COURT:

Cosco Bulk Carrier Co., Ltd. submits this memorandum in support of its motion for the Court to dismiss Sea Mild Shipping, Inc. and West of England for failure to serve a copy of the Summons and Complaint with 120 days after filing the Complaint, as required by Federal Rules of Civil Procedure 4(m).

In this case, plaintiff named Sea Mild Shipping, Inc. as a defendant in its First Amended Complaint on June 22, 2000, which is more than one year and ten months ago. Plaintiff added West of England as a defendant on August 28, 2001, which is almost nine months ago.

According to Federal Rule of Civil Procedure 4(m), if service of the complaint is not made upon defendant within 120 days after filing the Complaint, the Court, upon its own motion or its own

NO :99276872.1

initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time.

The plaintiff bears the burden of showing good cause for failure to serve a party within 120 days, and good cause is more than simply inadvertence, mistake or ignorance. At a minimum, it means excusable neglect. *See e.g., Hickman v. U. G. Lively*, 897 F. Supp. 955 (S.D. Tex. 1995). In this case, there is no evidence that plaintiff has ever even attempted to serve Sea Mild Shipping, Inc. or West of England, despite a long passage of time. Further, although undersigned counsel informed plaintiff that the West of England was the protection and indemnity insurer of the M/V SEA MILD, undersigned counsel never agreed to file an answer on West of England's behalf. Accordingly, plaintiff's Complaint against them should be dismissed without prejudice according to Federal Rule of Civil Procedure 4(m).

Respectfully submitted,

PHELPS DUNBAR LLP

By: _____

James H. Roussel (Bar No. 11496)
E. Martin McLeod (Bar No. 24846)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130 or 9007

**ATTORNEYS FOR COSCO BULK CARRIER CO., LTD.**

NO 99276872.1                                    2

## CERTIFICATE OF SERVICE

I hereby certify that I have on this _15TH_ day of May, 2002, served a copy of the

foregoing on all counsel of record via facsimile and/or the United States Postal Service, properly

addressed and postage prepaid.

_____

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-106** |
| **HYUNDAI MERCHANT MARINE (AMERICA), INC., ET AL.** | * | **SECTION "A"** |
| | * | **MAGISTRATE (3)** |
| | * | |

## O R D E R

Considering the foregoing Motion to Dismiss,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss is GRANTED and Sea Mild Shipping, Inc. and West of England are hereby dismissed from this case without prejudice.

New Orleans, Louisiana, this _____ day of May, 2002.

_____
UNITED STATES DISTRICT COURT JUDGE

NO.99276870.1