

MINUTE ENTRY
CHASEZ, M.J.
MAY 22, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARNEY NEYLAND                                CIVIL ACTION

VERSUS                                        NUMBER: 00-106

HYUNDAI MERCHANT MARINE (AMERICA), INC.       SECTION: "B"(5)


HEARING ON MOTION

APPEARANCES:

MOTION:

(1)   Plaintiff's Motion to Compel Discovery (Rec. doc. 28).

__1__ :   Continued to June 19, 2002 at 11:00 a.m.

_____ :   No Opposition

_____ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E


DATE OF ENTRY
MAY 22 2002

<u>ORDERED</u>

_____:    Dismissed as moot.

_____:    Dismissed for failure of counsel to appear.

_____:    Granted.

_____:    Denied.

_____:    Other.

*[signature]*
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE