

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAY 21  PM 3: 19

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER:   00-106** |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | **SECTION: "B"** |
| **(AMERICA), INC.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | **MAGISTRATE:  (5)** |

## UNOPPOSED MOTION TO
## EXTEND LENGTH OF TIME FOR
## SERVICE OF PROCESS UPON FOREIGN DEFENDANTS,
## WEST OF ENGLAND AND SEA MILD SHIPPING, INC.

**NOW INTO COURT,** through undersigned counsel, comes plaintiff who respectfully represents that defendant, COSCO Bulk Carriers Co., Ltd., has been contacted and has no objection to the filing and granting of this motion, that West of England is the insurer for the accident herein, that counsel for plaintiff and defense counsel misunderstood each other as to whether or not counsel for COSCO Bulk Carriers Co., Ltd. was answering for West of England without necessity of service of process, that counsel for COSCO Bulk Carriers Co. advised counsel for plaintiff that service of process is necessary upon West of England, that service of process has been initiated upon West of England, that service has been attempted upon Sea Mild Shipping, Inc. but without success, that counsel for plaintiff has learned that Sea Mild Shipping, Inc. can be found in Panama and that service has already been initiated as to Sea Mild Shipping, Inc. in Panama.  Wherefore, plaintiff respectfully request extension of the time for service of

DATE OF ENTRY
MAY 2 8 2002

process of West of England and Sea Mild Shipping, Inc. for 90 days.  Counsel for plaintiff also

shows this Honorable Court that the trial date herein shall not be upset.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana   70448
Telephone: (985) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of

record by placing same in the United States Mail, properly addressed and postage prepaid, this

_____ day of _____ , 2002.

_____
THOMAS M. DISCON

2

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

BARNEY NEYLAND                    *    CIVIL ACTION
                                  *
VERSUS                            *    NUMBER:   00-106
                                  *
HYUNDAI MERCHANT MARINE           *    SECTION: "B"
(AMERICA), INC.                   *
* * * * * * * * * * * * * * * * * * * * * * * *    MAGISTRATE:  (5)

### ORDER

Considering the foregoing Unopposed Motion to Extend Length of Time for Service of Process Upon Foreign Defendants, West of England and Sea Mild Shipping, Inc.;

**IT IS HEREBY ORDERED** that the length of time to effect service upon foreign defendants, West of England and Sea Mild Shipping, Inc. is hereby extended by an additional 90 days from the signing of this order.

New Orleans, Louisiana this 23rd day of May            , 2002.

_____
JUDGE