```
                                        FILED
                                  U.S. DISTRICT COURT
                                EASTERN DISTRICT OF LA

                                  2002 JUN 24  AM 8: 39

                                    LORETTA G. WHYTE
                                         CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
JUNE 18, 2002

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARNEY NEYLAND | CIVIL ACTION |
| VERSUS | NUMBER: 00-106 |
| HYUNDAI MERCHANT MARINE (AMERICA), INC. | SECTION: "B"(5) |

### HEARING ON MOTION

APPEARANCES:

MOTION:

(1) Plaintiff's Motion to Compel Discovery (Rec. doc. 28).

__1__ :    Continued to June 26, 2002 at 11:00 a.m.

__1__ :    No Opposition

_____ :    Opposition

_____ :    Local Rules 37.1E, 33.2, 36.1, 7.6E

DATE OF ENTRY
JUN 2 4 2002

<u>ORDERED</u>

_____: Dismissed as moot.

_____: Dismissed for failure of counsel to appear.

_____: Granted.

_____: Denied.

_____: Other.

*/s/ ALC*
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE