```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                         2002 JUN 27  AM 9:54

                                          LORETTA G. WHYTE
                                               CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
JUNE 26, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARNEY NEYLAND | CIVIL ACTION |
| VERSUS | NUMBER: 00-0106 |
| HYUNDAI MERCHANT MARINE (AMERICA), INC. | SECTION: "B"(5) |

<u>HEARING ON MOTION</u>

APPEARANCES:

MOTION:

(1)  Plaintiff's Motion to Compel Discovery (Rec. doc. 28).


_____ :  Continued to

\_\_\_1\_\_\_ :  No opposition filed within the time period set forth in
             Local Rule 7.5E

_____ :  Opposition

_____ :  Local Rules 37.1E, 33.2, 36.1, 7.1E


DATE OF ENTRY
JUN 2 7 2002

1

Fee \_\_\_\_\_
Process \_\_\_\_
X Dktd BC
  CtRmDep \_\_\_\_
Doc. No 40

<u>ORDERED</u>

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

\_\_\_1\_\_\_ :   Granted as unopposed.  Cosco is to resopnd to plaintiff's outstanding discovery requests within ten (10) days.

_____ :   Denied.

_____ :   Other.

*/s/ ALC*
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

2