```
                                        FILED
                                   U.S. DISTRICT COURT
                                 EASTERN DISTRICT OF LA

                                   2002 JUN 27  AM 11: 19

                                   LORETTA G. WHYTE
                                         CLERK
```

MINUTE ENTRY
LEMELLE, J.
June 11, 2002

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARNEY NEYLAND, ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-0106 |
| HYUNDAI MERCHANT MARINE (AMERICA), INC. | SEC. "B" (5) |

Before the Court is Defendant Cosco Bulk Carrier Co., Ltd.'s Motion to Dismiss for lack of service on two defendants, Sea Mild Shipping, Inc. and West of England (Rec. Doc. No. 34). The Court granted the plaintiffs 90 additional days from the signing of the order on May 23, 2002 to serve those defendants (Rec. Doc. No. 38). Accordingly,

**IT IS ORDERED** that Defendant Cosco Bulk Carrier Co., Ltd.'s Motion to Dismiss is **DISMISSED AS MOOT**.

```
                                   _____
                                        IVAN L.R. LEMELLE
                                   UNITED STATES DISTRICT JUDGE
```

DATE OF ENTRY
JUN 2 7 2002

Fee _____
Process _____
X Dktd _____
  CtRmDep _____
  Doc. No. 41