

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 00-106 |
| **HYUNDAI MERCHANT MARINE (AMERICA), INC., ET AL.** | * | SECTION "X" R |
| | * | MAGISTRATE (3) 5 |
| | * | |

## EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes Cosco Bulk Carrier Co., Ltd. ("COSCO") (erroneously referred to herein as COSCO Bulk Carriers Co., Ltd.), which submits the following list of exhibits that may be introduced at the trial of this matter:

1. SEA MILD - log books;

2. Plaintiff's employment records and file;

3. Medical records, Dr. Robert A. Steiner;

4. Medical records, Stephen C. Brower and Spine Care Plus;

5. Medical records, Dr. Dr. Mario D. McNally;

NO 99296710 1

6. Medical Records, Dr. Neil Baum;

7. Vessel work, maintenance and related records - SEA MILD;

8. Records for persons employed by COSCO during time of incident;

9. Plaintiff's employment records from other employers;

10. General arrangement plan/drawings - SEA MILD;

11. Learned medical treatises;

12. Expert report - Technical Maritime Associates;

13. Medical records, Marine Medical Unit;

14. Medical records, Touro Infirmary;

15. Records regarding plaintiff's social security disability benefits;

16. SEA MILD's maintenance records regarding the cable;

17. Vessel records records regarding the crane;

18. Notice of Using Ship's Crane;

19. International Longshoremen's Association records for plaintiff;

20. SEA MILD stowage plan;

21. Crew list;

22. Records from Transocean Terminal Operators concerning this incident and plaintiff;

23. SEA MILD vessel particulars;

24. SEA MILD certificates of classification;

25. SEA MILD cranes, winches, hoists and accessory gear records;

26. Crane rigging plan;

27. I - beam cargo labels;

28. Register of Ship's Cargo Handling Machinery and Gear;

29. Record of crane maintenance;

30. Certificate for crane wire;

31. Damage report to SEA MILD's No. 4 crane;

32. Loading cargo list;

33. Certificate of Installations Registration;

34. Mate's receipts;

35. All suit/police and related records concerning plaintiff' two prior auto accidents;

36. Drawings by plaintiff;

37. Report of experts who will testify, with attachments;

38. Photos of vessel and equipment involved, if any;

39. Records of jobs available for plaintiff;

40. Time charter party;

41. Plaintiff's military and criminal records, if any;

42. Plaintiff's records regarding workers compensation benefits;

43. Plaintiff's educational records;

44. Inchcape Shipping Service records;

45. Any document/thing needed for impeachment purposes;

46. Any document/thing listed by any other party; and

47. Any records received pursuant to the releases executed by plaintiff.

COSCO reserves the right to supplement their exhibit list as they develop further information and as further discovery occurs, including but not limited the outstanding discovery from COSCO to which Transocean Terminal Operators, Inc., has not yet responded.

Respectfully submitted,

PHELPS DUNBAR LLP

By: _____
James H. Roussel (Bar No. 11496)
E. Martin McLeod (Bar No. 24846)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130 or 9007

**ATTORNEYS FOR COSCO BULK CARRIER CO., LTD.**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Exhibit List has been served on all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, this 2nd day of August 2002.

_____
E. MARTIN MCLEOD