

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 00-106 |
| **HYUNDAI MERCHANT MARINE (AMERICA), INC., ET AL.** | * | SECTION "A" B |
| | * | MAGISTRATE (3) 5 |
| | * | |

### WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes Cosco Bulk Carrier Co., Ltd. ("COSCO") (erroneously referred to herein as COSCO Bulk Carriers Co., Ltd.), which submits the following list of witnesses who may be called to testify at the trial of this matter:

1. Glen Afard;

2. Dr. Robert A. Steiner - Expert orthopedist;

3. A representative of Benfield & Company;

4. Master - Shao Jun Lin;

5. Medic - Kun You Gong;

NO 99296701 1

6. Chief officer - Chun Jiu Wang;

7. TTO foreman and superintendent identified only as "Ollie";

8. AB - Hui Dong Jiang;

9. A representative of Technical Maritime Associates - Dan McKinnon and/or Ben HavemanDr - Marine Expert;

10. Dr. Kenneth J. Boudreaux, Stuart J. Wood, and/or Dan Cliffe - to testify regarding plaintiffs' economic losses;

11. Nancy Favaloro - to testify regarding vocational rehabilitation;

12. Representative(s) of Transocean Terminal Operators, Inc. including without limitation those who worked with plaintiff at the time of his accident and received the vessel's Notice of Using Ship's Crane;

13. Representative(s) of Cosco Bulk Carrier Co., Ltd. ;

14. Plaintiff, on cross examination;

15. Representative(s) of plaintiff's other employers;

16. Other physicians who treated plaintiff, including but limited to those physicians who have treated plaintiff but plaintiff did not list in his answers to Cosco's interrogatories;

17. Crew of SEA MILD;

18. All persons listed in plaintiff's or any other party's initial disclosures or witness list(s);

19. Fourth engineer - Ying Jie Hao;

20. Third officer - Yong Ming Yang;

21. Stephen C. Brower or other representative of Spine Care Plus;

22. Gregory and Charlotte Cormick;

23. Concepcion and Jose Nochez;

24. Dr. Mario D. McNally;

25. Dr. Neil Baum;

26. Representative(s) of Marine Medical Unit;

27. Representative(s) of Inchcape Shipping Service;

28. Any witness needed for impeachment purposes or rebuttal;

29. Any witness needed to introduce or authenticate an exhibit; and

30. Any witness listed by any other party.

COSCO reserves the right to supplement their witness list as they develop further information and as additional discovery occurs, including but not limited the outstanding discovery from COSCO to which Transocean Terminal Operators, Inc., has not yet responded.

Respectfully submitted,

PHELPS DUNBAR LLP

By: *[signature]*

James H. Roussel (Bar No. 11496)
E. Martin McLeod (Bar No. 24846)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130 or 9007

**ATTORNEYS FOR COSCO BULK CARRIER CO., LTD.**

4

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Witness List has been served on all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, this 2nd day of August 2002.

                                             _____
                                                   E. MARTIN MCLEOD