

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER: 00-106 |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | SECTION: "B" |
| **(AMERICA), INC.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (5) |

## UNOPPOSED MOTION TO CONTINUE TRIAL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Barney Neyland, who moves this Honorable Court for a continuance of the trial of this matter which is presently scheduled for October 21, 2002, for the reasons more fully set forth herein.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (985) 674-9748
Attorneys for Plaintiff

DATE OF ENTRY
AUG 0 9 2002

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 5 day of August, 2002.

_____
THOMAS M. DISCON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER: 00-106** |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | **SECTION: "B"** |
| **(AMERICA), INC.** | * | |
| *********************** | | **MAGISTRATE: (5)** |

### MEMORANDUM IN SUPPORT OF
### UNOPPOSED MOTION TO CONTINUE TRIAL

**MAY IT PLEASE THE COURT:**

Plaintiff hereby moves the Court for an Order continuing the trial of this matter which is presently set for October 21, 2002, on the grounds that plaintiff initiated service upon party defendants, Sea Mild Shipping and West of England. Sea Mild Shipping is a foreign company out of China. Plaintiff has asserted continued efforts to locate said company. Recent investigation has disclosed that Sea Mild Shipping, Inc. is a subsidiary of COSBULK and is located at its address in Tianjin, China. Service was requested and initiated pursuant to the Hague Convention. As the Court is aware, service pursuant to the Hague Convention is a lengthy process.

Further, plaintiff amended this matter to bring in the proper P&I carrier, West of England. West of England is also being served pursuant to the Hague Convention. Service pursuant to the Hague Convention requires translation and then must go through the appropriate channels and procedures of the country of the defendants upon which service is to be effected. Said defendants

are pertinent parties to this suit and plaintiff will be prejudiced going to trial without all parties making an appearance in this matter. Service has been ongoing for a couple of months now and plaintiff anticipates to receive word shortly that both companies have been served and thereafter will make an appearance. Said defendants are main defendants and will require sufficient time to prepare its case, obtain experts and complete discovery necessary to bring this matter to trial.

All parties consent to the filing and granting of this motion.

Wherefore, undersigned counsel would request a short continuance of the pre-trial and trial of this matter and, that upon Sea Mild Shipping, Inc. and West of England making an appearance in this matter that a status conference be held via telephone for the purposes of selecting pre-trial and trial dates.

> Respectfully submitted,
>
> DISCON LAW FIRM
>
> BY: _____
> THOMAS M. DISCON, T.A. #14219
> JOHN G. DISCON, #4961
> GREGORY T. DISCON, #22037
> 424 N. Causeway Blvd., Suite A
> Mandeville, Louisiana 70448
> Telephone: (985) 674-9748
> Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this __5__ day of __August__, 2002.

_____
THOMAS M. DISCON

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER: 00-106 |
| | * | |
| **HYUNDAI MERCHANT MARINE (AMERICA), INC.** | * | SECTION: "B" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | MAGISTRATE: (5) |

### ORDER

Considering the foregoing Unopposed Motion to Continue Trial;

**IT IS HEREBY ORDERED** that the pre-trial and trial scheduled in the above-captioned matter be and, the same are hereby continued;

**IT IS FURTHER ORDERED** that a preliminary conference be held via telephone on the 27th day of August, 2002 at 10:45 o'clock a .m for the purposes of selecting trial and pre-trial dates.

New Orleans, Louisiana this 1st day of August, 2002.

_____
JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION |
| VERSUS | * | NUMBER:  00-106 |
| HYUNDAI MERCHANT MARINE (AMERICA), INC. | * | SECTION: "B" |
| * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (5) |

CERTIFICATE PURSUANT TO
ARTICLE THREE OF THE EXPENSE AND DELAY REDUCTION PLAN

Pursuant to Article Three of the Expense and Delay Reduction Plan, undersigned counsel hereby certifies that he has advised his client that he has initiated a motion to continue trial and that said client has been provided with a copy of said motion and consent; and, further, that all counsel of record have been contacted and agree to the motion to continue trial.

New Orleans, Louisiana this 5 day of August, 2002.

Respectfully submitted,

DISCON LAW FIRM

BY:_____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
GREGORY T. DISCON, #22037

424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (985) 835-6435
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 5 day of August, 2002.

THOMAS M. DISCON

2