

MINUTE ENTRY
CHASEZ, M.J.
AUGUST 12, 2002

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARNEY NEYLAND | CIVIL ACTION |
| VERSUS | NUMBER: 00-106 |
| HYUNDAI MERCHANT MARINE (AMERICA), INC., ET AL. | SECTION: "A"(5) B |

Oral argument on Cosco's Motion to Compel will be conducted on August 28, 2002 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
AUG 1 3 2002

Fee____
Process____
X Dktd____
__ CtRmDep____
Doc. No.____