```
                                          FILED
                                    U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                   2002 AUG 29  AM 10: 38

                                      LORETTA G. WHYTE
                                           CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
AUGUST 26, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARNEY NEYLAND                              CIVIL ACTION

VERSUS                                      NUMBER: 00-106

HYUNDAI MERCHANT MARINE (AMERICA),          SECTION: "A"(5)
INC., ET AL.                                          B

HEARING ON MOTION

APPEARANCES:

MOTION:

(1)   Cosco's Motion to Compel (Rec. doc. 45).

_____ :   Continued to

\_\_1\_\_ :     No Opposition

_____ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

DATE OF ENTRY
AUG 2 9 2002

## ORDERED

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

__1__ :   Granted; Transocean is to respond to Cosco's outstanding discovery requests within ten (10) days.

_____ :   Denied.

_____ :   Other.

*[signature]*
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE