FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JAN 23 PM 1:08

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| **VERSUS** | * | NUMBER: 00-106 |
| **HYUNDAI MERCHANT MARINE (AMERICA), INC.** | * | SECTION: "B" |
| ************************** | * | MAGISTRATE: (5) |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Barney Neyland, who moves this Honorable Court for a continuance of the trial of this matter which is presently scheduled for May 12, 2003, for the reasons more fully set forth herein.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (985) 674-9748
Attorneys for Plaintiff

DATE OF ENTRY
JAN 28 2003

Fee_____
Process____
X Dktd_____
  CtRmDep__
  Doc. No.__

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 22 day of January, 2003.

_____
THOMAS M. DISCON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER:  00-106** |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | **SECTION: "B"** |
| **(AMERICA), INC.** | * | |
| **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** | | **MAGISTRATE:  (5)** |

### MEMORANDUM IN SUPPORT OF
### <u>UNOPPOSED MOTION TO CONTINUE TRIAL</u>

**MAY IT PLEASE THE COURT:**

Plaintiff hereby moves the Court for an Order continuing the trial of this matter which is presently set for May 12, 2003, for the reasons set forth herein. Complainant had initially attempted service upon Sea Mild Shipping in China. Sea Mild Shipping could not be located. Additional investigation was undertaken and it was learned that Sea Mild Shipping was located in Tianjin, China. Again service was requested pursuant to the Hague Convention. However, to date no return of service has been received. In the interim, on November 6, 2002, counsel for defendant, COSCO Bulk Carriers Co., Ltd., supplemented its discovery responses and in doing so furnished a new address for Sea Mild Shipping in Hong Kong. Service was requested and initiated pursuant to the Hague Convention for the newly acquired address. Please see Exhibit "A". As the Court is aware, service pursuant to the Hague Convention is a lengthy process. While plaintiff has requested service at the newly provided address, it is expected that service

could take as long as five (5) months. To date counsel for plaintiff has not received a return of service as to Sea Mild Shipping.

Additionally, as the Court is aware, plaintiff initially attempted service pursuant to waiver on West of England and never received a response to same. Corporate registry information was researched and plaintiff requested service upon West of England pursuant to the Hague Convention. See Exhibit "B" As of this date, plaintiff has not received a return of service as to West of England. This is not uncommon, however, as it is expected that service takes approximately three (3) months and can exceed five (5) months.

Notwithstanding the above, counsel for defendant, COSCO Bulk Carriers Co., Ltd., has advised that he has received notification of service upon Sea Mild Shipping and West of England and has authority to file responsive pleadings. Counsel for defendant, COSCO Bulk Carriers Co., Ltd., has indicated to counsel for plaintiff that responsive pleadings on behalf of Sea Mild Shipping and West of England will be filed within the next two weeks.

All aspects of this case have been hindered due to the absence of two pertinent parties to this litigation. Thus, plaintiff has been prejudiced in preparing his case for trial; and, to proceed to trial without the appearance of said defendants will only prejudice plaintiff greater. Now that counsel for defendant, COSCO Bulk Carriers Co., Ltd., has received notification of service and has agreed to file responsive pleadings, the parties herein will be in a better position to complete discovery, prepare the case, obtain experts and complete discovery necessary to bring this matter to trial.

All parties consent to the filing and granting of this motion.

2

Wherefore, undersigned counsel would request a short continuance of the pre-trial and trial of this matter and, that upon counsel for defendant, COSCO Bulk Carriers Co., Ltd., filing responsive pleadings on behalf of Sea Mild Shipping, Inc. and West of England that a status conference be held via telephone for the purposes of selecting pre-trial and trial dates.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (985) 674-9748
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 22 day of January, 2003.

_____
THOMAS M. DISCON

# AFFIDAVIT OF CELESTE INGALLS

**COURT:** UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CAPTION:** BARNEY NEYLAND, Plaintiff,
v.
HYUNDAI MERCHANT MARINE (AMERICA), INC., Defendant

Civil Action No.: 00 106
Section: "A"
Magistrate: (3)

OREGON            )
                  ) ss.
County of Multnomah )

I declare that I, Celeste Ingalls, am a citizen of Oregon, over the age of twenty-one, not a party nor an attorney for any party in this action, and state the following:

1. I am employed by Alan H. Crowe & Associates, Inc. dba Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, and I specialize in the service of civil process in foreign countries; and

2. The United States and Hong Kong are both signatories to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Done at the Hague, November 15, 1965, (Hague Service Convention); and

3. In accordance with Rule 4 (f)(1), of the Federal Rules of Civil Procedure, service outside the United States shall be subject to the provisions of the Hague Service Convention; and

4. The Chief Secretary of Hong Kong (Central Authority) has been designated as the entity authorized to receive and effect service of civil process in Hong Kong in accordance with the Hague Service Convention; and

