

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-106 |
| | * | |
| HYUNDAI MERCHANT MARINE | * | SECTION: "B" |
| (AMERICA), INC. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (5) |

### MOTION TO REOPEN

**NOW INTO COURT,** through undersigned counsel comes complainant, Barney Neyland, who moves this Court to reopen this matter on the grounds and for the reasons set forth in the accompanying memorandum.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (985) 674-9748

DATE OF ENTRY
MAR - 7 2003

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 5th day of March, 2003.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS M. DISCON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER: 00-106 |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | SECTION: "B" |
| **(AMERICA), INC.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (5) |

MEMORANDUM IN SUPPORT OF
<u>MOTION TO REOPEN</u>

**MAY IT PLEASE THE COURT:**

By Order of this Court dated January 28, 2003, this matter was closed for statistical reasons, to be reopened upon the filing of a motion to reopen provided said motion is filed no later than April 7, 2003. The instant motion is within the time restraints set by this Honorable Court. Please see Exhibit "A".

At the time this matter was closed for statistical reasons, undersigned counsel had requested a continuance of the trial of this matter as proof of service as to defendants, Sea Mild Shipping, Inc. and West of England, had not yet been received although it was the impression of counsel that service had been effected.

As the Court is aware, counsel herein has continuously pursued its efforts to obtain service upon Sea Mild Shipping, Inc. and West of England pursuant to the Hague Convention and has does so at a great deal of expense. However, service pursuant to the Hague Convention is a

lengthy process. Notwithstanding same, it is also the experience of undersigned counsel that affirmation of service is typically not received on an expedited basis. As a matter of fact, counsel herein, now having received the original certifications and affirmations of service upon West of England and Sea Mild Shipping, Inc., certifies to this Honorable Court that said parties were served prior to this Court's order of January 28, 2003. Specifically, West of England was served on January 14, 2003 and Sea Mild Shipping, Inc. was served at two separate locations on December 17, 2002 and January 2, 2003. See Exhibits "B", "C" and "D".

Further, the record herewith will show that counsel herein has endlessly pursued service upon the numerous foreign defendants in this case and, as the Court is aware, Fed. R. Civ. P. 4(m) is within the Court's discretion as Rule4(m)'s timeliness requirement is only excused where service is attempted in a foreign country and that the 120-day service rule does not apply to service within a foreign country.

Plaintiff herein would respectfully request that this motion to reopen be granted thereby allowing plaintiff to undertake the following steps in prosecution of his case: file with the Clerk of Court the original certifications and affirmations of service as to West of England and Sea Mild Shipping, Inc.; upon the passing of legal delays counsel for plaintiff intends to immediately move for a default as to all parties that have not made a formal appearance in this matter; and, finally, request that this matter be placed on this Court's docket for a preliminary telephone conference for purposes of securing pre-trial and trial dates.

**WHEREFORE**, complainant, Barney Neyland, requests that this matter be reopened.

2

```
```
Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (985) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this _5_ day of _March_, 2003.

_____
THOMAS M. DISCON
3

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana 70448
Telephone: (985) 674-9748

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this _5_ day of _March_, 2003.

_____
THOMAS M. DISCON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER:  00-106 |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | SECTION: "B" |
| **(AMERICA), INC.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (5) |

### ORDER

Considering the foregoing Motion to Reopen;

**IT IS HEREBY ORDERED**, that complainant's Motion to Reopen is hereby GRANTED.

New Orleans, Louisiana, this 7th day of March, 2003.

_____
JUDGE

SEE RECORD FOR
EXHIBITS
OR
ATTACHMENTS
NOT SCANNED