FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 DEC 16 PM 2: 11

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER:   00-106** |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | **SECTION: "B"** |
| **(AMERICA), INC.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | **MAGISTRATE:  (5)** |

## UNOPPOSED MOTION TO CONTINUE TRIAL

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Barney Neyland,

who moves this Honorable Court for a continuance of the trial of this matter which is presently

scheduled for January 20, 2004, for the reasons more fully set forth herein.

Respectfully submitted,

DISCON LAW FIRM

BY: _____

THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana   70448
Telephone: (985) 674-9748
Attorneys for Plaintiff

DATE OF ENTRY
DEC 1 8 2003

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No. 57

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of

record by placing same in the United States Mail, properly addressed and postage prepaid, this

_15_ day of _December_ , 2003.

THOMAS M. DISCON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER:  00-106** |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | **SECTION: "B"** |
| **(AMERICA), INC.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | **MAGISTRATE:  (5)** |

MEMORANDUM IN SUPPORT OF
UNOPPOSED MOTION TO CONTINUE TRIAL

**MAY IT PLEASE THE COURT:**

Undersigned counsel drafted and forwarded to this Honorable Court it's original

Unopposed Motion to Continue Trial on September 16, 2003. See Exhibit "A". Undersigned

counsel returned to the office on Friday, December 12, 2003, after having participated in a three

and a half month Class Action Trial only to learn that the Order to continue the trial herein had

not been signed as the Court had no receipt of said motion. Thus, undersigned counsel contacted

counsel for defense who likewise indicated that he had no receipt of said motion. The office staff

of counsel herein was consumed in preparing for the Gaylord Class Action trial and participating

as support staff during the trial itself taking place in Franklinton, Louisiana. Undersigned counsel

continued his entire trial calendar for the months of September, October, November, December

and January. Not only was undersigned counsel unable to participate in upcoming trials due to

the Gaylord Class Action but discovery on said cases came to a complete halt thus necessitating

the motions to continue.  Undersigned counsel filed approximately six or more motions to continue as a result of participating in the Gaylord Class Action Trial.  Undersigned counsel respectfully sets forth his apologies to the Court and can offer no reason other than possible clerical error and/or postal error as to why the Court did not receive the original Unopposed Motion to Continue Trial which had been drafted and forwarded to the Court on September 16, 2003.

As counsel herein were under the impression that a continuance was properly filed and pending, all pertinent deadlines in this case have passed. All parties herein will be severely prejudiced should the trial of this matter not be continued.

Wherefore, Plaintiff herein respectively reiterates his previous motion as if copied herein in *extenso* and requests a short continuance of the trial of this matter.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
    THOMAS M. DISCON, T.A. #14219
    JOHN G. DISCON, #4961
    424 N. Causeway Blvd., Suite A
    Mandeville, Louisiana   70448
    Telephone: (985) 674-9748
    Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this

_15_ day of _December_ , 2003.

_____
THOMAS M. DISCON

3

# DISCON LAW FIRM

*John G. Discon • Thomas M. Discon*
*of Counsel Scott G. Discon\* & Edward J. Cloos III*
*\*Also Admitted in Mississippi*

September 16, 2003

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, Louisiana  70130

> Re:    Barney Neyland
> versus
> Hyundai Merchant Marine (America), Inc., et al
> USDC No.: 00-0106 "B" (5)

Gentlemen:

Enclosed herewith please find an original and copies of the following pleadings which we ask that you file into the record of the above-captioned matter:

- Certificate Pursuant to Article Three of the Expense and Delay Reduction Plan;
- Unopposed Motion to Continue Trial;
- Memorandum in Support of Unopposed Motion to Continue Trial; and
- Order.

Please then return a conformed copy to my office via the enclosed self-addressed stamped envelope. Should you have any questions regarding the enclosed, please do not hesitate to contact the undersigned.

Thanking you for your assistance and cooperation in connection with this matter, I remain

Very truly yours,

THOMAS M. DISCON

TMD/she
Enclosure
cc:    Evans Martin McLeod, Esq.
       Collins C. Rossi, Esq.

EXHIBIT
"A"

*Reply To:*
*424 North Causeway Boulevard • Suite A • Mandeville, Louisiana 70448*
*Telephone (985) 674-9748 • Telecopier (985) 674-9749 • Toll Free (800) 690-6435*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER:   00-106** |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | **SECTION: "B"** |
| **(AMERICA), INC.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | **MAGISTRATE:  (5)** |

**CERTIFICATE PURSUANT TO**
**ARTICLE THREE OF THE EXPENSE AND DELAY REDUCTION PLAN**

Pursuant to Article Three of the Expense and Delay Reduction Plan, undersigned counsel hereby certifies that he has advised his client that he has initiated a motion to continue trial and that said client has been provided with a copy of said motion and consent; and, further, that all counsel of record have been contacted and agree to the motion to continue trial.

New Orleans, Louisiana this _15_ day of _December_, 2003.

Respectfully submitted,

DISCON LAW FIRM

BY: _____

THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana   70448
Telephone: (985) 674-9748
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this _15_ day of _December_ , 2003.

_____

THOMAS M. DISCON

2

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER:   00-106** |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | **SECTION: "B"** |
| **(AMERICA), INC.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | **MAGISTRATE:  (5)** |

## ORDER

Considering the foregoing Unopposed Motion to Continue Trial;

**IT IS HEREBY ORDERED** that the pre-trial and trial scheduled in the above-captioned

matter be and, the same are hereby continued;

**IT IS FURTHER ORDERED** that a preliminary conference be held via telephone on the

22nd day of _January_, 2004 at _11:00_ o'clock _a_.m for the purposes of

selecting trial and pre-trial dates. *The Courtroom Deputy will initiate the conference call.*

New Orleans, Louisiana this _17th_ day of _December_, 2003.

_____

**JUDGE**