

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 AUG 20 PM 1:17

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 00-106 |
| HYUNDAI MERCHANT MARINE (AMERICA), INC. | * | SECTION: "B" |
| * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (5) |

### UNOPPOSED MOTION TO EXTEND
### THE EXPERT REPORT DEADLINES FOR ALL PARTIES

**NOW INTO COURT**, through undersigned counsel, comes complainant, Barney Neyland, who respectfully shows this Honorable Court that the deadline in this matter for Expert Reports for the complainant and the defendants is August 20, 2004, and September 20, 2004, respectively; that the complainant and the defendants need an additional thirty (30) days to obtain the written reports of the experts; that discovery is ongoing in this matter; that the pre-trial and trial dates in this matter will not be upset or delayed by the granting of this Motion; and that all counsel involved in this matter have been contacted by counsel for complainant and have no objection to the filing and granting of this Motion. Wherefore, it is respectfully requested that the deadline for Expert Reports be extended thirty (30) days for all parties; thereby making the Expert Report deadline for the complainant September 20, 2004, and the Expert Report deadline for the defendants October 20, 2004.

Respectfully submitted,

DISCON LAW FIRM, L.L.C.

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
424 N. Causeway Boulevard
Mandeville, Louisiana 70448
Telephone: (985) 674-9748

DATE OF ENTRY

AUG 2 5 2004

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No. 59

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 20th day of August, 2004.

_____
THOMAS M. DISCON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER:  00-106 |
| | * | |
| HYUNDAI MERCHANT MARINE | * | SECTION: "B" |
| (AMERICA), INC. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (5) |

## ORDER

Considering the Unopposed Motion to Extend the Expert Report Deadlines for all Parties;

**IT IS HEREBY ORDERED** that an additional thirty (30) days be extended to the Expert Report deadline for all parties; thereby extending the complainant's deadline up and until September 20, 2004, and defendants' deadline up and until October 20, 2004.

New Orleans, Louisiana this _23rd_ day of _August_, 2004.

_____
JUDGE