FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 SEP 27 PM 2: 13

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRCT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION NO. 00-0106 |
| VERSUS | * | SECTION "A" B |
| HYUNDAI MERCHANT MARINE (AMERICA), INC. | * | MAGISTRATE "1" 5 |

* * * * * * * * * * * * * * * *

## WITNESS LIST

NOW INTO COURT, through undersigned counsel, come Intervenors, Transocean Operators, Inc., who list their witnesses to be called at the time of trial of the above matter. They are as follows:

1. H. Stephen Arceneaux or another representative of P&O Ports/Transocean Terminal Operators;

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No._65_

2. Craig Williams;

3. Pat Benfield – fact;

4. Dave Morgan or another representative of Transocean Terminal Operators;

5. Ron Felger or another representative of the Waterfront Employees of New Orleans; and,

6. Any witness listed by any other party to this litigation.

Respectfully submitted,

_____
COLLINS C. ROSSI (#1573)
P. O. Box 4750
Covington, LA 70434-4750
Telephone: (985) 983-8730
**COUNSEL FOR INTERVENORS,
TRANSOCEAN OPERATORS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on all counsel of record by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 24th day of September, 2004.

_____
COLLINS C. ROSSI

2