FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 SEP 27 PM 2: 13

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRCT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION NO. 00-0106 |
| VERSUS | * | SECTION "I" B |
| HYUNDAI MERCHANT MARINE (AMERICA), INC. | * | MAGISTRATE "3" 5 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, come Intervenors, Transocean Operators, Inc., who list the following exhibits, which may be introduced at the trial of the above matter. They are as follows:

1. All medical records reflecting treatment rendered to Barney Neyland as a result of his accident herein;

2. Statements for medical records reflecting treatment received by Barney Neyland as a result of his accident herein;

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No. 66

3. Cancelled checks issued by intervenor with respect to medical bills paid by intervenor resulting from Barney Neyland's accident herein;

4. Wage records of Barney Neyland; and,

5. Any exhibit listed by any other party to this litigation.

                                                            Respectfully submitted,

                                                            **COLLINS C. ROSSI (#1573)**
                                                            P. O. Box 4750
                                                           Covington, LA 70434-4750
                                                           Telephone: (985) 893-8730
                                                           **COUNSEL FOR INTERVENOR,**
                                                           **TRANSOCEAN OPERATORS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on all counsel of record by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 24th day of September, 2004

                                                             **COLLINS C. ROSSI**