

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-106** |
| **HYUNDAI MERCHANT MARINE (AMERICA), INC., ET AL.** | * | **SECTION "B"** |
| | * | **MAGISTRATE (3)** |
| | * | |

### UNOPPOSED *EX PARTE* MOTION TO CONTINUE TRIAL AND PRE-TRIAL CONFERENCE

NOW INTO COURT, through undersigned counsel, come Cosco Bulk Carrier Co., Ltd., Sea Mild Shipping, Inc., and The West of England Shipowners Insurance Services Ltd., and move the Court to continue the trial and pre-trial conference currently scheduled for December 13, 2004, and November 18, 2004, respectfully, for the reasons fully detailed in the accompanying memorandum. Counsel for plaintiff Barney Neyland and intervenors Transocean Terminal Operators, Inc., and American Longshore Mutual Association do not oppose the filing of this motion.

NO 99490860 1



Respectfully submitted,

PHELPS DUNBAR LLP

By: _____
James H. Roussel (Bar No. 11496)
E. Martin McLeod (Bar No. 24846)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130 or 9007

ATTORNEYS FOR COSCO BULK CARRIER CO., LTD.

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 16th day of November, 2004, served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-106** |
| **HYUNDAI MERCHANT MARINE (AMERICA), INC., ET AL.** | * | **SECTION "B"** |
| | * | **MAGISTRATE (3)** |
| | * | |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO CONTINUE TRIAL AND PRE-TRIAL CONFERENCE**

MAY IT PLEASE THE COURT:

Cosco Bulk Carrier Co., Ltd. ("Cosco"), Sea Mild Shipping, Inc., and the West of England Shipowners Insurance Services Ltd. submits this memorandum in support of its motion to continue the trial setting of November 8, 2004, and to continue the pre-trial conference scheduled for 3:30 p.m. on November 18, 2004. Undersigned counsel has spoken with counsel for plaintiff and undersigned counsel represents to the Court that all parties concur with defendants' request.

NO 99490863 1

Federal Rule of Civil Procedure 16(b) allows a scheduling modification for "good cause." In this case, good cause exists for the continuances – and, indeed, the continuances are necessary – for the following reasons.

First, there is good cause for the Court to continue the trial and pre-trial conference in this matter because there is out-of-country discovery that has not yet been but needs to be completed. Specifically, this case involves a claim by plaintiff for alleged injuries he sustained aboard the SEA MILD. Despite the passage of time, there remains discovery that has been attempted to be yet remains uncompleted by the parties, e.g., the inspection of the vessel and certain of its equipment. Further, there are foreign crewmembers who are witnesses, and the parties are attempting to locate them to obtain their testimony in this case. Undersigned counsel for defendants has been and is attempting to procure this information. But to date, defendant's counsel has not been able to secure the vessel inspection to produce the foreign crewmembers. The parties represent that a continuance will allow sufficient time for defendants' counsel to obtain this relevant information.

Second, defendants' counsel notes that although the trial in this case has been continued before, the reason was procedural in nature because it took a significant amount of time in this case for plaintiff to add and to serve properly Sea Mild Shipping and the West of England as defendants in this case. The parties have to date diligently prepared their respective cases, including taking the depositions of the plaintiff, retaining marine experts, and exchanging numerous discovery. But, as a result of problems in inspecting the vessel and procuring the foreign crewmembers for their testimony, defendants submit that it would be premature for the pre-trial conference and trial of this case to proceed as currently scheduled, and that its defense would be unfairly prejudiced if the request for a continuance were not granted.

Third, **and most important**, the parties submit that if a brief continuance is granted so that the above issues can be resolved, it is expected that the parties will be able to reach an amicable settlement of this case, thereby saving the parties and this Court the time and expense of having to conduct a full trial on the merits of this case.

For the reasons stated, defendants respectfully urges the Court to continue the trial and pre-trial conference.

Undersigned counsel for defendants confirm that its clients concurs with the filing of this motion for a continuance, as required by the uniform local rules of this court, and has been provided with a copy of this motion.

Respectfully submitted,

PHELPS DUNBAR LLP

By: _____
James H. Roussel (Bar No. 11496)
E. Martin McLeod (Bar No. 24846)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130 or 9007

ATTORNEYS FOR COSCO BULK CARRIER CO., LTD.

CERTIFICATE OF SERVICE

I hereby certify that I have on this 16th day of November, 2004, served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 00-106 |
| **HYUNDAI MERCHANT MARINE (AMERICA), INC., ET AL.** | * | SECTION "A" |
| | * | MAGISTRATE (3) |
| | * | |

## ORDER

Considering the foregoing Unopposed *Ex Parte* Motion to Continue Trial and Pre-Trial Conference;

IT IS HEREBY ORDERED that the trial of this matter currently scheduled for December 13, 2004, and the pre-trial conference currently scheduled for 3:30 p.m., on November 18, 2004, are hereby continued, *to be reset at a telephone conference with the Courtroom Deputy on Thursday, December 16, 2004 at 10:45 a.m.*

New Orleans, Louisiana, this _16th_ day of ___Nov___, 2004.

_____
UNITED STATES DISTRICT COURT JUDGE

NO 99490860 1