

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER:   00-106 |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | SECTION: "B" |
| **(AMERICA), INC.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (5) |

### UNOPPOSED MOTION TO EXTEND
### LIABILITY EXPERT REPORT DEADLINE

**NOW INTO COURT,** through undersigned counsel, comes complainant, Barney Neyland, who respectfully shows this Honorable Court that the deadline in this matter for Expert Reports for the complainant is May 6, 2005; that the complainant would like to hire an expert to inspect the wire rope in connection with this matter, which has not yet been produced by defendant, that complainant needs an additional thirty (30) days to obtain the written reports of the experts; that discovery is ongoing in this matter; that the pre-trial and trial dates in this matter will not be upset or delayed by the granting of this Motion; and that all counsel involved in this matter have been contacted by counsel for complainant and have no objection to the filing and granting of this Motion. Wherefore, it is respectfully requested that the deadline for liability Expert Reports be extended thirty (30) days for all parties; thereby making the liability Expert Report deadline for the complainant June 6, 2005.

Respectfully submitted,

DISCON LAW FIRM, L.L.C.

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
SCOTT G. DISCON, #20167
424 N. Causeway Boulevard, Suite A
Mandeville, Louisiana 70448
Telephone: (985) 674-9748
Attorneys for Complainant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 5th day of May, 2005.

_____
THOMAS M. DISCON