FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 10 P 1: 51

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER:   00-106 |
| | * | |
| HYUNDAI MERCHANT MARINE | * | SECTION: "B" |
| (AMERICA), INC. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE:  (5) |

### ORDER

Considering the Unopposed Motion to Extend the liability Expert Report Deadlines;

**IT IS HEREBY ORDERED** that an additional thirty (30) days be extended to the liability

Expert Report deadline for complainant; thereby extending the complainant's deadline up and until

June 6, 2005.

New Orleans, Louisiana this _____ day of _____, 2005.

_____
JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____