

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER:  00-106 |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | SECTION: "B" |
| **(AMERICA), INC.** | * | |
| | * | MAGISTRATE: (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO COMPEL REQUEST FOR PRODUCTION OF DOCUMENTS

NOW INTO COURT, through undersigned counsel, comes complaint, Barney Neyland, and pursuant to Rule 37 of the Federal Rules of Civil Procedure, and for the reasons more particularly described in the attached memorandum in support of this motion, respectfully requests this Honorable Court to enter an order compelling defendant to fully, completely and without objection supplement responses to request for production of documents propounded in this matter. Complainant is also entitled to reasonable costs, expenses, and attorneys fees necessitated by the filing of this Motion.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
SCOTT G. DISCON, #20167
424 N. Causeway Boulevard
Mandeville, Louisiana 70448
Telephone: (504) 674-8748
Attorneys for Complainant

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all counsel of record, by placing same in the United States Mail, properly addressed and postage prepaid, this 9th day of May, 2005.

_____
THOMAS M. DISCON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER:   00-106 |
| | * | |
| HYUNDAI MERCHANT MARINE (AMERICA), INC. | * | SECTION: "B" |
| | * | |
| | * | MAGISTRATE: (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM IN SUPPORT OF MOTION TO COMPEL

**MAY IT PLEASE THE COURT:**

Requests for Production of Documents were propounded unto defendant on or about August 20, 2004, and are attached hereto as Exhibit "A".

Responses nor objections to the discovery requests set forth above were furnished within the time allotted under the Federal Rules of Civil Procedure. Counsel for complainant conducted a conference pursuant to U.L.R. 37.1E and counsel agreed to provide complainant with the wire rope within one week and as of this date, we have yet to receive said wire rope.

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, counsel for complainant respectfully requests this Honorable Court to enter an order compelling defendant to fully, completely and without objection respond to the requests for production of documents referenced herein within one week.

Complainant further requests an order of this Court awarding him reasonable expenses including attorney's fees for the preparation, filing and argument on this motion.

Respectfully submitted,

DISCON LAW FIRM

BY: *JCM T.*
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
SCOTT G. DISCON, #20167
424 N. Causeway Boulevard
Mandeville, Louisiana 70448
Telephone: (504) 674-8748
Attorneys for Complainant

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 9th day of May, 2005.

*JCM T.*
THOMAS M. DISCON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER: 00-106 |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | SECTION: "B" |
| **(AMERICA), INC.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (5) |

### REQUEST FOR PRODUCTION OF DOCUMENTS

NOW INTO COURT, through undersigned counsel, comes complainant, Barney Neyland, who propounds the following Request for Production of Documents to defendants. These responses are to be furnished at the offices of Thomas M. Discon, Discon Law Firm, 424 N. Causeway Boulevard, Suite A, Mandeville, Louisiana 70448, within thirty (30) days of reception of these requests. These requests are to be continuing in nature, and the defendants are required to supplement these responses in the event that further information should be discovered at a later date.

1. Please produce the original wire/cable that parted in connection with this matter.

Respectfully submitted,

DISCON LAW FIRM, L.L.C.

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
424 N. Causeway Boulevard
Mandeville, Louisiana 70448
Telephone: (985) 674-9748



EXHIBIT A

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 20th day of August, 2004.

                                                        THOMAS M. DISCON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER:   00-106 |
| | * | |
| HYUNDAI MERCHANT MARINE | * | SECTION: "B" |
| (AMERICA), INC. | * | |
| | * | MAGISTRATE: (5) |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the attached Motion to Compel will be brought on for hearing before the Honorable U.S. Magistrate Chasez on the _1st_ day of _June_, 2005, at _11_ o'clock a.m., or as soon thereafter as counsel may be heard.

New Orleans, Louisiana this _____ day of _____, 2005.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
SCOTT G. DISCON, #20167
424 N. Causeway Boulevard
Mandeville, Louisiana 70448
Telephone: (504) 674-8748
Attorneys for Complainant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 9th day of May, 2005.

_____
THOMAS M. DISCON

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER:   00-106** |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | **SECTION: "B"** |
| **(AMERICA), INC.** | * | |
| | * | **MAGISTRATE: (5)** |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### CERTIFICATE PURSUANT TO U.L.R. 37.1

Pursuant to Uniform Local Rule 37.1, undersigned counsel for complainant hereby certifies that he conferred with counsel for Hyundai Merchant Marine (America), Inc. to discuss failure to respond to the discovery requests at issue herein, and that to date no responses have been received.

New Orleans, Louisiana this _____ day of _____, 2005.

Respectfully submitted,

DISCON LAW FIRM

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
SCOTT G. DISCON, #20167
424 N. Causeway Boulevard
Mandeville, Louisiana 70448
Telephone: (504) 674-8748
Attorneys for Complainant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 9th day of May, 2005.

_____
THOMAS M. DISCON