FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 17  AM 11: 41

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARNEY NEYLAND | CIVIL ACTION |
| VERSUS | NUMBER: 00-106 |
| HYUNDAI MERCHANT MARINE (AMERICA), INC. | SECTION: "B"(5) |

### ORDER SETTING ORAL ARGUMENT

Oral argument on Plaintiff's Motion to Compel Request for Production of Documents will be conducted on June 1, 2005 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 500 Poydras St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

New Orleans, Louisiana, this 16 day of May, 2005.

ALC
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No___