FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 31  PM 4: 38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-106** |
| **HYUNDAI MERCHANT MARINE (AMERICA), INC., ET AL.** | * | **SECTION "B"** |
| | * | **MAGISTRATE (3)** |
| | * | |

## OPPOSITION TO MOTION TO COMPEL

MAY IT PLEASE THE COURT:

Cosco Bulk Carrier Co., Ltd., Sea Mild Shipping, Inc., and The West of England Shipowners Insurance Services Ltd., oppose plaintiff's Motion to Compel on the basis that defendants have complied with plaintiff's Request for Production of Documents.

Specifically, on May 18, 2005, defendants responded to plaintiff's Request for Production of Documents No. 1. A copy of this Response to Request for Production of Documents, dated May 18, 2005, along with a letter to plaintiff's counsel enclosing the Response to Request for Production of Documents is attached hereto as Exhibit "A."

NO:99537810.1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

There is no other discovery that is the subject of plaintiff's Motion to Compel.

Respectfully submitted,

PHELPS DUNBAR LLP

By: _____
James H. Roussel (Bar No. 11496)
E. Martin McLeod (Bar No. 24846)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130 or 9007

ATTORNEYS FOR COSCO BULK CARRIER CO., LTD., SEA MILD SHIPPING, INC., AND THE WEST OF ENGLAND SHIPOWNERS INSURANCE SERVICES LTD.

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 31st day of May, 2005, served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

_____

# PHELPS DUNBAR LLP
### COUNSELORS AT LAW

New Orleans, LA

Baton Rouge, LA

Houston, TX

London, England

Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
(504) 566-1311
Fax (504) 568-9130

Jackson, MS

Tupelo, MS

Gulfport, MS

Tampa, FL

**EVANS MARTIN MCLEOD**
Partner
New Orleans Office
Admitted in Louisiana and Mississippi
mcleodm@phelps.com

www.phelpsdunbar.com

May 18, 2005

6869-83

**BY FAX**

Mr. Thomas M. Discon
Discon Law Firm
424 North Causeway Boulevard
Suite A
Mandeville, Louisiana 70448

    Re:    *Barney Neyland v. Hyundai Marine (America), Inc., et al*
           USDC No.: 00-0106 "A" (3)

Dear Tom:

Enclosed please find Defendant's Response to Plaintiff's Request for Production of Documents concerning the production of the cable/wire that parted.

We assume that this takes care of your Motion to Compel, but if not, please advise.

With kind regards, I remain

                              Yours very truly,

                              E. Martin McLeod

EMM/pw
Enclosure
cc:    Collins C. Rossi, Esq.

NO:99535430.1

**EXHIBIT A**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-106** |
| **HYUNDAI MERCHANT MARINE (AMERICA), INC., ET AL.** | * | **SECTION "A"** |
| | * | **MAGISTRATE (3)** |
| | * | |

## DEFENDANT'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS

**NOW INTO COURT,** through undersigned counsel, comes Sea Mild Shipping, Inc., COSCO Bulk carriers Co., Ltd., and The West of England Shipowners Insurance Services Ltd. (collectively "COSCO"), and for its answers and objections to the Request for Production of Documents propounded on behalf of plaintiff, Barney Neyland, allege and aver upon information and belief as follows:

### REQUEST FOR PRODUCTION NO. 1:

Please produce the original wire/cable that parted in connection with this matter.

### RESPONSE TO REQUEST FOR PRODUCTION NO. 1:

COSCO does not in possess the wire/cable that parted in connection with this matter.

NO:99535418.1

Respectfully submitted,

PHELPS DUNBAR LLP

By: _____
James H. Roussel (Bar No. 11496)
E. Martin McLeod (Bar No. 24846)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130 or 9007

**ATTORNEYS FOR SEA MILD SHIPPING, INC., COSCO BULK CARRIER CO., LTD., AND THE WEST OF ENGLAND SHIPOWNERS INSURANCE SERVICES LTD.**

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 18th day of May, 2005, served a copy of the foregoing on all counsel of record via facsimile and/or the United States Postal Service, properly addressed and postage prepaid.

_____

99533702

NO:99535418.1