Case 2:00-cv-00106-ILRL-ALC          Document 74-2          Filed 06/01/2005          Page 1 of 25

**Page 1**

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3    *******************************
 4    BARNEY NEYLAND              *    CIVIL ACTION
 5    VERSUS                      *    00-106
 6    HYUNDAI MERCHANT MARINE     *    SECTION "B"
 7    (AMERICA), INC., ET AL.     *    MAGISTRATE (3)
 8                                *
 9    *******************************
10
11
12
13
14
15
16
17         Deposition of BARNEY RAY NEYLAND, taken in
18    the above-entitled cause before Cathy L. Logan, a
19    Certified Court Reporter, authorized to administer
20    oaths of witnesses, pursuant to Section 961.1 of Title
21    13 of the Louisiana Revised Statutes of 1950, as
22    amended, pursuant to the following stipulation, given
23    at the offices of DISCON LAW FIRM, 424 North Causeway
24    Boulevard, Suite A, Mandeville, Louisiana 70448, on
25    Thursday, the 11th day of April, 2002.
```

**Page 2**

```
 1    APPEARANCES:
 2
 3    REPRESENTING BARNEY R. NEYLAND:
 4
 5         DISCON LAW FIRM
 6         BY: THOMAS M. DISCON, ESQ.
 7         424 North Causeway Boulevard, Suite A
 8         Mandeville, Louisiana 70448
 9         Telephone:  (985) 574-9748
10         Fax:  (985) 674-9749
11
12
13    REPRESENTING COSCO BULK CARRIER CO., LTD.:
14
15         PHELPS DUNBAR L.L.P.
16         BY: E. MARTIN McLEOD, ESQ.
17         Canal Place, Suite 2000
18         325 Canal Street
19         New Orleans, Louisiana 70130-6534
20         Telephone:  (504) 566-1311
21         Fax:  (504) 568-9139 or 9007
22
23
24         Reported by CATHY L. LOGAN, Certified Court
25    Reporter in and for the State of Louisiana.
```

**Page 3**

```
 1              S T I P U L A T I O N
 2
 3         IT IS STIPULATED AND AGREED by and among counsel
 4    for the parties hereto that the deposition of BARNEY
 5    RAY NEYLAND, may be taken for all purposes permitted in
 6    accordance with the Federal Rules of Civil Procedure,
 7    at the time and place hereinabove recited;
 8         That all formalities are hereby specifically
 9    waived;
10         That all objections, save objections as to the
11    form of the question and responsiveness of the answer,
12    are reserved until such time as this deposition, or any
13    part thereof, is used or sought to be used in evidence
14    at the time of the trial of the matter.
15
16              ....o0o....
17
18         Cathy L. Logan, Certified Court Reporter in and
19    for the State of Louisiana, officiated in administering
20    the oath to the witness herein.
21
22
23
24
25
```

**Page 4**

```
 1              BARNEY RAY NEYLAND,
 2    2824 Mistletoe, New Orleans, Louisiana 70118, a witness
 3    named in the above stipulation, having been first duly
 4    sworn, was examined and testified on his oath as
 5    follows:
 6    EXAMINATION BY MR. McLEOD:
 7    Q.  Good morning, Mr. Neyland.  My name is Marty
 8    McLeod, and I'm here -- I represent the defendant, one
 9    of the defendants in this case, Cosco Bulk Carrier Co.
10    Limited, and I'm here basically this morning just to
11    ask you a few questions about this incident that
12    happened --
13    A.  Yes, sir.
14    Q.  -- sometime ago.
15    A.  Right.
16    Q.  For the record, could you state your full name.
17    A.  Barney R. Neyland.
18    Q.  R, what does that stand for?
19    A.  Ray.
20    Q.  And what's your current address?
21    A.  2824 Mistletoe.
22    Q.  And where is that?
23    A.  New Orleans 70118.
24    Q.  What's your Social Security --
25    A.  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.
```

EXHIBIT

A

Page 5

1  Q. Do you have a driver's license?
2  A. Yes.
3  Q. Do you have a copy of that with you?
4  A. Uh-huh.
5     MR. DISCON:
6        Try and remember to say yes and no,
7  Barney, instead of uh-huh. It's prettier on the record
8  and makes it easier for us to read when we have to read
9  it, okay?
10       (Discussion off the record.)
11    MR. McLEOD:
12       Let the record reflect the witness has
13 produced a copy of his driver's license, Louisiana
14 driver's license. We're going to attach -- make a copy
15 of this and attach it as Exhibit A to the deposition.
16 A. Yes, sir.
17      (Whereupon, the instrument referred to was
18 marked EXHIBIT A for identification and is attached
19 hereto.)
20 Q. (BY MR. McLEOD) All right. Do you have any
21 restrictions on your license or anything?
22 A. No, sir.
23 Q. Not even for glasses or anything?
24 A. No, sir.
25 Q. Tell me a little bit about yourself. Are you

Page 6

1  born and bred in New Orleans?
2  A. No, sir. I'm from Mississippi.
3  Q. I like to hear that. Where are you from in
4  Mississippi?
5  A. Centreville.
6  Q. How long did you live in Centreville?
7  A. I came to New Orleans when I was about
8  eighteen, something like that.
9  Q. Did you go to high school there?
10 A. Yes.
11 Q. And what was the name of that school?
12 A. Finch, F-I-N-C-H, High.
13 Q. How many years did you go to school there?
14 A. Ten.
15 Q. So you finished the tenth grade?
16 A. Yes.
17 Q. Any reason you left school?
18 A. Well, no. I just -- you know how youngsters
19 are.
20 Q. Yeah. Do other things?
21 A. Well, I came here and went to the river.
22 Q. Came to work.
23 A. Yeah. Came to New Orleans, started working on
24 the river.
25 Q. Okay. What year, about, was that?

Page 7

1  A. '57, '58, somewhere around in there.
2  Q. Do you recall who you went to work for?
3  A. I started working at Standard Fruit when I came
4  to New Orleans.
5  Q. What kind of jobs did you have working with
6  them?
7  A. They were a banana company on Desire Street.
8  Q. Yeah, I understand what kind of company they
9  are. What kind of job was it?
10 A. Loading and unloading bananas.
11 Q. You were a longshoreman sort of pretty much?
12 A. Right.
13 Q. Stevedore?
14 A. Right.
15 Q. How long did you work for them?
16 A. I worked there about eleven years.
17 Q. And why did you go somewhere else?
18 A. Well, they got slow so I moved up, started
19 longshoring altogether.
20 Q. So they got sold. Did you start working for
21 the new company?
22    MR. DISCON:
23       No. He said they got slow.
24 A. Got slower.
25 Q. (BY MR. McLEOD) Oh, got slower.

Page 8

1  A. Right.
2  Q. Okay. Then who did you go to work for?
3  A. Well, I started working around T. Smith.
4  Q. Cooper/T. Smith?
5  A. Cooper/T. Smith.
6     MR. DISCON:
7        Back then it was T. Smith.
8     MR. McLEOD:
9        Yeah. They merged --
10    MR. DISCON:
11       In '85.
12 A. Then I started working for James Stevedore.
13 Q. (BY MR. McLEOD) How long did you work for T.
14 Smith?
15 A. Well, off and on I worked till I got hurt.
16 Q. How long?
17 A. Till I got hurt.
18 Q. Oh, until you got hurt.
19 A. Right.
20    MR. DISCON:
21       He's talking pre and post merger.
22 Q. (BY MR. McLEOD) So basically since you went
23 to work for T. Smith and then you came on with
24 Cooper/T., then you continued working with that same
25 company.

---

**Page 9**

1  A. Right.
2  Q. How many years, about, has it been you worked
3  for them? How old are you?
4  A. Sixty-one.
5  Q. When's your date of birth?
6  A. 6/26/40.
7  Q. So we're talking about how long you worked for
8  T. Smith and --
9  A. Well, I've worked on the river now altogether
10 with the fruit company, that's forty-three years I was
11 out there.
12 Q. Okay. So you think maybe around thirty-three
13 years with T. Smith and its related companies?
14 A. Yeah. I'd say about thirty. Somewhere around
15 in there.
16     MR. DISCON:
17        That wasn't exclusively for T. Smith.
18 Did you work exclusively for T. Smith? Cooper/T.
19 Smith?
20     THE WITNESS:
21        Not altogether. I worked for James,
22 too. I worked for all of the stevedores.
23 Q. (BY MR. McLEOD) Yeah. That's what I'm trying
24 to find out. I'm just trying to identify all the
25 stevedores you've ever worked for.

---

**Page 10**

1  A. Oh, I worked for James Stevedore. Strachan
2  Line.
3  Q. Strachan Lines?
4  A. Right.
5     MR. DISCON:
6        S-T-R-A-C-H-A-N.
7  Q. (BY MR. McLEOD) Yeah. Like Strachan Shipping.
8  A. Yeah. Right. I worked for quite a few
9  stevedores.
10 Q. Total time on the river you worked what? You
11 said forty-three years, huh?
12 A. Right.
13 Q. What types of different jobs did you have
14 working on the river?
15 A. Well, I was a flagman for a while. I worked in
16 the hold for a while, then I started operating.
17 Q. You feel like you're a pretty experienced
18 stevedore/longshoreman?
19 A. Yes, I would say so.
20 Q. Is there any job that you haven't done in the
21 longshoring business?
22 A. No. I did most all of it. Drove lift
23 machines.
24 Q. And you moved to different positions because
25 you got paid more?

---

**Page 11**

1  A. Right. Right. Advancing myself.
2  Q. When did you become a crane operator?
3  A. I've been doing that about -- I guess about
4  twenty or twenty-five years.
5  Q. Which companies have you worked as a crane
6  operator for?
7  A. Oh, I worked for Sealand, I worked for New
8  Orleans Marine, I worked for TTO at Nashville.
9  Q. Was it TTO that you were working for when this
10 happened?
11 A. Right.
12 Q. How long had you been working for TTO before
13 this happened?
14 A. Oh, I don't know right off, but I've been
15 working for TTO for a good while.
16 Q. Like five years, ten years?
17 A. More than that. I guess about ten, fifteen
18 years. Yeah.
19 Q. Always as a crane operator?
20 A. Right. When I was at TTO, right, I always was
21 a crane operator.
22 Q. And was that always in New Orleans?
23 A. Yeah. Right.
24 Q. Other than Centreville, Mississippi and in New
25 Orleans, have you ever lived anywhere else?

---

**Page 12**

1  A. No, sir.
2  Q. Never worked anywhere else?
3  A. No, sir.
4  Q. Are you married?
5  A. Yes, sir.
6  Q. And what's your wife's name?
7  A. Ethel, E-T-H-E-L.
8  Q. How long have you all been married?
9  A. Must be forty-one. Got married in '60.
10 Q. You ever been married before?
11 A. No, sir.
12 Q. Does she have a job?
13 A. Yes, sir. She works for the School Board.
14 Q. New Orleans School Board?
15 A. Yes, sir.
16 Q. Has she worked for them a long time?
17 A. I think about fifteen years.
18 Q. What's her job?
19 A. She's a school teacher.
20 Q. Do you have any family? Children?
21 A. I have a daughter.
22 Q. And what's her name?
23 A. Yolanda.
24 Q. How old is she, roughly?
25 A. She's about thirty-six.

---

## Page 13

1  Q. Where does she live?
2  A. She lives in New Orleans.
3  Q. What does she do?
4  A. She works at the VA.
5  Q. What kind of job does she have?
6  A. She's an R.N. She's a nurse.
7  Q. Other than for what happened in this accident
8  have you ever been to the hospital before?
9  A. Yes, I've been to the hospital.
10  Q. Okay. What are the reasons you've been to a
11  hospital before?
12  A. Well, I had an accident.
13  Q. When did you have that accident?
14  A. Roughly I think it was around '87, something
15  like that.
16  Q. Okay. What hospital did you go to?
17  A. I went on Canal Street, but I didn't go to no
18  hospital. I went --
19  Q. You saw a doctor or something? Or a clinic?
20  A. It was a clinic, I think that's what it was. A
21  clinic on Canal Street, I believe. 25-something Canal.
22  Q. Do you know the name of the doctor who saw you?
23  A. No, I don't know.
24  Q. What kind of accident was it?
25  A. Well, I had a leg problem.

## Page 14

1  Q. When you say leg, what part of your leg?
2  A. Around my kneecap.
3  Q. You hurt your knee?
4  A. Yeah.
5  Q. You're pointing --
6  MR. McLEOD:
7  Let the record reflect the witness is
8  pointing to his right knee.
9  Q. (BY MR. McLEOD) Is that correct?
10  A. Right.
11  Q. How did that accident happen?
12  A. A Guy ran a stop sign and hit me.
13  Q. So it was an automobile accident.
14  A. Right.
15  Q. You were in a car?
16  A. Yes, sir.
17  Q. And how many times did you go see that doctor?
18  A. Well, they had me going to therapy. I went a
19  couple of months in therapy.
20  Q. Where did you go to therapy?
21  A. The clinic on Canal Street.
22  Q. So you went to physical therapy, you don't know
23  that you actually saw a doctor, is that right?
24  MR. DISCON:
25  He went and saw a doctor and he also

## Page 15

1  went to therapy at the same clinic.
2  Q. (BY MR. McLEOD) All together. One of those
3  deals, one stop shopping?
4  A. Yeah. Right.
5  Q. Okay. And so what happened? Your knee got
6  better?
7  A. Yeah, it got better after they put the heat.
8  Q. Did you miss any work because of that?
9  A. No. I still worked.
10  Q. Were you driving the car when that happened?
11  A. Yes, sir.
12  Q. Did you make any claim against him for that?
13  A. Well, yes, I made a claim against him for that.
14  Q. Did you file a suit or --
15  A. Right. Yes, sir.
16  Q. Where did you file that suit?
17  A. Well, they had Poulliard, the lady -- 1130
18  Poulliard her offices are. That's who was paying the
19  clinic.
20  MR. DISCON:
21  I don't know if he knows whether the
22  suit was filed. I don't know he knows it was settled.
23  Q. (BY MR. McLEOD) How much money did you
24  receive?
25  A. It was a couple of thousand.

## Page 16

1  Q. You didn't ever have to give testimony like
2  this for it; is that right?
3  A. No, sir.
4  Q. Who represented you?
5  A. A lady lawyer, Susan.
6  MR. DISCON:
7  Susan at 1130 Poulliard, which I think
8  is --
9  THE WITNESS:
10  1130 St. Charles.
11  MR DISCON:
12  St. Charles. I think it's Frischbertz
13  Law Firm, and I think it was Sue -- I can't remember
14  Sue's last name.
15  THE WITNESS:
16  No, I don't know the name.
17  Q. (BY MR. McLEOD) You don't know her last name?
18  A. No, I don't know her last name.
19  MR. DISCON:
20  Poulliard, I think, is one of the
21  partners.
22  THE WITNESS:
23  Poulliard is the head man.
24  Q. (BY MR. McLEOD) Okay. So on this occasion in
25  1987, who were you working for at that time? Do you

Page 17

1 recall which one of the stevedores?
2    A. I think I worked for James Stevedores around
3 that time.
4    Q. Any other hospitals you've been to? I mean,
5 this was more of a clinic combo with the doctor, but
6 have you ever actually been to an emergency room?