5. On November 21, 2002, I forwarded to the Central Authority in Hong Kong, the Summons, First Amending Complaint, Original Petition for Damages, to be served upon **Sea Mild Shipping Inc.**, in accordance with the Hague Service Convention; and

Affidavit of Celeste Ingalls
United States District Court, Eastern District of Louisiana
Barney Neyland v. Hyundai Merchant Marine (America) Inc.
Case No.: 00-106
Service upon: Sea Mild Shipping

Page 1 of 2



EXHIBIT
A

6. The Hague Service Convention does not impose an obligatory time frame; and

7. It has been my continuous experience that the turnaround time for effected service in Hong Kong under the Hague Service Convention is approximately three months, but has occasionally exceeded five months.

_____

SUBSCRIBED AND SWORN to before me this 12th day of December 2002.



_____
Notary Public for Oregon

OFFICIAL SEAL
ABBY NEFF
NOTARY PUBLIC-OREGON
COMMISSION NO. 349116
MY COMMISSION EXPIRES AUG. 21, 2005

Affidavit of Celeste Ingalls
United States District Court, Eastern District of Louisiana
Barney Neyland v. Hyundai Merchant Marine (America) Inc.
Case No.: 00-106
Service upon: Sea Mild Shipping

Page 2 of 2

# AFFIDAVIT OF CELESTE INGALLS

**COURT:** UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CAPTION:** BARNEY NEYLAND, Plaintiff
v.
HYUNDAI MERCHANT MARINE (AMERICA), Inc., Defendant

**CASE NO.:** 00-106 B (3)

OREGON           )
                 ) ss.
County of Multnomah )

    I declare that I, Celeste Ingalls, am a citizen of Oregon, over the age of twenty-one, not a party nor an attorney for any party in this action, and state the following:

1. I am employed by Alan H. Crowe & Associates, Inc. dba Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, and I specialize in the service of civil process in foreign countries; and
2. The United States and United Kingdom (which includes England) are both signatories to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Done at the Hague, November 15, 1965, (Hague Service Convention); and
3. In accordance with Rule 4 (f)(1), of the Federal Rules of Civil Procedure, service outside the United States shall be subject to the provisions of the Hague Service Convention; and
4. The United Kingdom has designated the Senior Master of the Supreme Court in London, England (Central Authority) as the entity authorized to receive and effect the service of judicial documents in England; and
5. On August 8, 2002, I forwarded to the Central Authority in London, England, the Summons, Second Amending Complaint, First Amending Complaint and Petition for Damages, to be served upon **West of England,** in accordance with the Hague Service Convention; and
6. The Hague Service Convention does not impose an obligatory time frame, and
7. It has been my continuous experience that the turnaround time for effected service in England under the Hague Service Convention is approximately three months, but has occasionally exceeded five months.

_____

SUBSCRIBED AND SWORN to before me this 12th day of August, 2002.

OFFICIAL SEAL
ABBY NEFF
NOTARY PUBLIC-OREGON
COMMISSION NO. 349116
MY COMMISSION EXPIRES AUG. 21, 2005

_____
Notary Public for Oregon



EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 00-106 |
| HYUNDAI MERCHANT MARINE (AMERICA), INC. | * | SECTION: "B" |
| | * | MAGISTRATE: (5) |

### CERTIFICATE PURSUANT TO
### ARTICLE THREE OF THE EXPENSE AND DELAY REDUCTION PLAN

Pursuant to Article Three of the Expense and Delay Reduction Plan, undersigned counsel hereby certifies that he has advised his client that he has initiated a motion to continue trial and that said client has been provided with a copy of said motion and consent; and, further, that all counsel of record have been contacted and agree to the motion to continue trial.

New Orleans, Louisiana this ___ day of _____, 2003.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (985) 835-6435
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 22 day of January, 2003.

THOMAS M. DISCON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER:   00-106 |
| | * | |
| **HYUNDAI MERCHANT MARINE (AMERICA), INC.** | * | SECTION: "B" |
| * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (5) |

### ORDER

Considering the foregoing Unopposed Motion to Continue Trial;

**IT IS HEREBY ORDERED** that the pre-trial and trial scheduled in the above-captioned matter be and, the same are hereby continued;

**IT IS FURTHER ORDERED** that ~~a preliminary conference be held via telephone on the~~ *the captioned case be closed for statistical reasons, to be reopened upon the filing of a* ~~day of _____, 2003 at ___ o'clock ___.m for the purposes of~~ *motion to reopen provided said motion is filed no later* ~~selecting trial and pre trial dates.~~ *than April 7, 2003.*

New Orleans, Louisiana this 28th day of _January_ 2003.

_____
JUDGE