7    A. No.
8        MR. DISCON:
9            Other than for this accident.
10    A. No, not to my knowledge.
11    Q. (BY MR. McLEOD) So what about, have you ever
12 been to the doctor before, other than this accident?
13    A. Yes, I went to the doctor on account of when I
14 had the accident.
15    Q. Yeah. Any other times?
16    A. I don't recall, no.
17    Q. Do you have a family doctor?
18    A. Yes.
19        MR. DISCON:
20            Now, he said when he had accidents he'd
21 see a doctor. He does have another accident. You
22 know, we've actually got into this ass backwards because
23 you asked about hospitals and he --
24        MR. McLEOD:
25            Yeah. I'm just asking about hospitals

Page 18

1 first. I'll get into what --
2        MR. DISCON:
3            He does have another accident.
4        MR. McLEOD:
5            I'll get into that.
6    Q. (BY MR. McLEOD) Do you have a family doctor?
7    A. Yes.
8    Q. What's his name?
9    A. McNally.
10    Q. Where is his office?
11    A. On Prytania.
12    Q. Is he still there, do you know?
13    A. Yes, sir.
14    Q. Where do you get your prescriptions?
15    A. Walgreens.
16    Q. On Prytania as well?
17    A. No. Magazine.
18    Q. Anywhere else you've gotten any prescriptions?
19    A. No, not right off.
20    Q. Okay. So you've gone to see Dr. McNally; is
21 that right?
22    A. Right.
23    Q. Any other doctors you've gone to see?
24    A. I go see Dr. Neil Baum. He's on Prytania.
25    Q. How do you spell that? B-O-N --

Page 19

1        MR. DISCON:
2            B-A-U-M.
3    A. Baum, B-A-U-M.
4    Q. (BY MR. McLEOD) What kind of a doctor is he?
5    A. Well --
6        MR. DISCON:
7            Urologist.
8    A. Right. He would be a urologist.
9    Q. (BY MR. McLEOD) Do you see him in connection
10 with this incident or --
11    A. Oh, no.
12    Q. And why did you go see him?
13    A. Well, just like if I have problems or whatever
14 I go to see him.
15    Q. Are there any other, other than this Dr. Neil
16 Baum, Dr. McNally, are there any other doctors that
17 you've seen that you can recall?
18    A. No.
19    Q. Do you think you would recall if you had gone
20 and seen another doctor?
21        MR. DISCON:
22            Well, he had the accident in '97.
23 Didn't you see a doctor for that?
24        THE WITNESS:
25            In '97? I don't recall.

Page 20

1        MR. DISCON:
2            You don't recall the name of the doctor?
3        THE WITNESS:
4            No. That's what I'm saying, I don't
5 recall the name.
6    Q. (BY MR. McLEOD) Well, he's mentioning an
7 accident in '97. What happened in 1997?
8    A. That was an accident also.
9    Q. What happened?
10    A. Well, on Magazine a guy ran the stop sign, hit
11 me.
12    Q. Hit you from behind or --
13    A. No. He came out into Magazine and he hit me.
14    Q. So he hit you on the side of your car?
15    A. Right.
16    Q. Did he strike you on the passenger's side or
17 the driver's side?
18    A. On the driver's side.
19    Q. And what happened?
20    A. Well, I had a little case with the same lady
21 lawyer. Sued them. She took the case.
22    Q. Did you go see a doctor for that?
23    A. Yeah, but I don't recall his name, the doctor I
24 went to see.
25    Q. Do you think she would have those records?

Page 21

1  A. Might would.
2  Q. Do you have any records at your house related
3  to that?
4  A. No, I wouldn't.
5  Q. Do you keep records at your house of sort of
6  like your medical bills or --
7  A. Yes. Most of them. I kind of keep up with
8  them. Yes, sir.
9  Q. So do you have like a file cabinet or
10  something?
11  A. Yeah. Well, my wife keeps them in a little
12  cabinet. Whatnot thing.
13  Q. Did you get some money from that?
14  A. I got a few dollars out of that. Wasn't that
15  much though. We had such a hassle there. They was
16  trying to sue me. They were wrong, but they tried to
17  sue me.
18  Q. So they were claiming you caused it?
19  A. Right. That's what the guy was saying. I
20  caused the accident.
21  Q. So you all settled that case as well. You
22  don't recall the dollar amount? Was it a thousand, two
23  thousand?
24  A. I think about eleven, twelve hundred, something
25  like that.

Page 22

1  Q. Okay. Have you had any other accidents?
2  A. No. Not to my knowledge, no.
3  Q. Have you ever had -- other than this have you
4  ever had a work-related accident?
5  A. No, sir, not to my knowledge.
6  Q. Do you think you would know if you had? I
7  wasn't there, you were there.
8  A. No.
9  Q. Is that no?
10  A. No, sir.
11  Q. Cuz I certainly wouldn't recall it.
12  A. Yeah, that's true.
13  Q. How long have you lived at Mistletoe?
14  A. I've been living there since '65.
15  Q. Is that a house you own?
16  A. Yes, sir.
17  Q. And how much do you pay for that a month, or is
18  it paid off?
19  A. It's paid off.
20  Q. What kind of expenses do you have a month?
21  A. Well, utilities. Like lights, telephone.
22  Q. What do you think your total expenses are per
23  month would you say?
24  A. Oh, I figure about nine. About nine, ten
25  hundred.

Page 23

1  Q. Okay. Do you currently have any sources of
2  income other than your wife?
3  A. No. I'm retired.
4  Q. You're retired?
5  A. Right, sir.
6  Q. How much does your wife make a year, do you
7  know?
8  A. No. I wouldn't know.
9  Q. Does she keep all the checkbooks and
10  everything?
11  A. Yes. She has that.
12  MR. DISCON:
13  I'm going to go back and object to your
14  question on sources of income because I don't know
15  whether that qualifies for Social Security or qualifies
16  for retirement benefits.
17  Q. (BY MR. McLEOD) To the extent it's not clear,
18  that's fine. I'm talking about you're not working
19  right now.
20  A. No, sir.
21  Q. When's the last time you worked?
22  A. In '99. 15th of January.
23  Q. How much were you making then? I assume that
24  was at the time of this incident, correct?
25  A. Yeah. It's when the incident was, 15th of

Page 24

1  January '99.
2  Q. How much were you making, say a year, as a
3  crane operator for TTO at that time?
4  A. Oh, I was making ninety, a hundred thousand
5  dollars a year, something like that.
6  Q. Had you averaged that over the past four or
7  five years?
8  A. Yes, sir.
9  Q. Do you have -- other than your house, do you
10  have any investments or anything?
11  A. No, sir.
12  Q. Do you have any other savings?
13  A. No, sir.
14  Q. Do you own any other land?
15  A. No, sir.
16  Q. I assume the house is in your name, or you and
17  your wife's name?
18  A. Me and my wife.
19  Q. Has all of your employment -- you've never been
20  fired from a job; is that fair to say?
21  A. No, sir. No, sir.
22  MR. DISCON:
23  That's going to read a little funny, but
24  his answer to your question is that is correct, he's
25  never been fired, for the record, because it is going

Case 2:00-cv-00106-JLRL-ALC    Document 74-2    Filed 06/01/2005    Page 7 of 25

BARNEY RAY NEYLAND                    Multi-Page™          Neyland vs. Hyundai Merchant Marine
April 11th, 2002

Page 25

1 to read funny the way you asked and he answered it.
2   Q. (BY MR. McLEOD)  Have you ever had any
3 illnesses or anything like that?  Ever had your
4 appendix removed, or diabetes, or anything like that?
5   A. No, sir.
6   Q. You've been a pretty healthy person, huh?
7   A. I noticed I have sugar now since I retired.
8 I'm a diabetic.
9   Q. You are a diabetic?
10   A. Yes.
11   Q. But you learned about that after this happened
12 --
13   A. Yes, sir.
14   Q. -- in January '99?
15   A. Right.
16   Q. Now, going to January '99, you were working on
17 this ship.  Do you recall, were you working with one of
18 your normal gangs, or do you recall who was working
19 with you?
20   A. I was working with -- the foreman was named --
21 was Afard.  Afard.  His name was Glen Afard, I think,
22 yeah.
23   Q. Africk?
24   A. A-F-A-R-D, I think.  Something like that.
25   Q. Do you recall anybody else you were working

Page 26

1 with?  Did you know people that were working on the
2 shore or in the hold?
3   A. In the gang when I --
4   Q. Yes, sir.  I understand at the time you all
5 were discharging some steel beams.
6   A. Right.
7   Q. So presumably you would have had some
8 stevedores in the hold, on the shore, and maybe a
9 flagman who was telling you where to go; is that right?
10   A. Yeah.  Well, that was --
11   Q. Is that normally how you operated?
12   A. Yeah, something similar has been done.  But the
13 flagman's name was Comeaux (assumed spelling), I think.
14   Q. Comeaux?
15   A. Comeaux, yeah.
16   Q. That's his last name?
17   A. Right.  I don't know his first.
18   Q. Do you recall the names of any other guys?
19 Crewmembers?
20   A. No.
21   Q. This happened on the morning of the 15th.  Do
22 you know when you all started working on the vessel SEA
23 MILE (assumed spelling) discharging cargo?
24   A. Yes, sir.
25   Q. Okay.  When was that?

Page 27

1   A. Well, I started to work that morning, we worked
2 7 o'clock.  Now, when I turned the crane around to go
3 pick up the gear which you pull the beams with, which
4 would be spreader bars and whatnot, well, the boom more
5 or less fell about -- I guess about ten or fifteen
6 feet.  So I called the foreman.
7     MR. DISCON:
8         Stop right there.  I'm not sure, I think
9 you misinterpreted his question.
10         He's telling you about what happened the
11 day of the incident.
12         He asked you had you all worked that
13 ship before the day of the accident.
14     THE WITNESS:
15         Oh, no, no.  That was my first day.
16   Q. (BY MR. McLEOD)  That was the first day you
17 were on the ship?
18   A. Right.
19   Q. You didn't work on the ship the day before or
20 the night before.
21   A. No, sir.
22   Q. Do you know who the other crane operator was?
23 Did you have one that normally worked with you?  I
24 mean, did you all switch out shifts in terms of was
25 there a relief crane operator?

Page 28

1   A. I think it was Jerry Jackson was the guy that
2 relieved me.
3   Q. So that morning was the first time you had been
4 on this vessel?
5   A. Right.
6   Q. Had you ever worked on that vessel before?  I
7 know it's hard to recall, you work on so many vessels,
8 but --
9   A. No, I don't think so.  No.
10   Q. So at 7 a.m. you all came on --
11   A. Yes.
12   Q. -- and started working.  And I understand it
13 was the No. 4 crane, or do you recall?
14   A. I think it was No. 4 or 5, yeah.  No. 4.  I
15 think you're right.
16   Q. And where were you all supposed to be
17 discharging cargo from?  Which hold?
18   A. It was in No. 4 hatch.  I think it was No. 4.
19 3 or 4 hatch.  Discharging beams to the dock.
20   Q. Okay.  So you were beginning to tell a story
21 before we digressed a little bit about when you got to
22 the crane.  What happened?
23   A. Well, I got in, started the crane up so I could
24 go to the dock, get the spreader bars and whatnot when
25 the thing fell about -- I guess about ten or fifteen

## Page 29

1 feet. So I cut it off. Well, it stopped. So I got
2 the foreman and I tell him.
3 Q. When it fell it fell ten or fifteen feet.
4 You're talking about the arm or you're talking about --
5 A. Yeah. The boom.
6 Q. -- the load? The boom fell --
7 A. They didn't have no load. I was going to get
8 the gear.
9 Q. You were rigging up.
10 A. Right. Getting the gear. Right. So --
11 Q. Where did it fall? Did it fall down into one
12 of the holds or --
13 A. No. The boom was in the air with thirty --
14 about thirty degrees in it. It fell maybe ten, fifteen
15 feet. And so I got the foreman and he told me don't
16 fool with it till he gets the mate. So the mate came
17 up and he started it up and --
18 Q. Now, when you say the foreman, just so we're
19 clear, was that Glen --
20 A. Glen Afard.
21 Q. Okay.
22 A. And the mate came up and he started the crane
23 and he didn't have any problems. He told me okay, go
24 to work. So I worked till -- must have been about
25 twenty minutes to 9 or something like that.

## Page 30

1 Q. Let me stop you right there. What kind of a
2 crane was it? Just a typical gantry crane or --
3 A. It was a hot rod.
4 Q. Had you worked cranes like that before?
5 A. I had.
6 Q. And what were the controls like? Standard
7 controls?
8 A. Yeah. Just regular. Regular controls.
9 Q. You didn't have any problem working the crane
10 or anything?
11 A. No, sir.
12      MR. DISCON:
13           I'm going to object to the question as
14 being a little overbroad. I imagine when you say
15 problem, meaning that he understood how to operate the
16 crane --
17      MR. McLEOD:
18           Right.
19      MR. DISCON:
20           -- as opposed to that he encountered a
21 problem when he first started operating the crane.
22      MR. McLEOD:
23           That's exactly what I meant.
24 A. Right. I understand what you're saying.
25 Q. (BY MR. McLEOD) In terms of you knowing how to

## Page 31

1 operate it, you weren't confused in terms of how to
2 operate the crane.
3 A. Oh, no, no. I knew how to operate it.
4 Q. You had operated many cranes like that before?
5 A. I had.
6 Q. Okay. So you said you continued working until
7 about twenty minutes till 9?
8 A. Yes, sir.
9 Q. Okay. How many loads had you discharged before
10 about twenty till 9?
11 A. Oh, I don't know how many, but I know where I
12 was bringing the load to I couldn't get there, so I set
13 the load on the dock. And the guy told me, now, when
14 they got it clear here where I bring the load to. I
15 picked the load up to bring it over here, all right,
16 that's when everything fell. The whole thing came
17 down, the boom and everything.
18 Q. Had you completed one full load that morning?
19 A. I had worked from about 7:20 to twenty minutes
20 to 9.
21 Q. That's my question. My question is how many
22 loads had you done before this?
23 A. I wouldn't know how many.
24 Q. Four? Five? Ten?
25 A. Oh, no. I'd guess about fifteen, twenty loads.

## Page 32

1 Q. Okay. Were you given any instructions on how
2 to operate the crane before you got in it?
3 A. No, sir.
4 Q. Had your foreman given you any instructions on
5 how to operate the crane before you got in it?
6 A. No. But I know more about operating than he
7 did.
8 Q. So did he give you any paperwork that the
9 vessel had provided to TTO regarding how to work the
10 crane?
11 A. No.
12 Q. So going to about 20 minutes before 9, prior to
13 then you had lifted many loads, correct?
14 A. Right.
15 Q. From whichever hold it was onto -- you were
16 discharging to the wharf, correct?
17 A. To the wharf. Correct.
18 Q. And were there any crewmembers there while you
19 all were doing that?
20 A. Yeah, they had a couple on deck.
21 Q. Do you recall what they looked like?
22 A. You mean the ship crew, huh?
23 Q. Yes.
24 A. I don't know what nationality they are, but
25 they had a couple out on deck. One came up there after

**Page 33**

1 the thing fell. He came up there.
2 Q. After the mate -- how did you know that he was
3 the mate that came up into the cabin?
4 A. Well, the foreman went and got somebody. It
5 was the mate, boatswain or something. Whoever --
6 Q. So you're assuming that it was the mate or the
7 boatswain, you don't know personally?
8 A. Well, it wasn't none of our people because
9 they're all different.
10 Q. I understand that it was someone from the
11 ship's crew.
12 A. Yeah.
13 Q. I'm saying do you know which member of the
14 ship's crew did it? That's all I'm trying to find out.
15 A. No. I guess it was the boatswain. That's who
16 I assume he was. You know, the man over the deck of
17 the ship. That's who I assumed it would be, the
18 boatswain.
19 Q. Yeah. But you're assuming that.
20 A. Right. I don't know for sure.
21 Q. Okay. So from the time that the -- what
22 happened? Did the foreman tell you -- did Glen tell
23 you, hey, they said they fixed the crane and you can go
24 to work, or what happened?
25 A. Well, the mate told me the crane was okay, to

**Page 34**

1 go to work. So all right. So I told the foreman.
2 Foreman said, all right, let's go to work then.
3 Q. And where were you when the -- you're saying
4 that it was the mate or whoever the crewmember was told
5 you that, where were you?
6 A. I was on the outside. He got in the seat.
7 Well, I get out of the seat, let him get in the seat.
8 So I stand on the side until he finished with it.
9 Q. And how long did that take?
10 A. I guess about five or ten minutes he fooled
11 with it back and forth. It was working fine, no
12 problem.
13 Q. So you watched him while he --
14 A. Right. I was looking at him while he was
15 operating.
16 Q. Did it look like it was working to you?
17 A. It was working fine, to me.
18 Q. Okay. Now, the crewmember left and you got
19 back in the crane.
20 A. Got back in the seat, right.
21 Q. Okay. And how long after that did you all
22 start loading or discharging?
23 A. Discharging, I would say about twenty after 7.
24 7:30.
25 Q. And during that period of time, between that

**Page 35**

1 until this accident happened, were there any other
2 problems?
3 A. I had no problems. No problems with it.
4 Q. So now we're at I guess twenty minutes before
5 9. What happened at that time?
6 A. I had the load setting on the dock.
7 Q. The load was sitting on the dock.
8 A. Right.
9 Q. And --
10     MR. DISCON:
11         What did you do?
12 A. I sit there till the man tells me to bring it
13 to the resting place.
14 Q. (BY MR. McLEOD) Okay. It was on the dock and
15 you said the man told you. Who told you that?
16 A. Well, the flagman. Said, well, bring the load
17 like to the place where you're landing it for the lift
18 to pick it up. So it was full, I couldn't put it
19 there.
20 Q. So you had already placed it down on the wharf.
21 A. I set it down on the wharf.
22 Q. And the flagman wanted you to move it to
23 another --
24 A. Bring it to the place where they could unhook
25 it at.

**Page 36**

1 Q. Where they have a forklift that was moving it?
2 A. Yeah. A forklift to move it.
3 Q. Right. And how far away was that?
4 A. Oh, it wasn't that far. I had the load maybe
5 over here. Where I had the resting place was maybe
6 about thirty feet, forty feet.
7 Q. And so where -- what happened during that
8 process after the flagman indicated that he needed you
9 to move it?
10 A. Well, I picked it up. That's when the boom
11 came down, when I picked it up off the wharf.
12 Q. I assume the vessel was berthed what, starboard
13 side to the dock? Do you recall?
14 A. Yeah, that would be starboard I think, yeah.
15 Q. I'm just trying to get an idea. Could you --
16 was this a five hold vessel or do you know?
17 A. I don't know.
18 Q. You don't recall?
19 A. No.
20 Q. Could you kind of draw for me just to show me
21 where maybe the wharf is, where the vessel is? And
22 trust me, you know, you don't have to be Michelangelo,
23 just do the best you can. I'm just trying to get an
24 understanding of what happened.
25 A. Well, I would say this would be the vessel,

Page 37

1 okay?
2 Q. Let's do a bird's-eye view so we're looking
3 down, if that's okay.
4 A. Yeah. I'm saying this would be the vessel.
5 Q. All right.
6 A. Okay. So here, this would be the dock over
7 here. Now, I bring the load out here. So I set the
8 load down here. And I got to bring the load over in
9 this position. That's the best I can do.
10 Q. Are we looking down there, or what have you
11 drawn there? That's a little bit confusing to me.
12 A. I said this would be the ship.
13 Q. So we're looking down at the ship.
14 A. This is the ship.
15 Q. The wharf is all along the side.
16 A. Right. This is the wharf over here.
17 Q. Okay.
18 A. So I bring the load here, I set it down here on
19 the dock. So I got to move from here to bring it over
20 here to this destination.
21 Q. So you were moving it from --
22 A. On the wharf right here.
23 Q. Right. The forward part of the ship to the
24 stern.
25 A. Right. Bring it over here.

Page 38

1 Q. About twenty to thirty feet.
2 A. About thirty feet.
3 Q. Okay. Now, was the hold that you had moved the
4 cargo from over here in front?
5 A. The hold I brought the cargo from would be back
6 here. So I bring the load, I set it here. When I
7 leave from here I'm going to bring it over here.
8 Q. Is that how you normally did each load?
9 A. No. If it's clear here I don't set it down
10 here. I come out of the hold, I go straight on to the
11 landing spot.
12 Q. Had they not finished moving your prior load
13 before; is that what --
14 A. Right. They hadn't moved the prior load. So I
15 had to set it down to the side till the lift come and
16 moved there.
17 Q. So then when you went to pull it up again, what
18 happened?
19 A. When I picked it up, that's when the thing came
20 down. When I pick it up from here.
21 Q. When you say the thing came down, the load?
22 A. The load and boom and all came down.
23 Q. The whole crane --
24 A. Right.
25 Q. The whole crane fell.

Page 39

1 A. Yeah.
2 Q. And then what happened? I mean, what happened
3 to you?
4 A. Well, that wire came up in there and broke all
5 the glass out of the crane, cut me up. I couldn't get
6 out of the seat because it happened so fast. All I
7 could do was just sit there and wait until the impact
8 get -- you know, get finished.
9     MR. McLEOD:
10        Let the record reflect the witness was
11 sort of crouching to his left.
12 Q. (BY MR. McLEOD) Is that right?
13 A. Uh-huh.
14 Q. Were you cut or were you injured?
15 A. Oh, yeah. That glass cut all my arm.
16 Q. Both arms or one arm?
17 A. Well, when I turned, that made it hit this
18 side. So I lost my glasses. I don't know what
19 happened to them.
20 Q. Were you cut anywhere else other than on your
21 right arm?
22 A. My arm, my leg, all my neck. Had glass pop
23 into all that. I was bleeding.
24 Q. Okay. And then where did you go?
25 A. I went to the -- what's that Marine something

Page 40

1 on Tchoupitoulas?
2 Q. You went to Marine Medical Unit?
3 A. Yeah.
4 Q. Did they treat you there and release you, or
5 what happened?
6 A. No. Well, a little lady doctor talked to me
7 and she acted so nasty till --
8 Q. At Marine Medical Unit?
9 A. Yes, sir.
10 Q. Was that the first time you had ever been to
11 that place?
12 A. It had. No, I had been there before, because I
13 dropped some containers back at France Road and they
14 had sent me there.
15 Q. What year was that?
16 A. That's been about -- I'd say about seven years.
17 Q. Explain to me what happened in that case. You
18 dropped some containers?
19 A. Well, the paper -- the guy on the paper, he
20 told me that -- he said -- they called me Beau. Said
21 Beau, go to Bay 23, Cell 3 and discharge. It was
22 supposed to be forty foot containers in there. So I
23 said all right. I discharge it. I get to the -- it
24 was seven deep. I get to the sixth box. I set the
25 rack on it, I don't get no light. So I had to pick the

Case 2:00-cv-00106-ILRL-ALC    Document 74-2    Filed 06/01/2005    Page 11 of 25

BARNEY RAY NEYLAND                                    Neyland vs. Hyundai Merchant Marine
April 11th, 2002

Multi-Page

---

**Page 41**

1 rack up and I drop a little bit on it, boom. I got the
2 light. So that means I could lock it. So I lock it.
3 When I gets to the dock, instead of me having a forty I
4 had two twenties. So that made -- there ain't nothing
5 in the middle to hold it so that made it fall back down
6 in there on the other two boxes. So I had to go and
7 pass -- take a urine test.
8 Q. Did you pass?
9 A. Yes, sir.
10 Q. Have you ever been convicted or arrested of any
11 crimes?
12 A. No, sir. No, sir.
13 Q. So getting back to this case, you went back
14 over to Marine Medical Unit, the doctor was nasty to
15 you. Could you explain that?
16 A. Yeah. Well, it was a lady. You know, she --
17 the way she talked, you know, you don't talk to no
18 person on any kind of way. The way she talked I didn't
19 approve of it.
20 Q. What kind of medical treatment did she give
21 you?
22 A. She didn't give me anything. She just checked
23 me and told me there wasn't no glass in my eye. And I
24 went on to my -- the Vision Center where I get my
25 glasses. And I had those people to check it and they

**Page 42**

1 said I didn't have any glass in my eye.
2 Q. What Vision Center was that?
3 A. It's on Elysian Fields in Gentilly. Somewhere
4 around there.
5 Q. I need to know the name of it, though.
6 A. All I know is it's right off of Elysian Fields
7 and Gentilly.
8 Q. Did you see an ophthalmologist there or just a
9 regular eye doctor?
10 A. Well, that's where I had been going. He
11 checked my eyes and made me some prescription, got me
12 some more glasses.
13 Q. So what happened to your glasses in this
14 instance? They fell off or they broke or --
15 A. I don't know what happened to the glasses. We
16 ain't never found them. We looked all down on the deck
17 of the ship. I ain't never seen them glasses no more.
18 Q. So you lost them or something?
19 A. Right. I don't know what happened.
20 Q. You don't recall his name who gave you the
21 glasses?
22 A. No, I don't know that.
23 Q. It was on Elysian Fields in Gentilly.
24 A. Right.
25     MR. DISCON:

**Page 43**

1         You called it the Vision Center. Is
2 that the name of it?
3     Q. (BY MR. McLEOD) Was it like an Eye Master's
4 or Vision Center? What kind of place was it? If you
5 had to go back there today, how would you get there?
6     A. It's right behind the service station on
7 Elysian Fields and Gentilly.
8     MR. DISCON:
9         You don't remember the actual name of
10 the place, do you, as opposed to the doctor?
11     THE WITNESS:
12         No, I don't.
13     Q. (BY MR. McLEOD) So then after you went to the
14 eye doctor, did you go see any other doctors?
15     A. Yes. I went to see Mr. Watermeier.
16     Q. What did you go see him for?
17     A. For my back, my right shoulder, and I was
18 having a little problem with my leg where the wire hit.
19     Q. The wire hit your leg?
20     A. Yeah. The wire came up in the crane.
21     Q. So it actually entered into the crane?
22     A. Yeah. The wire -- you know how when it hit the
23 glass, that made it -- it kind of came up in there.
24     Q. Do you know what kind of -- was it safety glass
25 that was on the crane, or do you know?

**Page 44**

1     A. The windshield do you mean?
2     Q. Yeah.
3     A. Oh, I don't know. Big thick glass. I know it
4 bursted out.
5     Q. Did it break like a windshield on a car or did
6 it shatter --
7     A. It shattered. It shattered. Yes, sir, it
8 shattered.
9     Q. Did you ever take any pictures of yourself?
10     A. No, I didn't.
11     Q. When was the first time you went and saw Dr.
12 Watermeier?
13     A. Around the 25th or something.
14     THE WITNESS:
15         Right, Tommy?
16     A. I think it was the 25th.
17     Q. (BY MR. McLEOD) 25th of January?
18     A. Yes, sir.
19     Q. And who sent you there? How did you get his
20 name?
21     A. Tommy sent me.
22     Q. What did Dr. Watermeier tell you?
23     A. Well, he run some tests on me and whatnot. And
24 he said I had some lower -- in my lower disc that was a
25 little bad. He treated me for it, give me -- he

Page 45

1 treated me and he give me a little therapy. That
2 helped. But when the weather gets bad I have problems
3 with it.
4    Q. Where do you go to therapy?
5    A. I go -- I go to exercise on -- by Touro.
6    Q. Do you remember the name of the facility there?
7 What building it's in?
8    A. It's the hospital, but it's right there by the
9 emergency.
10       MR. DISCON:
11          He's not going to -- he's not -- at this
12 time he's not going to prescribed physical therapy. He
13 simply -- as part of his health program he goes to a
14 facility next door where he works out, does some
15 cardiovascular stuff trying to keep himself in shape to
16 not put on weight because of the back and all that
17 stuff.
18       MR. McLEOD:
19          Sure.
20       MR. DISCON:
21          Is that right, Barney?
22       THE WITNESS:
23          That's true.
24    Q. (BY MR. McLEOD) How many times have you seen
25 Dr. Watermeier?

Page 46

1    A. Oh, I go see Dr. Watermeier -- I went
2 yesterday. I go every two months, something like that
3 now.
4    Q. You've seen him what, ten to fifteen times?
5    A. Yeah, I'd say a little bit more. Yeah,
6 something like that. Yes, sir.
7    Q. When you saw Dr. Watermeier yesterday, what did
8 he tell you?
9    A. Well, I was telling him about my back and he
10 suggested that I put the heating pad to it to help it.
11    Q. Before this incident has your back ever hurt
12 you?
13    A. No, I never had no trouble. Not to my
14 knowledge.
15    Q. Never injured your back before?
16    A. No. Not to my knowledge.
17    Q. Is that no or --
18    A. No, sir.
19    Q. These car accidents, did you injure your back
20 at that point?
21    A. No. It mostly was -- I don't recall, really.
22 Could have been. But I knew -- I had a little problem
23 with the leg, but I don't recall about the back when I
24 had the accidents.
25    Q. Do you think you would recall?

Page 47

1    A. Right off I don't know, really.
2    Q. Are you currently receiving like workers' comp.
3 benefits?
4    A. Yes, sir.
5    Q. How much do you receive for that?
6    A. Well, I didn't receive any for long because
7 they cut it off.
8    Q. When did they cut it off?
9       MR. DISCON:
10          I'm sorry. Barney's going to give you
11 an answer that Barney's going to give you. But Barney
12 was receiving workers' comp and they have cut it off.
13 He's not getting it any more. He's not receiving it
14 now.
15       THE WITNESS:
16          Right. That's true.
17       MR. McLEOD:
18          All right. So I'll talk to them about
19 how much they -- I mean, you probably got that info, I
20 assume I can get that from you.
21       MR. DISCON:
22          Yeah.
23    Q. (BY MR. McLEOD) Do you have any other kind of
24 disability benefits, like Social Security or anything
25 like that?

Page 48

1    A. Yeah. I get Social Security.
2    Q. How much do you get a month from Social
3 Security?
4       MR. DISCON:
5          You answered that one right.
6    A. Fifteen seventy-seven.
7    Q. (BY MR. McLEOD) Monthly?
8    A. Correct.
9    Q. Is that for your disability, or what's that
10 for?
11    A. Disability Social Security.
12    Q. When did you start receiving that?
13    A. I had gave -- I had that information here a
14 while back. It's around 2000. I think around 2000.
15    Q. Did you file for disability as well for this
16 incident, or just because you have other health
17 problems?
18       MR. DISCON:
19          What was your reason for filing for
20 Social Security?
21       THE WITNESS:
22          Well, I had been on the river
23 forty-three years, so I didn't think I'd be able to
24 climb those ladders and whatnot any more so I decided I
25 was going to put in for it.

**BARNEY RAY NEYLAND**                    **Neyland vs. Hyundai Merchant Marine**
**April 11th, 2002**

---

Page 49

1   Q. (BY MR. McLEOD)  So you felt like you were wore
2  out, couldn't do anything else?
3   A. I wasn't able to climb no ladders on account of
4  my back.  And some of those ladders are so dangerous,
5  man, that's straight up and you don't have no place to
6  take no break to get into those cranes.  So I think I
7  --
8   Q. Are you seeing any other doctors other than Dr.
9  Watermeier as a result of this?
10   A. No.
11   Q. When's your next office visit with --
12      MR. DISCON:
13           I want to take that back.  He saw the
14  company doctor for workers' comp.  It's not his
15  treating doctor, but he saw Dr. Steiner.
16   A. Dr. Steiner.  Yes, I did.  I did see Dr.
17  Steiner.  Sure did.
18      MR. DISCON:
19           He forgot about that.
20           If he's seen any other treating doctors,
21  to the best of our knowledge, no.  To the best of my
22  knowledge, no, based on what Barney told me.
23   A. My next visit you asked is the 7th and the 9th
24  of July.
25   Q. (BY MR. McLEOD)  From what you saw after the

---

Page 50

1  crewmember got inside the crane and operated the crane
2  and was trying to see whether or not it worked, see if
3  you could use it, after that, until this happened, had
4  there been any other difficulties?
5   A. What you mean?  On that crane?
6   Q. Yeah.  On that crane.
7   A. No, I hadn't had any.
8   Q. Had they -- had the crewmember stopped you or
9  anything in terms of your work from that period of
10  time?
11   A. No, sir.
12   Q. Do you know why the crane failed, or why this
13  happened?
14   A. I wouldn't know.
15      MR. DISCON:
16           I take it by that you mean as to the
17  reason why the cable broke?
18      MR. McLEOD:
19           Yes.
20   Q. (BY MR. McLEOD)  I think it's clear the cable
21  broke, but I mean, do you know why?
22      MR. DISCON:
23           As to why, he doesn't know.
24   A. No, I wouldn't know why.
25   Q. (BY MR. McLEOD)  At the time were you lifting

---

Page 51

1  it straight up?  When this happened were you -- it was
2  right as you were starting to lift the load up?
3   A. Yeah.  Like I do.  I got to lift the load off
4  the dock.
5   Q. As soon as you lifted it up --
6   A. Right.  I picked it up about four feet and she
7  just came down.  Everything.
8   Q. Before you started to turn or anything.
9   A. Right.  It just came down.
10   Q. What would a typical load consist of?  How many
11  beams?
12   A. I guess I had about fifteen, twenty tons.
13   Q. And who set up the load?
14   A. Well, the men in the hold.  They would hook up
15  the load.
16   Q. Do you know -- from your working there for that
17  two-hour period, do you know what the capacity of that
18  crane was?
19   A. I think it was a thirty-five or forty ton
20  crane.
21   Q. Did you ever discharge steel beams before?
22   A. Oh, yeah, many times.
23   Q. And was this load that you were using on that
24  morning similar to the other loads you used?
25   A. Similar, yes, sir.

---

Page 52

1   Q. You didn't think that the load was too big?
2   A. No, sir.
3   Q. Who decides how much actually to load whenever
4  you're -- I mean, just in your general experience?
5   A. When they are pulling the load of the beam?
6   Q. Yes.
7   A. Well, the foremen would tell the men
8  approximately how much to put into a load, you know.
9   Q. Have you ever been in the military?
10   A. No, sir.
11   Q. Do you have any other specialized training,
12  other than just your high school?
13   A. No.
14   Q. Any other licenses other than your driver's
15  license?
16   A. No, sir.
17   Q. So after you went to see Dr. Watermeier in
18  January, did you ever attempt to back to work?
19   A. No, sir.
20   Q. How long did you receive those benefits from
21  your employer before they stopped paying them?  How
22  many months, if you recall?
23      MR. DISCON:
24           Do you remember when they cut you off?
25      THE WITNESS:

---

Page 53

1          No.  I didn't get that many.  No, I
2  don't know.  Uh-uh, I don't know.
3    Q. (BY MR. McLEOD)  You don't know.
4        Do you own a car?
5    A. A car?
6    Q. Yes.
7    A. Yes, sir.
8    Q. What kind of car is that?
9    A. Toyota.
10   Q. Like a Camry?
11   A. 1995 Avalon.
12   Q. Avalon?
13   A. Yes, sir.
14   Q. And did you drive it over here today?
15   A. No, I have a truck.  I'm in my truck today.
16   Q. What kind of truck is that?
17   A. It's a Toyota.
18   Q. What kind of Toyota truck do they call it?
19   A. Tacoma.
20   Q. And the Avalon is what color?
21   A. Gray.  It's a gray.
22   Q. Like dark gray?
23   A. Dark gray.
24   Q. And what about the Toyota truck?
25   A. It's maroon or red.  It's a maroon or something

Page 54

1  like that.
2    Q. Do you all have any more cars?
3    A. No.  Just the two.
4    Q. Did you drive -- you drove the car over here
5  today?
6    A. I'm in the truck.
7    Q. You drove the truck.  I'm sorry.
8    A. Yes, sir.
9    Q. Did you have any problem driving over here?
10   A. No.  It's okay.  Just left a little early, take
11  my time.
12   Q. When you went to work for TTO did you fill out
13  any -- did you go to any other doctors like for
14  pre-employment physicals?
15   A. No.
16   Q. You never failed a pre-employment physical?
17   A. No.
18       MR. DISCON:
19          Do you know what he means when he says
20  pre-employment physical?
21       THE WITNESS:
22          Yeah.
23   A. Really, explain that to me.
24   Q. (BY MR. McLEOD)  Yeah.  I'm sorry.  When you're
25  going to work for somebody and they hand you a piece of

Page 55

1  paper and you fill out an application, a lot of times
2  on these jobs what they'll ask you to do is they'll ask
3  you to go see a company doctor.  And that company
4  doctor asks you some questions and he'll see you and
5  he'll tell you, okay, you're okay to go to work or
6  you're not.
7    A. Oh, no, I never had that.
8        MR. DISCON:
9          It doesn't operate like that with the
10  union.  The union doesn't even -- he shows up at his
11  hall and they say, you're working here today and that's
12  where he goes.
13       THE WITNESS:
14          Right.
15   Q. (BY MR. McLEOD)  Have you received any money
16  from your attorney for this case?
17   A. No, sir.
18   Q. Have you had any more accidents since this
19  accident occurred in January of '99?
20   A. No, sir.
21   Q. Other than these two claims you made for these
22  car accidents, have you ever sued anybody else or been
23  sued?
24   A. No, sir.
25       MR. DISCON:

Page 56

1          Of course, you're excluding this.
2        MR. McLEOD:
3          Yeah.
4    Q. (BY MR. McLEOD)  What type activities do you do
5  these days in your retirement?
6    A. I don't do anything.  I go -- I go by Touro to
7  the exercise three times a week.  That's about all.
8  Because the doctor is on me about my weight.  And the
9  exercise, it helps my back, too, you know, by me doing
10  a little exercise.
11   Q. How much did you weigh at the time of this
12  incident?
13   A. I weighed about two forty-eight.
14   Q. How much do you weigh right now?
15   A. About two thirty-five.
16   Q. Are there any activities that you did before
17  that you don't do now?
18   A. That I did before?
19   Q. Yeah.  Before this accident that you don't do
20  now.
21   A. There's a whole lot I don't do now because my
22  back will worry me.  I only can sit so long.
23   Q. Tell me like this.  Did you ever like to go
24  fishing, or did you ever like to go to a football game,
25  baseball game, basketball game?

Case 2:00-cv-00106-ILRL-ALC    Document 74-2    Filed 06/01/2005    Page 15 of 25

BARNEY RAY NEYLAND                                    Multi-Page    Neyland vs. Hyundai Merchant Marine
April 11th, 2002

**Page 57**

1  A. I used to like to go to football games.
2  Q. Are you still able to do all that type of
3  stuff?
4  A. No. I don't go.
5  Q. Is that right? So you haven't been to a
6  football game or anything since this accident?
7  A. No, I haven't.
8  Q. Do you do any yard work?
9  A. No, sir.
10  Q. Did you do yard work before this incident?
11  A. I used to.
12  Q. What type of yard work?
13  A. I used to cut my grass.
14  Q. So after this accident you haven't cut your
15  grass?
16  A. No, sir.
17  Q. Okay. What other type of yard work?
18  A. I don't do any kind.
19  Q. I mean, are you saying you can't do that now
20  because of this accident, or what are you saying?
21  A. Well, right, because it hurts me to push that
22  mower or whatnot. I can't do that.
23  Q. What, do you pay somebody to do it now?
24  A. Yes, sir.
25  Q. What other types of activities did you used to

**Page 58**

1  do before this accident that you can't do now?
2  A. Well, you named the fishing and whatnot. I
3  mean, I don't do that because I ain't able to sit out
4  there on that pond or whatnot and --
5  Q. Is that it?
6  A. That's about it.
7  Q. Did you look at any documents or anything
8  before today for this deposition to help refresh your
9  memory about how this happened?
10  A. No.
11  Q. Have you ever given any statements, written
12  statements?
13  A. No, sir.
14  Q. After the injury did your employer ask you to
15  fill out any accident reports?
16  A. No, sir.
17  MR. DISCON:
18      I don't know if he knows whether or not
19  they recorded him in a statement or not.
20  Q. (BY MR. McLEOD) Did you give any oral
21  statements to people about how this happened?
22  A. No, sir.
23  Q. Did you talk to anybody at the company about
24  it, like a company man, or safety guy, or anything like
25  that?

**Page 59**

1  A. Well, I talked with the safety guy at TTO.
2  Q. Who's that?
3  A. I done forgot his name, now. I think he died
4  now. He was a crippled guy, the safety man.
5  MR. McLEOD:
6      You don't know who that is, do you, Tom?
7  MR. DISCON:
8      Was it Heikkonen (assumed spelling)?
9  Jim Heikkonen?
10  THE WITNESS:
11      Yeah. He's kind of crippled up?
12  MR. McLEOD:
13      He died?
14  MR. DISCON:
15      No, he didn't die. He's alive. Was
16  that him? He wasn't crippled? He's not crippled. Was
17  it someone else other than him? I don't know. I don't
18  know if Heikkonen was there then or not. I think he
19  was. I think Heikkonen was safety man.
20  THE WITNESS:
21      Yeah. But I think his son or something
22  had came in there or something. I don't know.
23  Q. (BY MR. McLEOD) When you went to work for TTO,
24  did they give you any like safety manual or anything
25  like that?

**Page 60**

1  A. Well, yeah, they -- they what you mean? Safety
2  what?
3  Q. Manual.
4  MR. DISCON:
5      Safety book.
6  Q. (BY MR. McLEOD) Yeah. That you read that
7  tells you about when to work, when not to work, that
8  kind of stuff.
9  A. Yeah. They give you little pamphlets.
10  Q. Did you read that?
11  A. I have, yeah.
12  Q. You felt like you complied with all their
13  safety -- your company's safety regulations?
14  A. Yes, sir. I think so.
15  Q. Wouldn't do anything contrary to that?
16  A. No, sir, I wouldn't.
17  Q. How did you communicate with the foreman? Did
18  you have a radio?
19  A. Well, on some cranes they did have radios in
20  them and some, they was -- you know, holler and tell
21  you what to do or whatnot.
22  Q. Did this particular vessel have --
23  A. I didn't have no radio.
24  Q. So what happened after the accident just in
25  terms of did you get out of the crane and walk off the

Page 61

1 vessel yourself, or how did you get off the vessel?
2    A. Well, the foreman and them helped me get off
3 the ship and I drove myself to the place on
4 Tchoupitoulas, the marine place.
5    Q. And then after that did you just go home?
6    A. No. I went to the eyeglass place.
7    Q. That same day?
8    A. That same day.
9    Q. Do you know if the vessel went back to work
10 after you left, or do you know what happened on the
11 vessel?
12    A. Yeah. They went -- they finished the ship
13 after I left.
14    Q. Did they just use one of the other cranes?
15    A. Right. They used -- that was the after end
16 crane I was on so they used the forward end crane.
17    Q. Do you know whether or not they called Jackson
18 in to come work for you or --
19    A. Yeah, a guy came in.
20    Q. Was that that Jackson guy you were talking
21 about?
22    A. Right.
23    Q. Did you ever look at the cable yourself, or did
24 you go straight to the --
25    A. No, sir, I didn't look at it.

Page 62

1    Q. I think I'm about done here, let me see.
2       Are you right-handed or left handed?
3    A. Right-handed.
4    Q. Other than the safety guy, did you talk to
5 anybody else at TTO about that?
6    A. No, sir.
7    Q. When did you talk to your safety guy about it?
8 Was it right after the accident, or did you go back to
9 TTO's office?
10    A. I went back to TTO's office that next day and I
11 talked with the safety guy.
12       MR. McLEOD:
13          I don't know, I mean, is he the only one
14 suing? I don't even know.
15       MR. DISCON:
16          I think he's the only one to the best of
17 my memory. Yeah, it's right here.
18       MR. McLEOD:
19          We never sent you any releases. I don't
20 know if you have a problem with him -- you can look at
21 those and see (tenders).
22       MR. DISCON:
23          Don't we have some discovery propounded
24 to you?
25       MR. McLEOD:

Page 63

1          Yeah. It's just a matter of me -- you
2 know, I've got it right here.
3       MR. DISCON:
4          Do you all have --
5       MR. McLEOD:
6          I sent off, I haven't got any response.
7 I'll try and get you what I can.
8       MR. DISCON:
9          Do you have the cable or anything?
10       MR. McLEOD:
11          That's a good question. I don't know.
12 I know that we should.
13       MR. DISCON:
14          I need to get answers to all that.
15       MR. McLEOD:
16          Sure.
17       MR. DISCON:
18          When do you think you can get answers?
19 We're kind of past due on the discovery.
20       MR. McLEOD:
21          Well, I mean, I'll try to find out and
22 get back to you, Tommy. You know, I just need to
23 follow-up with --
24       MR. DISCON:
25          That's fine. You'll furnish me a copy

Page 64

1 of any documents you receive through the releases?
2       MR. McLEOD:
3          Absolutely. Yes. That's standard. As
4 soon as I get them, the day I get them I'll have them
5 copied and sent to you.
6       MR. DISCON:
7          All right.
8       MR. McLEOD:
9          What's your understanding about why, you
10 know, those guys haven't even shown up today?
11       MR. DISCON:
12          We settled the comp. case.
13       MR. McLEOD:
14          Oh, you have?
15       MR. DISCON:
16          Yeah. We settled the comp. case for the
17 money that they paid him plus another hundred and ten
18 thousand dollars additional money and they waived all
19 liens.
20       MR. McLEOD:
21          Oh, they did?
22       MR. DISCON:
23          So they're out of the picture.
24       MR. McLEOD:
25          Don't even have to deal with them.

Page 65

1      MR. DISCON:
2           Correct.
3      MR. McLEOD:
4           Have they been dismissed from the case
5  or -- because there's an intervention pending, I
6  thought.
7      MR. DISCON:
8           The A-I settlement is before the judge
9  right now, so I imagine once he signs it then the
10  dismissal will be filed for the intervention.
11          You need to sign your name -- wherever
12  it says signature you sign your name on every one of
13  those.  If you can't figure out where to sign it, you
14  tell me and I'll show you where.
15          Are you going to attach this piece of
16  art?
17     MR. McLEOD:
18          Might as well, as Exhibit 2.
19     (Whereupon, the instrument referred to was
20  marked EXHIBIT 2 for identification and is attached
21  hereto.)
22     (Discussion off the record.)
23     MR. DISCON:
24          Let the record show that we signed all
25  the releases and we are giving the releases back to

Page 66

1  counsel.
2    Q. (BY MR. McLEOD)  Let me just ask you a couple
3  more questions to follow up on that day, just in case I
4  missed something.
5         Who rigged the crane up in terms of the gear?
6  What part of the gear was operated -- was owned by the
7  vessel, or did the vessel provide -- what part of the
8  gear did the stevedores provide?
9    A. The stevedore provides the spreader bars but
10  not for -- to pull the steel.
11   Q. The cable and everything else, though, was part
12  of the vessel?
13   A. Right.
14     MR. DISCON:
15          Cable to the crane?
16   Q. (BY MR. McLEOD)  Right.  That's what broke, the
17  cable to the crane?
18   A. Yes, sir.
19   Q. I didn't go through -- can you draw for me sort
20  of a side angle view of how the crane was hooked up to
21  the beams?  I mean what the rigging arrangement was?
22     MR. DISCON:
23          Draw the spreader bar and the beams.
24   Q. (BY MR. McLEOD)  Yeah.  And the crane.  Sort of
25  like from a side angle view.  I wasn't there, I've

Page 67

1  never seen this vessel.
2    A. Well, that would be the crane.
3    Q. Okay.  That's the crane.  Not the wharf.
4    A. That would be the wharf.
5    Q. Just put a W there so we know.
6    A. (Witness complies.)
7    Q. And how many beams were on the load, do you
8  know?
9    A. How many beams they would have in the load?
10   Q. Yes.
11   A. Oh, I wouldn't know.
12   Q. How were the beams connected?
13   A. Well, now, the beams come in different
14  positions now.  Sometimes they's in bundles and
15  sometimes they're singles.
16   Q. What were these?
17     MR. DISCON:
18          The ones that fell at the time?
19   A. I think they were single.  I don't think they
20  was bundled.
21   Q. (BY MR. McLEOD)  You're not sure how many you
22  were loading at the time?
23   A. No.  I wouldn't know how many.
24   Q. How do they gather them together if there was
25  more than one?  Do they have something around the beams

Page 68

1  to --
2    A. Well, the men in the hold take and they only
3  break out so many beams at a time, you see.  And you
4  put the sling around there.
5    Q. Okay.  So they were using a sling.
6    A. Yes.  Yes, sir.
7     MR. DISCON:
8          Spreader bar's spreading out the slings
9  so that he can pick them up even.
10   Q. (BY MR. McLEOD)  So you're not sure how many
11  beams they were lifting.  What was sort of the
12  arrangement?  Just a standard arrangement from the
13  spreader bar and then two wires leading --
14   A. Right.  Two wire lead in and --
15   Q. And those two wires, that's part of something
16  the stevedore -- that's connected to the spreader bar?
17   A. Right.  That's stevedore.
18   Q. And is there another sort of lead that goes
19  from those two wires up that has sort of a circle on
20  the end of it that the ship's hook connects to, or
21  what's the arrangement?
22   A. Well, that was a --
23   Q. Like let's draw it here.  For example, you've
24  got the spreader bar?
25   A. Yes, sir.

Page 69

1    Q. Okay.  Then you got the slings that go around
2  and there's two wires that come up, right?
3    A. That's right.
4    Q. You got the beams in here, right?
5    A. Yes, sir.
6    Q. And then at this connection up here is there
7  another wire that leads up?
8    A. Well, that's where your hook from the ship
9  would hook into the spreader.
10    Q. Okay.  So the hook hooks in right here; is that
11  what you're saying?
12    A. Yes, sir.
13    Q. And this wire right here is the wire that
14  parted.
15    MR. DISCON:
16        Well, it didn't necessarily part there.
17    MR. McLEOD:
18        That's what I'm getting ready to get
19  into if he recalls.
20    Q. (BY MR. McLEOD)  Obviously you know enough to
21  -- but this wire is the one that parted?
22    A. Right.  It had to be the topping wire where it
23  broke.
24    Q. Okay.  How far away do you think it broke from
25  the top of the crane?

Page 70

1    MR. DISCON:
2        Wait.  What he's telling you is it's not
3  the load wire, it was the top end wire that holds the
4  boom in place.  That's the load wire.
5    Q. (BY MR. McLEOD)  So it was the top end.
6        Well, that's what I'm trying to clear up.
7    A. Right.
8    Q. You have the crane, then you have the wire that
9  leads down the lead into the spreader bar, right?
10    A. Right.
11    Q. Okay.  And which wire broke?
12    A. The one that tops the boom up and down.
13    Q. Okay.  And you're not sure where that broke?
14    A. No, I wouldn't know where that broke.
15    Q. Did the whole crane go down or did just the
16  load go down?
17    A. The crane, the top wire and all that went
18  down.  Right.
19    MR. DISCON:
20        For clarity I would like that to be
21  scratched out because he said that's not the wire that
22  parted.
23    MR. McLEOD:
24        Yeah.  So let the record reflect I'm
25  marking that out.  I'm also marking out where I wrote

Page 71

1  whole boom went down.
2    Q. (BY MR. McLEOD)  So it was somewhere in the
3  cable.  Did you actually see the wire part, or is that
4  just --
5    A. No.  I'm in the cab, I couldn't see no wire.
6    Q. You don't know?
7    A. No, sir.
8    Q. How long -- was it sort of immediate or as soon
9  as it popped -- as soon as the boom fell the wire came
10  up and hit you, or was there a couple of seconds in
11  between that time?
12    A. Well, that wire had to come back through those
13  locks and whatnot.  I would say a couple of seconds or
14  later after the boom fell.
15    Q. Time for you to sort of crouch over?
16    A. Right.
17    Q. That morning when you got there did the
18  crewmember who went into your cab, did he ever tell you
19  that there was a lever you had not moved that was the
20  reason the crane wasn't working?
21    A. He didn't tell me anything.
22    Q. Could you talk to him, or did you say anything
23  to him?
24    A. No.  But they don't speak English, those people
25  on the ship.  They didn't speak English.

Page 72

1    Q. Do you know, was he wearing like a uniform,
2  like an orange uniform or a white uniform, or what were
3  those guys wearing?
4    A. I'm not sure, but it seems like -- I think it
5  was kind of orange or something like that, the uniform
6  he had on.
7    Q. Something like that?
8    A. Yes, sir.
9    MR. DISCON:
10        Did he have a radio?
11    THE WITNESS:
12        No, sir.
13    Q. (BY MR. McLEOD)  So at the time this was going
14  on, how many crewmembers -- do you recall where the
15  crewmembers were?
16    A. One or two on deck.
17    Q. Were they on the starboard side of the vessel?
18  Port side?
19    A. Probably was on the port -- starboard.
20    Q. Do you recall where they were on the
21  starboard?  Were they closer to the hatch you were
22  working or --
23    A. No.  Wasn't by the hatch by me.  They was back.
24    Q. When you say back, is that closer to the stern
25  of the vessel or to the bow of the vessel?  I'm trying

**BARNEY RAY NEYLAND**
**April 11th, 2002**

Page 73

1  to find out if --
2    A. To the stern.  I think it would be close to the
3  stern.
4    Q. Do you know what work they did the night
5  before?
6    A. No.  That was my first time on the ship.
7    Q. You hadn't talked to anybody about the ship?
8    A. No, I hadn't.
9      MR. McLEOD:
10        That's it.  Thank you very much.  I
11  appreciate it.
12      (Whereupon the deposition was concluded.)
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 74

1        REPORTER'S CERTIFICATE
2      I, Cathy L. Logan, a Certified Court Reporter
3  in and for the State of Louisiana, do hereby certify
4  that the foregoing deposition of BARNEY RAY NEYLAND was
5  taken before me at the time and place hereinabove
6  mentioned, and that said witness was first duly sworn
7  to tell the truth, the whole truth and nothing but the
8  truth in answer to the questions as propounded; said
9  deposition further being taken by me in computer
10  shorthand and thereafter transcribed under my
11  supervision; that the foregoing pages contain a true
12  and correct transcription of said testimony to the best
13  of my ability and understanding.
14      I further certify that I am not of counsel, nor
15  related to any of the parties to this cause, nor in the
16  employ of any of them; and that I am in no way
17  interested in the result of said cause.
18
19
20        CATHY L. LOGAN
21        Certified Court Reporter
22
23
24
25

BARNEY RAY NEYLAND
April 11th, 2002

Multi-Page™

35 - Comeaux
Neyland vs. Hyundai Merchant Marine

## -'-

**'57** [1] 7:1
**'58** [1] 7:1
**'60** [1] 12:9
**'65** [1] 22:14
**'85** [1] 8:11
**'87** [1] 13:14
**'97** [3] 19:22,25 20:7
**'99** [5] 23:22 24:1 25:14
  25:16 55:19

## -0-

**00-106** [1] 1:5

## -1-

**1130** [3] 15:17 16:7,10
**11th** [1] 1:25
**13** [1] 1:21
**15th** [3] 23:22,25 26:21
**1950** [1] 1:21
**1987** [1] 16:25
**1995** [1] 53:11
**1997** [1] 20:7

## -2-

**2** [2] 65:18,20
**20** [1] 32:12
**2000** [3] 2:17 48:14,14
**2002** [1] 1:25
**23** [1] 40:21
**25-something** [1]
  13:21
**25th** [3] 44:13,16,17
**2824** [2] 4:2,21

## -3-

**3** [3] 1:7 28:19 40:21
**325** [1] 2:18

## -4-

**4** [6] 28:13,14,14,18,18
  28:19
**424** [1] 1:23 2:7
**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** [1] 4:25

## -5-

**5** [1] 28:14
**504** [2] 2:20,21
**566-1311** [1] 2:20
**568-9139** [1] 2:21
**574-9748** [1] 2:9

## -6-

**6/26/40** [1] 9:6
**674-9749** [1] 2:10

## -7-

**7** [3] 27:2 28:10 34:23
**70118** [2] 4:2,23
**70130-6534** [1] 2:19
**70448** [2] 1:24 2:8
**7:20** [1] 31:19
**7:30** [1] 34:24
**7th** [1] 49:23

## -9-

**9** [6] 29:25 31:7,10,20
  32:12 35:5
**9007** [2] 2:21
**961.1** [1] 1:20
**985** [2] 2:9,10
**9th** [1] 49:23

## -A-

**A-F-A-R-D** [1] 25:24
**A-I** [1] 65:8
**a.m** [1] 28:10
**ability** [1] 74:13
**able** [4] 48:23 49:3 57:2
  58:3
**above** [1] 4:3
**above-entitled** [1]
  1:18
**Absolutely** [1] 64:3
**accident** [27] 13:7,12
  13:13,24 14:11,13 17:9
  17:12,14,21 18:3 19:22
  20:7,8 21:20 22:4 27:13
  35:1 55:19 56:19 57:6
  57:14,20 58:1,15 60:24
  62:8
**accidents** [6] 17:20
  22:1 46:19,24 55:18,22
**accordance** [1] 3:6
**account** [2] 17:13 49:3
**acted** [1] 40:7
**ACTION** [1] 1:4
**activities** [3] 56:4,16
  57:25
**actual** [1] 43:9
**additional** [1] 64:18
**address** [1] 4:20
**administer** [1] 1:19
**administering** [1] 3:19
**Advancing** [1] 11:1
**Afard** [3] 25:21,21,21
  29:20
**Africk** [1] 25:23
**again** [1] 38:17
**against** [2] 15:12,13
**ago** [1] 4:14
**AGREED** [1] 3:3
**ain't** [4] 41:4 42:16,17
  58:3

**air** [1] 29:13
**AL** [1] 1:7
**alive** [1] 59:15
**along** [1] 37:15
**altogether** [3] 7:19 9:9
  9:21
**always** [3] 11:19,20,22
**amended** [1] 1:22
**AMERICA** [1] 1:7
**among** [1] 3:3
**amount** [1] 21:22
**angle** [2] 66:20,25
**answer** [4] 3:11 24:24
  47:11 74:8
**answered** [2] 25:1 48:5
**answers** [2] 63:14,18
**APPEARANCES** [1]
  2:1
**appendix** [1] 25:4
**application** [1] 55:1
**appreciate** [1] 73:11
**approve** [1] 41:19
**April** [1] 1:25
**arm** [5] 29:4 39:15,16,21
  39:22
**arms** [1] 39:16
**arrangement** [4] 66:21
  68:12,12,21
**arrested** [1] 41:10
**art** [1] 65:16
**asks** [1] 55:4
**ass** [1] 17:22
**assume** [5] 23:23 24:16
  33:16 36:12 47:20
**assumed** [2] 26:13,23
  33:17 59:8
**assuming** [2] 33:6,19
**attach** [3] 5:14,15 65:15
**attached** [2] 5:18 65:20
**attempt** [1] 52:18
**attorney** [1] 55:16
**authorized** [1] 1:19
**automobile** [1] 14:13
**Avalon** [3] 53:11,12,20
**averaged** [1] 44:8
**away** [2] 36:3 69:24

## -B-

**B** [1] 1:6
**B-A-U-M** [1] 19:2,3
**B-O-N** [1] 18:25
**backwards** [1] 17:22
**bad** [2] 44:25 45:2
**banana** [1] 7:7
**bananas** [1] 7:10
**bar** [5] 66:23 68:13,16
  68:24 70:9
**bar's** [1] 68:8
**Barney** [11] 1:4,17 2:3

3:4 4:1,17 5:7 45:21
  47:11 49:22 74:4
**Barney's** [2] 47:10,11
**bars** [3] 27:4 28:24 66:9
**baseball** [1] 56:25
**based** [1] 49:22
**basketball** [1] 56:25
**Baum** [3] 18:24 19:3,16
**Bay** [1] 40:21
**beam** [1] 52:5
**beams** [15] 26:5 27:3
  28:19 51:11,21 66:21,23
  67:7,9,12,13,25 68:3,11
  69:4
**Beau** [2] 40:20,21
**become** [1] 11:2
**beginning** [1] 28:20
**behind** [2] 20:12 43:6
**benefits** [4] 23:16 47:3
  47:24 52:20
**berthed** [1] 36:12
**best** [6] 36:23 37:9 49:21
  49:21 62:16 74:12
**better** [2] 15:6,7
**between** [2] 34:25 71:11
**big** [1] 44:3 52:1
**bills** [1] 21:6
**bird's-eye** [1] 37:2
**birth** [1] 9:5
**bit** [5] 5:25 28:21 37:11
  41:1 46:5
**bleeding** [1] 39:23
**Board** [2] 12:13,14
**boatswain** [4] 33:5,7
  33:15,18
**book** [1] 60:5
**boom** [13] 27:4 29:5,6
  29:13 31:17 36:10 38:22
  41:1 70:4,12 71:1,9,14
**born** [1] 6:1
**Boulevard** [1] 1:24 2:7
**bow** [1] 72:25
**box** [1] 40:24
**boxes** [1] 41:6
**break** [3] 44:5 49:6 68:3
**bred** [1] 6:1
**bring** [12] 31:14,15 35:12
  35:16,24 37:7,8,18,19,25
  38:6,7
**bringing** [1] 31:12
**broke** [10] 39:4 42:14
  50:17,21 66:16 69:23,24
  70:11,13,14
**brought** [1] 38:5
**building** [1] 45:7
**Bulk** [2] 2:13 4:9
**bundled** [1] 67:20
**bundles** [1] 67:14
**bursted** [1] 44:4
**business** [1] 10:21

## -C-

**cab** [1] 71:5,18
**cabin** [1] 33:3
**cabinet** [2] 21:9,12
**cable** [8] 50:17,20 61:23
  63:9 66:11,15,17 71:3
**Camry** [1] 53:10
**Canal** [2] 2:17,18 13:17
  13:21,21 14:21
**capacity** [1] 51:17
**car** [10] 14:15 15:10
  20:14 44:5 46:19 53:4,5
  53:8 54:4 55:22
**cardiovascular** [1]
  45:15
**cargo** [4] 26:23 28:17
  38:4,5
**Carrier** [2] 2:13 4:9
**cars** [1] 54:2
**case** [11] 4:9 20:20,21
  21:21 40:17 41:13 55:16
  64:12,16 65:4 66:3
**Cathy** [5] 1:18 2:24 3:18
  74:2,21
**caused** [2] 21:18,20
**Causeway** [1] 1:23 2:7
**Cell** [1] 40:21
**Center** [4] 41:24 42:2
  43:1,4
**Centreville** [3] 6:5,6
  11:24
**certainly** [1] 22:11
**CERTIFICATE** [1]
  74:1
**Certified** [5] 1:19 2:24
  3:18 74:2,21
**certify** [1] 74:3,14
**Charles** [3] 16:10,12
**check** [1] 41:25
**checkbooks** [1] 23:9
**checked** [2] 41:22 42:11
**Children** [1] 12:20
**circle** [1] 68:19
**Civil** [1] 1:4 3:6
**claim** [2] 15:12,13
**claiming** [1] 21:18
**claims** [1] 55:21
**clarity** [1] 70:20
**clear** [6] 23:17 29:19
  31:14 38:9 50:20 70:6
**climb** [2] 48:24 49:3
**clinic** [5] 13:19,20,21
  14:21 15:1,19 17:5
**close** [1] 73:2
**closer** [2] 72:21,24
**Co** [2] 2:13 4:9
**color** [1] 53:20
**combo** [1] 17:5
**Comeaux** [3] 26:13,14

BARNEY RAY NEYLAND
April 11th, 2002

Case 3:00-cv-00106-JJB-ALC    Document 74-2    Filed 06/01/2005    Page 21 of 25

Multi-Page

communicate - front
Neyland vs. Hyundai Merchant Marine

26:15
**communicate** [1] 60:17
**comp** [5] 47:2,12 49:14 64:12,16
**companies** [2] 9:13 11:5
**company** [10] 7:7,8,21 8:25 9:10 49:14 55:3,3 58:23,24
**company's** [1] 60:13
**completed** [1] 31:18
**complied** [1] 60:12
**complies** [1] 67:6
**computer** [1] 74:9
**concluded** [1] 73:12
**confused** [1] 31:1
**confusing** [1] 37:11
**connected** [2] 67:12 68:16
**connection** [2] 19:9 69:6
**connects** [1] 68:20
**consist** [1] 51:10
**contain** [1] 74:11
**containers** [3] 40:13,18 40:22
**continued** [2] 8:24 31:6
**contrary** [1] 60:15
**controls** [3] 30:6,7,8
**convicted** [1] 41:10
**Cooper/T** [4] 8:4,5,24 9:18
**copied** [1] 64:5
**copy** [4] 5:3,13,14 63:25
**correct** [9] 14:9 23:24 24:24 32:13,16,17 48:8 65:2 74:12
**Cosco** [2] 2:13 4:9
**counsel** [3] 3:3 66:1 74:14
**couple** [7] 14:19 15:25 32:20,25 66:2 71:10,13
**course** [1] 56:1
**Court** [6] 1:1,19 2:24 3:18 74:2,21
**crane** [52] 11:2,5,19,21 24:3 27:2,22,25 28:13 28:22,23 29:22 30:2,2,9 30:16,21 31:2 32:2,5,10 33:23,25 34:19 38:23,25 39:5 43:20,21,25 50:1,1 50:5,6,12 51:18,20 60:25 61:16,16 66:5,15,17,20 66:24 67:2,3 69:25 70:8 70:15,17 71:20
**cranes** [5] 30:4 31:4 49:6 60:19 61:14
**crew** [3] 32:22 33:11,14
**crewmember** [5] 34:4 34:18 50:1,8 71:18
**crewmembers** [4] 26:19 32:18 72:14,15

**crimes** [1] 41:11
**crippled** [4] 59:4,11,16 59:16
**crouch** [1] 71:15
**crouching** [1] 39:11
**current** [1] 4:20
**cut** [11] 29:1 39:5,14,15 39:20 47:7,8,12 52:24 57:13,14
**Cuz** [1] 22:11

**-D-**

**dangerous** [1] 49:4
**dark** [2] 53:22,23
**date** [1] 9:5
**daughter** [1] 12:21
**days** [1] 56:5
**deal** [1] 64:25
**deals** [1] 15:3
**decided** [1] 48:24
**decides** [1] 52:3
**deck** [5] 32:20,25 33:16 42:16 72:16
**deep** [1] 40:24
**defendant** [1] 4:8
**defendants** [1] 4:9
**degrees** [1] 29:14
**deposition** [8] 1:17 3:4 3:12 5:15 58:8 73:12 74:4,9
**Desire** [1] 7:7
**destination** [1] 37:20
**diabetes** [1] 25:4
**diabetic** [2] 25:8,9
**die** [1] 59:15
**died** [2] 59:3,13
**different** [4] 10:13,24 33:9 67:13
**difficulties** [1] 50:4
**digressed** [1] 28:21
**disability** [4] 47:24 48:9,11,15
**disc** [1] 44:24
**discharge** [3] 40:21,23 51:21
**discharged** [1] 31:9
**discharging** [7] 26:5 26:23 28:17,19 32:16 34:22,23
**DISCON** [70] 1:23 2:5 2:6 5:5 7:22 8:6,10,20 9:16 10:5 14:24 15:20 16:6,11,19 17:8,19 18:2 19:1,6,21 20:1 23:12 24:22 27:7 30:12,19 35:10 42:25 43:8 45:10 45:20 47:9,21 48:4,18 49:12,18 50:15,22 52:23 54:18 55:8,25 58:17 59:7 59:14 60:4 62:15,22 63:3 63:8,13,17,24 64:6,11,15 64:22 65:1,7,23 66:14

**-E-**

**E** [1] 2:16
**E-T-H-E-L** [1] 12:7
**early** [1] 54:10
**easier** [1] 5:8
**EASTERN** [1] 1:2

66:22 67:17 68:7 69:15 70:1,19 72:9
**discovery** [2] 62:23 63:19
**Discussion** [2] 5:10 65:22
**dismissal** [1] 65:10
**dismissed** [1] 65:4
**DISTRICT** [2] 1:1,2
**dock** [11] 28:19,24 31:13 35:6,7,14 36:13 37:6,19 41:3 51:4
**doctor** [27] 13:19,22 14:17,23,25 17:5,12,13 17:17,21 18:6 19:4,20 19:23 20:2,22,23 40:6 41:14 42:9 43:10,14 49:14,15 55:3,4 56:8
**doctors** [6] 18:23 19:16 43:14 49:8,20 54:13
**documents** [2] 58:7 64:1
**doesn't** [1] 50:23 55:9 55:10
**dollar** [1] 21:22
**dollars** [3] 21:14 24:5 64:18
**done** [5] 10:20 26:12 31:22 59:3 62:1
**door** [1] 45:14
**down** [25] 29:11 31:17 35:20,21 36:11 37:3,8 37:10,13,18 38:9,15,20 38:21,22 41:5 42:16 51:7 51:9 70:9,12,15,16,18 71:1
**Dr** [14] 18:20,24 19:15 19:16 44:11,22 45:25 46:1,7 49:8,15,16,16 52:17
**draw** [4] 36:20 66:19,23 68:23
**drawn** [1] 37:11
**drive** [2] 53:14 54:4
**driver's** [6] 5:1,13,14 20:17,18 52:14
**driving** [2] 15:10 54:9
**drop** [1] 41:1
**dropped** [2] 40:13,18
**drove** [4] 10:22 54:4,7 61:3
**due** [1] 63:19
**duly** [2] 4:3 74:6
**DUNBAR** [1] 2:15
**during** [2] 34:25 36:7

**eighteen** [1] 6:8
**eleven** [2] 7:16 21:24
**Elysian** [4] 42:3,6,23 43:7
**emergency** [2] 17:6 45:9
**employ** [1] 74:16
**employer** [2] 52:21 58:14
**employment** [1] 24:19
**encountered** [1] 30:20
**end** [5] 61:15,16 68:20 70:3,5
**English** [2] 71:24,25
**entered** [1] 43:21
**ESQ** [2] 2:6,16
**ET** [1] 1:7
**Ethel** [1] 12:7
**evidence** [1] 3:13
**exactly** [1] 30:23
**EXAMINATION** [1] 4:6
**examined** [1] 4:4
**example** [1] 68:23
**excluding** [1] 56:1
**exclusively** [2] 9:17 9:18
**exercise** [4] 45:5 56:7,9 56:10
**Exhibit** [4] 5:15,18 65:18,20
**expenses** [2] 22:20,22
**experience** [1] 52:4
**experienced** [1] 10:17
**explain** [3] 40:17 41:15 54:23
**extent** [1] 23:17
**eye** [5] 41:23 42:1,9 43:3 43:14
**eyeglass** [1] 61:6
**eyes** [1] 42:11

**-F-**

**F-I-N-C-H** [1] 6:12
**facility** [2] 45:6,14
**failed** [2] 50:12 54:16
**fair** [1] 24:20
**fall** [3] 29:11,11 41:5
**family** [3] 12:20 17:17 18:6
**far** [3] 36:3,4 69:24
**fast** [1] 39:6
**Fax** [2] 2:10,21
**Federal** [1] 3:6
**feet** [9] 27:6 29:1,3,15 36:6,6 38:1,12 51:6
**fell** [13] 27:5 28:25 29:3 29:3,6,14 31:16 33:1 38:25 42:14 67:18 71:9 71:14

**eighteen** [1] 6:8
**felt** [2] 49:1 60:12
**few** [3] 4:11 10:8 21:14
**Fields** [4] 42:3,6,23 43:7
**fifteen** [10] 11:17 12:17 27:5 28:25 29:3,14 31:25 46:4 48:6 51:12
**figure** [2] 22:24 65:13
**file** [5] 15:14,16 21:9 48:15
**filed** [2] 15:22 65:10
**filing** [1] 48:19
**fill** [3] 54:12 55:1 58:15
**Finch** [1] 6:12
**fine** [2] 23:18 34:11,17 63:25
**finished** [5] 6:15 34:8 38:12 39:8 61:12
**fired** [2] 24:20,25
**Firm** [2] 1:23 2:5 16:13
**first** [11] 4:3 18:1 26:17 27:15,16 28:3 30:21 40:10 44:11 73:6 74:6
**fishing** [2] 56:24 58:2
**five** [5] 11:16 24:7 31:24 34:10 36:16
**fixed** [1] 33:23
**flagman** [5] 10:15 26:9 35:16,22 36:8
**flagman's** [1] 26:13
**follow** [1] 66:3
**follow-up** [1] 63:23
**following** [1] 1:22
**follows** [1] 4:5
**fool** [1] 29:16
**fooled** [1] 34:10
**foot** [1] 40:22
**football** [3] 56:24 57:1 57:6
**foregoing** [2] 74:4,11
**foreman** [12] 25:20 27:6 29:2,15,18 32:4 33:4,22 34:1,2 60:17 61:2
**foremen** [1] 52:7
**forgot** [2] 49:19 59:3
**forklift** [2] 36:1,2
**form** [1] 3:11
**formalities** [1] 3:8
**forth** [1] 34:11
**forty** [4] 36:6 40:22 41:3 51:19
**forty-eight** [1] 56:13
**forty-one** [1] 12:9
**forty-three** [3] 9:10 10:11 48:23
**forward** [2] 37:23 61:16
**found** [1] 42:16
**four** [3] 24:6 31:24 51:6
**France** [1] 40:13
**Frischhertz** [1] 16:12
**front** [1] 38:4

**BARNEY RAY NEYLAND**
April 11th, 2002

Neyland vs. Hyundai Merchant Marine

---

fruit [2] 7:3 9:10
full [3] 4:16 31:18 35:18
funny [2] 24:23 25:1
furnish [2] 63:25

**-G-**

game [4] 56:24,25,25 57:6
games [1] 57:1
gang [1] 26:3
gangs [1] 25:18
gantry [1] 30:2
gather [1] 67:24
gear [6] 27:3 29:8,10 66:5,6,8
general [1] 52:4
Gentilly [4] 42:3,7,23 43:7
given [4] 1:22 32:1,4 58:11
giving [1] 65:25
glass [8] 39:5,15,22 41:23 42:1 43:23,24 44:3
glasses [8] 5:23 39:18 41:25 42:12,13,15,17,21
Glen [4] 25:21 29:19,20 33:22
goes [3] 45:13 55:12 68:18
gone [3] 18:20,23 19:19
good [3] 4:7 11:15 63:11
grade [1] 6:15
grass [2] 57:13,15
gray [4] 53:21,21,22,23
guess [9] 11:3,17 27:5 28:25 31:25 33:15 34:10 35:4 51:12
guy [14] 14:12 20:10 21:19 28:1 31:13 40:19 58:24 59:1,4 61:19,20 62:4,7,11
guys [3] 26:18 64:10 72:3

**-H-**

hall [1] 55:11
hand [1] 54:25
handed [1] 62:2
hard [1] 28:7
hassle [1] 21:15
hatch [4] 28:18,19 72:21 72:23
he'd [1] 17:20
head [1] 16:23
health [2] 45:13 48:16
healthy [1] 25:6
hear [1] 6:3
heat [1] 15:7
heating [1] 46:10
Heikkonen [1] 59:8,9

help [2] 46:10 58:8
helped [2] 45:2 61:2
helps [1] 56:9
hereby [2] 3:8 74:3
herein [1] 3:20
hereinabove [2] 3:7 74:5
hereto [3] 3:4 5:19 65:21
hey [1] 33:23
high [3] 6:9,12 52:12
himself [1] 45:15
hit [10] 14:12 20:10,12 20:13,14 39:17 43:18,19 43:22 71:10
hold [12] 10:16 26:2,8 28:17 32:15 36:16 38:3 38:5,10 41:5 51:14 68:2
holds [2] 29:12 70:3
holler [1] 60:20
home [1] 61:5
hook [5] 51:14 68:20 69:8,9,10
hooked [1] 66:20
hooks [1] 69:10
hospital [5] 13:8,9,11 13:16,18 45:8
hospitals [3] 17:4,23 17:25
hot [1] 30:3
house [5] 21:2,5 22:15 24:9,16
huh [3] 10:11 25:6 32:22
hundred [4] 21:24 22:25 24:4 64:17
hurt [5] 8:15,17,18 14:3 46:11
hurts [1] 57:21
HYUNDAI [1] 1:6

**-I-**

idea [1] 36:15
identification [2] 5:18 65:20
identify [1] 9:24
illnesses [1] 25:3
imagine [2] 30:14 65:9
immediate [1] 71:8
impact [1] 39:7
INC [1] 1:7
incident [9] 4:11 19:10 23:24,25 27:11 46:11 48:16 56:12 57:10
income [2] 23:2,14
indicated [1] 36:8
info [1] 47:19
information [1] 48:13
injure [1] 46:19
injured [2] 39:14 46:15
injury [1] 58:14

inside [1] 50:1
instance [1] 42:14
instead [1] 5:7 41:3
instructions [2] 32:1,4
instrument [2] 5:17 65:19
interested [1] 74:17
intervention [2] 65:5 65:10
investments [1] 24:10

**-J-**

Jackson [3] 28:1 61:17 61:20
James [4] 8:12 9:21 10:1 17:2
January [7] 23:22 24:1 25:14,16 44:17 52:18 55:19
Jerry [1] 28:1
Jim [1] 59:9
job [6] 7:9 10:20 12:12 12:18 13:5 24:20
jobs [3] 7:5 10:13 55:2
judge [1] 65:8
July [1] 49:24

**-K-**

keep [4] 21:5,7 23:9 45:15
keeps [1] 21:11
kind [25] 7:5,8,9 13:5,24 17:22 19:4 21:7 22:20 30:1 36:20 41:18,20 43:4 43:23,24 47:23 53:8,16 53:18 57:18 59:11 60:8 63:19 72:5
knee [5] 14:3,8 15:5
kneecap [1] 14:2
knew [2] 31:3 46:22
knowing [1] 30:25
knowledge [7] 17:10 22:2,5 46:14,16 49:21 49:22
knows [3] 15:21,22 58:18

**-L-**

L [6] 1:18 2:24 3:1,18 74:2,21
L.L.P [2] 2:15
ladders [3] 48:24 49:3,4
lady [5] 15:17 16:5 20:20 40:6 41:16
land [1] 24:14
landing [2] 35:17 38:11
last [5] 16:14,17,18 23:21 26:16
Law [3] 1:23 2:5 16:13
lawyer [2] 16:5 20:21
lead [3] 68:14,18 70:9

leading [1] 68:13
leads [1] 69:7 70:9
learned [1] 25:11
leave [1] 38:7
left [7] 6:17 34:18 39:11 54:10 61:10,13 62:2
leg [7] 13:25 14:1,1 39:22 43:18,19 46:23
less [1] 27:5
lever [1] 71:19
license [5] 5:1,13,14,21 52:15
licenses [1] 52:14
liens [1] 64:19
lift [5] 10:22 35:17 38:15 51:2,3
lifted [2] 32:13 51:5
lifting [2] 10:25 68:11
light [2] 40:25 41:2
lights [1] 22:21
Limited [1] 4:10
Line [1] 10:2
Lines [1] 10:3
live [2] 6:6 13:1
lived [2] 11:25 22:13
lives [1] 13:2
living [1] 22:14
load [36] 29:6,7 31:12 31:13,14,15,18 35:6,7,16 36:4 37:7,8,8,18 38:6,8 38:12,14,21,22 51:2,3,10 51:13,15,23 52:1,3,5,8 67:7,9 70:3,4,16
loading [3] 7:10 34:22 67:22
loads [3] 31:9,22,25 32:13 51:24
lock [2] 41:2,2
locks [1] 71:13
Logan [5] 1:18 2:24 3:18 74:2,21
longshoreman [1] 7:11
longshoring [2] 7:19 10:21
look [5] 34:16 58:7 61:23 61:25 62:20
looked [2] 32:21 42:16
looking [4] 34:14 37:2 37:10,13
lost [2] 39:18 42:18
Louisiana [5] 1:21 1:24 2:8,19,25 3:19 4:2 5:13 74:3
lower [2] 44:24,24
LTD [2] 2:13

**-M-**

M [1] 2:6
machines [1] 10:23
Magazine [2] 18:17 20:10,13

MAGISTRATE [1] 1:7
makes [1] 5:8
man [8] 16:23 33:16 35:12,15 49:5 58:24 59:4 59:19
Mandeville [2] 1:24 2:8
manual [2] 59:24 60:3
marine [1] 1:6 11:8 39:25 40:2,8 41:14 61:4
marked [2] 5:18 65:20
marking [2] 70:25,25
maroon [2] 53:25,25
married [4] 12:4,8,9,10
MARTIN [1] 2:16
Marty [1] 4:7
Master's [1] 43:3
mate [2] 29:16,16,22 33:2,3,5,6,25 34:4
matter [2] 3:14 63:1
may [1] 3:5
McLeod [82] 2:16 4:6,8 5:11,20 7:25 8:8,13,22 9:23 10:7 14:6,9 15:2,23 16:17,24 17:11,24 18:4 18:6 19:4,9 20:6 23:17 25:2 27:16 30:17,22,25 35:14 39:9,12 43:3,13 44:17 45:18,24 47:17,23 48:7 49:1,25 50:8,20 50:25 53:3 54:24 55:15 56:2,4 58:20 59:5,12,23 60:6 62:12,18,25 63:5 63:10,15,20 64:2,8,13,20 64:24 65:3,17 66:2,16 66:24 67:21 68:10 69:17 69:20 70:5,23 71:2 72:13 73:9
McNally [3] 18:9,20 19:16
mean [16] 17:4 27:24 32:22 39:2 44:1 47:19 50:5,16,21 52:4 57:19 58:3 60:1 62:13 63:21 66:21
meaning [1] 30:15
means [1] 41:2 54:19
meant [1] 30:23
medical [2] 21:6 40:2,8 41:14,20
member [1] 33:13
memory [2] 58:9 62:17
men [3] 51:14 52:7 68:2
mentioned [1] 74:6
mentioning [1] 20:6
MERCHANT [1] 1:6
merged [1] 8:9
merger [1] 8:21
Michelangelo [1] 36:22
middle [1] 41:5
Might [2] 21:1 65:18

**MILE** [1] 26:23
**military** [1] 52:9
**minutes** [9] 29:25 31:7 31:19 32:12 34:10 35:4
**misinterpreted** [1] 27:9
**miss** [1] 15:8
**missed** [1] 66:4
**Mississippi** [3] 6:2,4 11:24
**Mistletoe** [3] 4:2,21 22:13
**money** [5] 15:23 21:13 55:15 64:17,18
**month** [4] 22:17,20,23 48:2
**Monthly** [1] 48:7
**months** [3] 14:19 46:2 52:22
**morning** [8] 4:7,10 26:21 27:1 28:3 31:18 51:24 71:17
**most** [2] 10:22 21:7
**mostly** [1] 46:21
**move** [4] 35:22 36:2,9 37:19
**moved** [6] 7:18 10:24 38:3,14,16 71:19
**moving** [3] 36:1 37:21 38:12
**mower** [1] 57:22
**must** [2] 12:9 29:24

-N-

**N** [1] 3:1
**name** [28] 4:7,16 6:11 12:6,22 13:22 16:14,16 16:17,18 18:8 20:2,5,23 24:16,17 25:21 26:13,16 42:5,20 43:2,9 44:20 45:6 59:3 65:11,12
**named** [3] 4:3 25:20 58:2
**names** [1] 26:18
**Nashville** [1] 11:8
**nasty** [2] 40:7 41:14
**nationality** [1] 32:24
**necessarily** [1] 69:16
**neck** [1] 39:22
**need** [4] 42:5 63:14,22 65:11
**needed** [1] 36:8
**Neil** [2] 18:24 19:15
**never** [11] 12:2 24:19,25 42:16,17 46:13,15 54:16 55:7 62:19 67:1
**new** [13] 2:19 4:2,23 6:1 6:7,23 7:4,21 11:7,22,24 12:14 13:2
**next** [4] 45:14 49:11,23 62:10
**Neyland** [8] 1:4,17 2:3

3:5 4:1,7,17 74:4
**night** [2] 27:20 73:4
**nine** [2] 22:24,24
**ninety** [1] 24:4
**none** [1] 33:8
**nor** [2] 74:14,15
**normal** [1] 25:18
**normally** [3] 26:11 27:23 38:8
**North** [2] 1:23 2:7
**nothing** [2] 41:4 74:7
**noticed** [1] 25:7
**now** [26] 9:9 17:20 23:19 25:7,16 27:2 29:18 31:13 34:18 35:4 37:7 38:3 46:3 47:14 56:14,17,20 56:21 57:19,23 58:1 59:3 59:4 65:9 67:13,14
**number** [1] 4:24
**nurse** [1] 13:6

-O-

**O** [1] 3:1
**o'clock** [1] 27:2
**oath** [2] 3:20 4:4
**oaths** [1] 1:20
**object** [2] 23:13 30:13
**objections** [2] 3:10,10
**Obviously** [1] 69:20
**occasion** [1] 16:24
**occurred** [1] 55:19
**off** [21] 5:10 8:15 11:14 18:19 22:18,19 29:1 36:11 42:6,14 47:1,7,8 47:12 51:3 52:24 60:25 61:1,2 63:6 65:22
**office** [4] 18:10 49:11 62:9,10
**offices** [2] 1:23 15:18
**officiated** [1] 3:19
**old** [2] 9:3 12:24
**once** [1] 65:9
**one** [20] 4:8 15:2,3 16:20 17:1 25:17 27:23 29:11 31:18 32:25 39:16 48:5 61:14 62:13,16 65:12 67:25 69:21 70:12 72:16
**ones** [1] 67:18
**onto** [1] 32:15
**operate** [7] 30:15 31:1,2 31:3 32:2,5 55:9
**operated** [4] 26:11 31:4 50:1 66:6
**operating** [4] 10:16 30:21 32:6 34:15
**operator** [7] 11:2,6,19 11:21 24:3 27:22,25
**ophthalmologist** [1] 42:8
**opposed** [2] 30:20 43:10
**oral** [1] 58:20

**orange** [2] 72:2,5
**Orleans** [12] 2:19 4:2 4:23 6:1,7,23 7:4 11:8 11:22,25 12:14 13:2
**outside** [1] 34:6
**overbroad** [1] 30:14
**own** [3] 22:15 24:14 53:4
**owned** [1] 66:6

-P-

**P** [1] 3:1
**pad** [1] 46:10
**pages** [1] 74:11
**paid** [4] 10:25 22:18,19 64:17
**pamphlets** [1] 60:9
**paper** [3] 40:19,19 55:1
**paperwork** [1] 32:8
**part** [10] 3:13 14:1 37:23 45:13 66:6,7,11 68:15 69:16 71:3
**parted** [2] 69:14,21 70:22
**particular** [1] 60:22
**parties** [2] 3:4 74:15
**partners** [1] 16:21
**pass** [2] 41:7,8
**passenger's** [1] 20:16
**past** [2] 24:6 63:19
**pay** [2] 22:17 57:23
**paying** [2] 15:18 52:21
**pending** [1] 65:5
**people** [5] 26:1 33:8 41:25 58:21 71:24
**per** [1] 22:22
**period** [3] 34:25 50:9 51:17
**permitted** [1] 3:5
**person** [2] 25:6 41:18
**personally** [1] 33:7
**PHELPS** [1] 2:15
**physical** [4] 14:22 45:12 54:16,20
**physicals** [1] 54:14
**pick** [5] 27:3 35:18 38:20 40:25 68:9
**picked** [5] 31:15 36:10 36:11 38:19 51:6
**picture** [1] 64:23
**pictures** [1] 64:25
**piece** [2] 54:25 65:15
**place** [15] 2:17 3:7 35:13 35:17,24 36:5 40:11 43:4 43:10 49:5 61:3,4,6 70:4 74:5
**placed** [1] 35:20
**plus** [1] 64:17
**point** [1] 46:20
**pointing** [1] 14:5,8
**pond** [1] 58:4

**pop** [1] 39:22
**popped** [1] 71:9
**port** [2] 72:18,19
**position** [1] 37:9
**positions** [2] 10:24 67:14
**post** [1] 8:21
**Poulliard** [5] 15:17,18 16:7,20,23
**pre** [1] 8:21
**pre-employment** [3] 54:14,16,20
**prescribed** [1] 45:12
**prescription** [1] 42:11
**prescriptions** [2] 18:14 18:18
**presumably** [1] 26:7
**prettier** [1] 5:7
**pretty** [3] 7:11 10:17 25:6
**problem** [9] 13:25 30:9 30:15,21 34:12 43:18 46:22 54:9 62:20
**problems** [7] 19:13 29:23 35:2,3,3 45:2 48:17
**Procedure** [1] 3:6
**process** [1] 36:8
**produced** [1] 5:13
**program** [1] 45:13
**propounded** [2] 62:23 74:8
**provide** [2] 66:7,8
**provided** [1] 32:9
**provides** [1] 66:9
**Prytania** [3] 18:11,16 18:24
**pull** [3] 27:3 38:17 66:10
**pulling** [1] 52:5
**purposes** [1] 3:5
**pursuant** [1] 1:20,22
**push** [1] 57:21
**put** [8] 15:7 35:18 45:16 46:10 48:25 52:8 67:5 68:4

-Q-

**qualifies** [2] 23:15,15
**questions** [4] 4:11 55:4 66:3 74:8
**quite** [1] 10:8

-R-

**R** [3] 2:3 4:17,18
**R.N** [1] 13:6
**rack** [2] 40:25 41:1
**radio** [3] 60:18,23 72:10
**radios** [1] 60:19
**ran** [2] 14:12 20:10
**Ray** [5] 1:17 3:5 4:1,19

74:4
**read** [6] 5:8,8 24:23 25:1 60:6,10
**ready** [1] 69:18
**really** [3] 46:21 47:1 54:23
**reason** [4] 6:17 48:19 50:17 71:20
**reasons** [1] 13:10
**recalls** [1] 69:19
**receive** [5] 15:24 47:5,6 52:20 64:1
**received** [1] 55:15
**receiving** [4] 47:2,12 47:13 48:12
**recited** [1] 3:7
**record** [10] 4:16 5:7,10 5:12 14:7 24:25 39:10 65:22,24 70:24
**recorded** [1] 58:19
**records** [3] 20:25 21:2,5 74:3
**red** [1] 53:25
**referred** [2] 5:17 65:19
**reflect** [5] 5:12 14:7 39:10 70:24
**refresh** [1] 58:8
**regarding** [1] 32:9
**regular** [3] 30:8,8 42:9
**regulations** [1] 60:13
**related** [3] 9:13 21:2 74:15
**release** [1] 40:4
**releases** [4] 62:19 64:1 65:25,25
**relief** [1] 27:25
**relieved** [1] 28:2
**remember** [5] 5:6 16:13 43:9 45:6 52:24
**removed** [1] 25:4
**Reported** [1] 74:2
**Reporter** [5] 1:19 2:25 3:18 74:2,21
**REPORTER'S** [1] 74:1
**reports** [1] 58:15
**represent** [1] 4:8
**represented** [1] 16:4
**REPRESENTING** [2] 2:3,13
**reserved** [1] 3:12
**response** [1] 63:6
**responsiveness** [1] 3:11
**resting** [2] 35:13 36:5
**restrictions** [1] 5:21
**result** [2] 49:9 74:17
**retired** [2] 23:3,4 25:7
**retirement** [2] 23:16 56:5
**Revised** [1] 1:21
**rigged** [1] 66:5

Case 2:00-cv-00106-ILRL-ALC    Document 74-2    Filed 06/01/2005    Page 24 of 25

BARNEY RAY NEYLAND                                                    rigging - twenty
April 11th, 2002                          Multi-Page™          Neyland vs. Hyundai Merchant Marine

rigging [2] 29:9 66:21

right [105] 4:15 5:20 7:12 7:14 8:1,19 9:1 10:4,8 10:12 11:1,1,11,14,20,20 11:23 14:8,10,14,23 15:4 15:15 16:2 18:19,21,22 19:8 20:15 21:19 23:5 23:19 25:15 26:6,9,17 27:8,18 28:5,15 29:10 29:10 30:1,18,24 31:15 32:14 33:20 34:1,2,14 34:20 35:8 36:3 37:5,16 37:22,23,25 38:14,24 39:12,21 40:23 42:6,19 42:24 43:6,17 44:15 45:8 45:21 47:1,16,18 48:5 51:2,6,9 55:14 56:14 57:5,21 61:15,22 62:8 62:17 63:2 64:7 65:9 66:13,16 68:14,17 69:2 69:3,4,10,13,22 70:7,9 70:10,18 71:16

right-handed [2] 62:2 62:3

river [6] 6:21,24 9:9 10:10,14 48:22

Road [1] 40:13

rod [1] 30:3

room [1] 17:6

roughly [2] 12:24 13:14

Rules [1] 3:6

run [1] 44:23

---

-S-

S [1] 3:1

S-T-R-A-C-H-A-N [1] 10:6

safety [13] 43:24 58:24 59:1,4,19,24 60:1,5,13 60:13 62:4,7,11

save [1] 3:10

savings [1] 24:12

saw [9] 13:19,22 14:23 14:25 44:11 46:7 49:13 49:15,25

says [2] 54:19 65:12

school [8] 6:9,11,13,17 12:13,14,19 52:12

scratched [1] 70:21

SEA [1] 26:22

Sealand [1] 11:7

seat [5] 34:6,7,7,20 39:6

seconds [2] 71:10,13

Section [2] 1:6,20

Security [7] 4:24 23:15 47:24 48:1,3,11,20

see [27] 14:17 17:21 18:20,23,24 19:9,12,14 19:23 20:22,24 42:8 43:14,15,16 46:1 49:16 50:2,2 52:17 55:3,4 62:1 62:21 68:3 71:3,5

seeing [1] 49:8

sent [6] 40:14 44:19,21

---

service [1] 43:6

set [9] 31:12 35:21 37:7 37:18 38:6,9,15 40:24 51:13

setting [1] 35:6

settled [4] 15:22 21:21 64:12,16

settlement [1] 65:8

seven [2] 40:16,24

seventy-seven [1] 48:6

shape [1] 45:15

shatter [1] 44:6

shattered [3] 44:7,7,8

shifts [1] 27:24

ship [17] 25:17 27:13,17 27:19 32:22 33:17 37:12 37:13,14,23 42:17 61:3 61:12 69:8 71:25 73:6,7

ship's [3] 33:11,14 68:20

Shipping [1] 10:7

shopping [1] 15:3

shore [1] 26:2,8

shorthand [1] 74:10

shoulder [1] 43:17

show [3] 36:20 65:14,24

shown [1] 64:10

shows [1] 55:10

side [13] 20:14,16,17,18 34:8 36:13 37:15 38:15 39:18 66:20,25 72:17,18

sign [5] 14:12 20:10 65:11,12,13

signature [1] 65:12

signed [1] 65:24

signs [1] 65:9

similar [3] 26:12 51:24 51:25

simply [1] 45:13

single [1] 67:19

singles [1] 67:15

sit [4] 35:12 39:7 56:22 58:3

sitting [1] 35:7

sixth [1] 40:24

Sixty-one [1] 9:4

sling [2] 68:4,5

slings [2] 68:8 69:1

slow [2] 7:18,23

slower [1] 7:24,25

Smith [11] 8:3,4,5,7,14 8:23 9:8,13,17,18,19

Social [7] 4:24 23:15 47:24 48:1,2,11,20

sold [1] 7:20

someone [2] 33:10 59:17

sometime [1] 4:14

sometimes [2] 67:14 67:15

---

somewhere [5] 7:1,17 9:14 42:3 71:2

son [1] 59:21

soon [4] 51:5 64:4 71:8 71:9

sorry [3] 47:10 54:7,24

sort [10] 7:11 21:5 39:11 66:19,24 68:11,18,19 71:8,15

sought [1] 3:13

sources [2] 23:1,14

speak [2] 71:24,25

specialized [1] 52:11

specifically [1] 3:8

spell [1] 18:25

spelling [3] 26:13,23 59:8

spot [1] 38:11

spreader [10] 27:4 28:24 66:9,23 68:8,13,16,24 69:9 70:9

spreading [1] 68:8

St [2] 16:10,12

stand [2] 4:18 34:8

standard [4] 7:3 30:6 64:3 68:12

starboard [3] 36:12,14 72:17,19,21

start [3] 7:20 34:22 48:12

started [14] 6:23 7:3,18 8:3,12 10:16 26:22 27:1 28:12,23 29:17,22 30:21 51:8

starting [1] 51:8

state [4] 2:25 3:19 4:16 74:3

statement [1] 58:19

statements [3] 58:11 58:12,21

STATES [1] 1:1

station [1] 43:6

Statutes [1] 1:21

steel [3] 26:5 51:21 66:10

Steiner [3] 49:15,16,17

stern [4] 37:24 72:24 73:2,3

stevedore [6] 7:13 8:12 10:1 66:9 68:16,17

stevedore/longshoreman [1] 10:18

stevedores [7] 9:22,25 10:9 17:1,2 26:8 66:8

still [3] 15:9 18:12 57:2

STIPULATED [1] 3:3

stipulation [1] 1:22 4:3

stop [5] 14:12 15:3 20:10 27:8 30:1

stopped [3] 29:1 50:8 52:21

story [1] 28:20

Strachan [3] 10:1,3,7

---

straight [4] 38:10 49:5 51:1 61:24

Street [5] 2:18 7:7 13:17 13:21 14:21

strike [1] 20:16

stuff [4] 45:15,17 57:3 60:8

such [2] 3:12 21:15

sue [3] 16:13 21:16,17

Sue's [1] 16:14

sued [3] 20:21 55:22,23

sugar [1] 25:7

suggested [1] 46:10

suing [1] 62:14

suit [3] 15:14,16,22

Suite [3] 1:24 2:7,17

supervision [1] 74:11

supposed [2] 28:16 40:22

Susan [2] 16:5,7

switch [1] 27:24

sworn [2] 4:4 74:6

---

-T-

T [10] 3:1,1 8:3,7,13,23 9:8,13,17,18

Tacoma [1] 53:19

Tchoupitoulas [2] 40:1 61:4

teacher [1] 12:19

telephone [3] 2:9,20 22:21

telling [4] 26:9 27:10 46:9 70:2

tells [2] 35:12 60:7

ten [12] 6:14 11:16,17 22:24 27:5 28:25 29:3 29:14 31:24 34:10 46:4 64:17

tenders [1] 62:21

tenth [1] 6:15

terms [6] 27:24 30:25 31:1 50:9 60:25 66:5

test [1] 41:7

testified [1] 4:4

testimony [2] 16:1 74:12

tests [1] 44:23

Thank [1] 73:10

therapy [8] 14:18,19,20 14:22 15:1 45:1,4,12

thereafter [1] 74:10

thereof [1] 3:13

they's [1] 67:14

thick [1] 44:4

thirty [6] 9:14 29:13,14 36:6 38:1,2

thirty-five [2] 51:19 56:15

thirty-six [1] 12:25

---

thirty-three [1] 9:12

THOMAS [1] 2:6

thought [1] 65:6

thousand [5] 15:25 21:22,23 24:4 64:18

three [1] 56:7

through [3] 64:1 66:19 71:12

Thursday [1] 1:25

times [7] 14:17 17:15 45:24 46:4 51:22 55:1 56:7

Title [1] 1:20

today [3] 43:5 53:14,15 54:5 55:11 58:8 64:10

together [2] 15:2 67:24

Tom [1] 59:6

Tommy [3] 44:15,21 63:22

ton [1] 51:19

tons [1] 51:12

too [3] 9:22 52:1 56:9

took [1] 20:21

top [4] 69:25 70:3,5,17

topping [1] 69:22

tops [1] 70:12

total [2] 10:10 22:22

Touro [2] 45:5 56:6

Toyota [1] 53:9,17,18 53:24

training [1] 52:11

transcribed [1] 74:10

transcription [1] 74:12

treat [1] 40:4

treated [2] 44:25 45:1

treating [2] 49:15,20

treatment [1] 41:20

trial [1] 3:14

tried [1] 21:16

trouble [1] 46:13

truck [7] 53:15,15,16,18 53:24 54:6,7

true [4] 22:12 45:23 47:16 74:11

trust [1] 36:22

truth [3] 74:7,7,8

try [3] 5:6 63:7,21

trying [9] 9:23,24 21:16 33:14 36:15,23 45:15 50:2 70:6 72:25

TTO [11] 11:8,9,12,15 11:20 24:3 32:9 54:12 59:1,23 62:5

TTO's [2] 62:9,10

turn [1] 51:8

turned [2] 27:2 39:17

twelve [1] 21:24

twenties [1] 41:4

twenty [10] 11:4 29:25 31:7,10,19,25 34:23 35:4

BARNEY RAY NEYLAND
April 11th, 2002

Case 2:00-cv-00106-JLR-ALC    Document 74-2    Filed 06/01/2005    Page 25 of 25

Multi-Page

twenty-five - yourself
Neyland vs. Hyundai Merchant Marine

38:1 51:12
**twenty-five** [1] 11:4
**two** [14] 21:22 41:4,6
 46:2 54:3 55:21 56:13
 56:15 68:13,14,15,19
 69:2 72:16
**two-hour** [1] 51:17
**type** [4] 56:4 57:2,12,17
**types** [2] 10:13 57:25
**typical** [2] 30:2 51:10

## -U-

**U** [1] 3:1
**under** [1] 74:10
**understand** [5] 7:8 26:4
 28:12 30:24 33:10
**understood** [1] 30:15
**unhook** [1] 35:24
**uniform** [4] 72:1,2,2,5
**union** [2] 55:10,10
**Unit** [3] 40:2,8 41:14
**UNITED** [1] 1:1
**unloading** [1] 7:10
**up** [44] 7:18 21:7 27:3
 28:23 29:9,17,17,22
 31:15 32:25 33:1,3 35:18
 36:10,11 38:17,19,20
 39:4,5 41:1 43:20,23
 49:5 51:1,2,5,6,13,14
 55:10 59:11 64:10 66:3
 66:5,20 68:9,19 69:2,6,7
 70:6,12 71:10
**urine** [1] 41:7
**urologist** [2] 19:7,8
**used** [9] 3:13,13 51:24
 57:1,11,13,25 61:15,16
**using** [2] 51:23 68:5
**utilities** [1] 22:21

## -V-

**VA** [1] 13:4
**VERSUS** [1] 1:5
**vessel** [21] 26:22 28:4,6
 32:9 36:12,16,21,25 37:4
 60:22 61:1,1,9,11 66:7,7
 66:12 67:1 72:17,25,25
**vessels** [1] 28:7
**view** [3] 37:2 66:20,25
**Vision** [4] 41:24 42:2
 43:1,4
**visit** [2] 49:11,23

## -W-

**W** [1] 67:5
**wait** [2] 39:7 70:2
**waived** [2] 3:9 64:18
**Walgreens** [1] 18:15
**walk** [1] 60:25
**watched** [1] 34:13
**Watermeier** [8] 43:15

44:12,22 45:25 46:1,7
 49:9 52:17
**wearing** [2] 72:1,3
**weather** [1] 45:2
**week** [1] 56:7
**weigh** [2] 56:11,14
**weighed** [1] 56:13
**weight** [2] 45:16 56:8
**wharf** [11] 32:16,17
 35:20,21 36:11,21 37:15
 37:16,22 67:3,4
**whatnot** [10] 21:12 27:4
 28:24 44:23 48:24 57:22
 58:2,4 60:21 71:13
**wherever** [1] 65:11
**whichever** [1] 32:15
**white** [1] 72:2
**whole** [7] 31:16 38:23
 38:25 56:21 70:15 71:1
 74:7
**wife** [4] 21:11 23:2,6
 24:18
**wife's** [2] 12:6 24:17
**windshield** [2] 44:1,5
**wire** [22] 39:4 43:18,19
 43:20,22 68:14 69:7,13
 69:13,21,22 70:3,3,4,8
 70:11,17,21 71:3,5,9,12
**wires** [4] 68:13,15,19
 69:2
**witness** [25] 3:20 4:2
 5:12 9:20 14:7 16:9,15
 16:22 19:24 20:3 27:14
 39:10 43:11 44:14 45:22
 47:15 48:21 52:25 54:21
 55:13 59:10,20 67:6
 72:11 74:6
**witnesses** [1] 1:20
**wore** [1] 49:1
**work-related** [1] 22:4
**worked** [29] 7:16 8:15
 9:2,7,9,21,22,25 10:1,8
 10:10,15 11:5,7,7,8 12:2
 12:16 15:9 17:2 23:21
 27:1,12,23 28:6 29:24
 30:4 31:19 50:2
**workers'** [3] 47:2,12
 49:14
**works** [3] 12:13 13:4
 45:14
**worry** [1] 56:22
**written** [1] 58:11
**wrong** [1] 21:16
**wrote** [1] 70:25

## -Y-

**yard** [4] 57:8,10,12,17
**year** [5] 6:25 23:6 24:2,5
 40:15
**years** [14] 6:13 7:16 9:2
 9:10,13 10:11 11:4,16
 11:16,18 12:17 24:7
 40:16 48:23

**yesterday** [2] 46:2,7
**Yolanda** [1] 12:23
**youngsters** [1] 6:18
**yourself** [4] 5:25 44:9
 61:1,23