UNITED STATES IDSTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BARNEY NEYLAND | CIVIL ACTION

VERSUS | NO.00-106

HYUNDAI MERCHANT MARINE (AMERICA), INC., ET AL. | SECTION " A "

MAGISTRATE (3)

UNSWORN DECLARATION

Wang Chun Jiu, declares as follows:

1. I am a competent natural person of the full age of majority;

2. The statements in this declaration are true and correct and based upon my personal knowledge.

3. On January 14, 1999, I served as the Chief Officer of the M/V "SEA MILD", an ocean going bulk carrier, owned by Sea Mild Shipping, Inc., and registered under the laws of the Republic of Panama, I served as the Chief Office on board the M/v SEA MILD from 13 October, 1998 to 11 April, 1999. I hold the license of chief mate issued by the Harbor Authority of the people's republic of China in October.1995.

4. In my capacity as the Chief mate on the "SEA MILD", I am in charge of and have personal knowledge of the maintenance of the various cranes, wire ropes and other gear and equipment on the vessel as well as the cargo operations that took place on the vessel during its port call in New Orleans, Louisiana, during January of 1999.

5. Prior to its arrival in New Orleans, the SEA MILD had loaded a cargo of approximately 2,171 metric tons of steel products at the ports of Qingdao, China; Pohang, Korea; and Inchon, Korea, all of which was destined for discharge in New Orleans, Louisiana.

EXHIBIT B

6. The SEA MILD arrived in at the entrance to the Southwest pass of the Mississippi River at 0310 hours on 13 January,1999, under the conn of pilots, proceeded upriver to the port of New Orleans. The vessel was made fastto the Nashville Avenue "A" Wharf at approximately 1420 hours that same day.

7. Shortly thereafter, local stevedores, Messrs. Transocean Terminal operators, Inc.("TTO"), commenced cargo operations to discharge the cargo.

8. While TTO was in the process of discharging bundles of steel beams from the No.4 hold, I was informed that at approximately 0850 hours on 14 January, 1999, the wire rope cargo runner of the No.4 crane parted under load. At that time, the discharging operation was under the complete control of TTO and the crane was being operated by an employee of TTO. No member of the crew of the vessel were involved with the cargo operation being performed by TTO

9. The load being discharged and handled by the No.4 crane at the time runner parted consisted of four bundles of steel beams, weighing a total 18.68 metric tons.

10. The No.4 crane on the SEA MILD is rated at a safe working load of 25 metric tons.

11. On arrival of the vessel in New Orleans, the No.4 crane was visually inspected by me and also by representatives of TTO and at no time prior to the time that the No.4 crane cable parted, did I or the crew of the SEA MILD have any knowledge of any problems with the No.4 crane cable at issue;

12. I am attaching as Exhibit " A" to this Declaration a genuine and authentic copy of the certificate for marine product issued by the Register of shipping of the People's republic of China which evidences that the No.4 crane cargo runner, the cable that parted, was inspected and tested at the Qingdao Marine fitting for lashing Factory, the manufacturer of the cable, on 23 march, 1995 and was found fit for use on vessel;

13. Thereafter, the cable was placed in the vessel's storeroom, suitably lubricated to prevent corrosion, and was withdrawn from the vessel's stores and was placed into service on 25 November, 1998, less than two months prior to this incident, all as evidenced by the genuine and authentic copies of SEA Mild vessel records attached to this Declaration as Exhibit "B". In addition, a certified copy of a translation of these vessel records from Chinese to the English language is attached as part of Exhibit "B".

14. As is customary, on arrival in New Orleans TTO took control of the vessel's crane and gear for the purpose of discharging the cargo from the vessel's holds. During the discharge of the SEA MILD, the crew of the vessel did not participate or interfere with TTO's discharging/stevedoring operations, were no involved in the discharging of the cargo from the vessel, did not witness any problems or deficiencies in the way in which TTO did its work, nor were any complaints received regarding the condition of the cargo gear.

15. At all material times, the SEA MILD was classed by Nippon Kaiji Koykai ("NKK") the Japanese classification society, as evidenced by the genuine and authentic copy of the NKK certificate which is attached as Exhibit "C" to this Declaration.

16. On 28 January,1998, a proof load was performed by NKK on all of the SEA MILD's deck cranes, including the No.4 crane, each of which was found to be satisfactory, as evidenced by the genuine and authentic copy of the SEA MILD's "Annual Thorough Examination of Chains, Rings, Hooks, Shackles, Swivels, and Pulley Blocks other than Permanent Attachments to Derricks, Masts and Decks' attached to this Declaration as Exhibit " D'.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed on this day of January 15th, 2005, at Sparrows Point, USA.

-----------------------------------

Name: Wang Chun Jiu

Position: the Chief Office while working on SEA MILD

〈克令吊、拱和吊货钢丝〉

格式 Form C104

中华人民共和国船舶检验局

REGISTER OF SHIPPING OF THE PEOPLE'S REPUBLIC OF CHINA

# 船用产品证书

编号 No. QDC95320004

# CERTIFICATE FOR MARINE PRODUCT

兹证明本验船师应 青岛船用索具厂 要求，于 1995 年 3 月 23 日 在该厂对 下列船用索具 进行了检验和试验，结果符合 本局规范，可装船使用。

THIS IS TO CERTIFY that at the request of Qingdao-Marine Fitting for Lashing Factory the undersigned did attend their works to inspect and test the following marine fitting on ______ and it found to be in accordance with ZC Rules, and that it is fit for use on board vessels.

用于 Intended for:

产品明细 Particulars:

| 产品名称: Description | 型式 Type | 规格 Specification | 长度(m) Length | 数量(根) Quantity | 安全负荷 S.W.L(KN) | 试验负荷 T.L(KN) |
|---|---|---|---|---|---|---|
| 挡套: Guy Clamp | | | | | | |
| 千斤索: Span Rope | AT25_186 | 6X29Ø25mm | 186 | 4 | 130 | 260 |
| 稳索: Guy | AT32_232 | 4X39Ø32mm | 232 | 4 | 170 | 340 |
| 支索: Stay | | | | | | |
| 吊货索: Cargo Runner | | | | | | |
| 有节定位索: Guy with Pitched Clips | | | | | | |

EXHIBIT A

在两端套环 (The socket) 上标有 is stamped with

| QDC95320004 |
|---|
| ZZB ZC95.3 |

发证日期 Date of issue 1995 年 3 月 23 日

验船师 Surveyor [signature]

# 揚貨装置及揚貨力変更記録

## 揚貨装置

| 調査年月 | 位置 | デリック 材料 | デリック トドップ、パン迄の長さ | デリック 中央部直径 | ウインチ揚貨力(噸) Single gear Single wire (甲) | ウインチ揚貨力(噸) Double gear Single wire テスト | ウインチ揚貨力(噸) Double gear Single wire 現在(乙) | Topping lift 装置の種類及使用 wire 又は chain の大きさ | 船内備品を以て特別装置を施し荷役し得る最大重量(噸) テスト | 船内備品を以て特別装置を施し荷役し得る最大重量(噸) 現在(丙) | 記事 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 95.3 | No. 1 | | | | | | 25T | | | 30T | 试重为30T |
| 〃 | No. 2 | | | | | | 25T | | | 〃 | 安全负荷为 |
| 〃 | No. 3 | | | | | | 25T | | | 〃 | 25吨(克令吊) |
| 〃 | No. 4 | | | | | | 25T | | | 〃 | 4台克令吊夠 |
| 〃 | No. | | | | | | | | | | 头拆检查 |
| | No. | | | | | | | | | | [illegible] |
| | No. | | | | | | | | | | (山船厂修船) |
| 95.10 | No. 3 | 吊货钢丝由大[illegible]厂换新 | | | | | | | | | |
| 96.8.8 | No. 1. | No.1 号克令吊吊货钢丝,有甲板部船员自修换新 | | | | | | | | | |
| | No. | 并进行相应检验、符合安全要求规范 | | | | | | | | | 大付 [illegible] |
| 96年12月. | Nos 1-4 | 克令吊 力夫钢丝 吊货钢丝 全部清洁 换油. | | | | | | | | | [illegible] |
| 97年1月27日. | Nos 4 | 克令吊 吊货钢丝由船员自修换新 良好. | | | | | | | | | [illegible] |

| | | Cargo fall purchase の種類及wireの大きさ | Topping lift 装置の種類 及 wire 大きさ | 最大揚荷力 テスト | 最大揚荷力 現在 | |
|---|---|---|---|---|---|---|
| 97年2月11日 | 将Nos 2 | 克令吊 吊货钢丝由船员自修换新 良好. | | | | [illegible] |
| 97年3月. | Nos 1-4 | 克令吊 经检查情况 无发现异常. | | | | [illegible] |

※ Double gear single wire とし現在 winch 揚貨力にて derrick, lift 等が耐えざる場合には此旨を記事欄に明記すること

## ウインチ揚貨力或は全装置変更記録

| 変更年月 | 位置 | 新揚貨力 甲 | 新揚貨力 乙 | 新揚貨力 丙 | 変更年月 | 位置 | 新揚貨力 甲 | 新揚貨力 乙 | 新揚貨力 丙 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

EXHIBIT B

新揚貨力を記入したる時は変更ありたる旧揚貨力には朱線を引くこと。

No.1－No.4克令 9

~~揚貨力変更記録~~

ウインチ揚貨力或は全装置変更記録

| 変更年月 | 位置 | 新揚貨力 甲 | 乙 | 丙 | 変更年月 | 位置 | 新揚貨力 甲 | 乙 | 丙 |
|---|---|---|---|---|---|---|---|---|---|
| 97年3月17号 | 於菲律宾马尼拉港、有马尼拉港验船师检验、检验结果、Nos 1－3支全吊为25吨完好、No.4支全吊为20吨完好。Nos.4支全吊降低5吨负荷之原因为吊臂在上部有一处凹进、并要求修船时修复。 | | | | | | | | |
| 97.3.19号 | No2克令吊力夫钢丝有船员自修换新、良好 [illegible] | | | | | | | | |
| 97.3.21号 | Nos.4克令吊吊货钢丝卸货中被工人损、有装卸公司负责换新吊货钢丝八根、并负责装货、装货完继续卸货[illegible]情况良好。[illegible] | | | | | | | | |
| 97.5.18 | 水手长等人检查 No.1－4克令吊 吊货、力夫钢丝损坏情况、基本良好 [illegible] | | | | | | | | |
| 97.6.17 | 在红海航行 [illegible] No.1－4克令吊、吊货、力夫钢丝油。[illegible] | | | | | | | | |
| 97.7.16－8.2 | 在广州[illegible]船厂[illegible]（船检认可）恢复原状。No.1－4克令吊、滑车轮（包括顶部[illegible]）清通油路[illegible]加油。 | | | | | | | | |
| 98.1.31 | NO.2 | 克令吊在扫仓时[illegible]转动时损坏不能使用。 | | | | | | | |
| 98.2.9 | NO.1 | 克令吊钩头滑车中间[illegible]磨损、滑车大[illegible]松动。已修。 | | | | | | | |
| 98.4.26 | No.2 | 吊货钢丝已换新。 | | | | | | | |
| 98.4.29 | No.2 | 克令 工人[illegible]操作损坏。 ~~[illegible]~~ | | | | | | | |

ヘビィデリック揚貨力変更記録

| 変更年月 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 新揚貨力 | | | | | | | | |
| 変更年月 | | | | | | | | |
| 新揚貨力 | | | | | | | | |

# 空船吃水及「トリム」の記録

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name of Port | | | | | | | | |
| Date. | | | | | | | | |
| Draft. F. A. M. | | | | | | | | |
| Weight on Board (Tons of 2240 lds.). | Bunker Coal. | Cross Bunker | 98.10.14 | 1、No.3节 [illegible]钢丝换新. [illegible] | | | | |
| | | Side 〃 | | [illegible] 2圈~4圈. | | | | |
| | | Main 〃 | | 2. [illegible] | | | | |
| | | Reserve 〃 | | [illegible] | | | | |
| | | Total | 98.11.14~16 | No.1.2节 [illegible]加油 ([illegible]), 加油. | | | | |
| | Fuel Oil, Fresh Water and Ballast Water | F. Peak | | [illegible]: No.1[illegible] | | | | |
| | | A. Peak | | [illegible] | | | | |
| | | No. 1 B.T. | | No.2节 [illegible] | | | | |
| | | No. 2 B.T. | 98.11.25. | No.4节 [illegible]钢丝换新. [illegible]加油. | | | | |
| | | No. 3 B.T. | 98.12.10. | No.3.4节 [illegible]油. | | | | |
| | | No. 4 B.T. | 98.12.16. | No.1.2.3.4节 [illegible] ([illegible]) | | | | |
| | | No. 5 B.T. | | | | | | |
| | | No. 6 B.T. | | | | | | |
| | | No. 7 B.T. | | | | | | |
| | | No. 8 B.T. | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | Total. | | | | | | |
| | Other Ballast & its Location. | | | | | | | |
| | Stores. | | | | | | | |
| | Grand Total. | | | | | | | |
| Dead Weight by Scale. | | | | | | | | |
| Difference. | | | | | | | | |
| Water in Boilers & Condensers, etc. | | | | | | | | |
| F.W. in F.W. Tank. | | | | | | | | |
| Remarks. | | | | | | | | |

[illegible] 及圧載物の重量並に其位置が確実に判明せる場合に限り記録すべきものとす。

## 空船吃水及「トリム」の記録

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name of Port | | | | | | | | |
| Date. | | | | | | | | |
| Draft. F. A. M. | | | | | | | | |
| Weight on Board (Tons of 2240 lds.) | Bunker Coal. | Cross Bunker | | | | | | |
| | | Side 〃 | | | | | | |
| | | Main 〃 | | | | | | |
| | | Reserve 〃 | | | | | | |
| | | Total | | | | | | |
| | Fuel Oil, Fresh Water and Ballast Water | F. Peak | | | | | | |
| | | A. Peak | | | | | | |
| | | No. 1 B.T. | | | | | | |
| | | No. 2 B.T. | | | | | | |
| | | No. 3 B.T. | | | | | | |
| | | No. 4 B.T. | | | | | | |
| | | No. 5 B.T. | | | | | | |
| | | No. 6 B.T. | | | | | | |
| | | No. 7 B.T. | | | | | | |
| | | No. 8 B.T. | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | Total. | | | | | | |
| | Other Ballast & its Location. | | | | | | | |
| | Stores. | | | | | | | |
| | Grand Total. | | | | | | | |
| Dead Weight by Scale. | | | | | | | | |
| Difference. | | | | | | | | |
| Water in Boilers & Condensers, etc. | | | | | | | | |
| F.W. in F.W. Tank. | | | | | | | | |
| Remarks. | | | | | | | | |

Handwritten entries:

98.10.14 1. No.3吊[illegible]钢丝换新. [illegible]吊杆上[illegible]时,滚筒上[illegible]4圈 [illegible] 2圈→4圈.

2. [illegible]钢丝[illegible]换新. [illegible] [illegible]换新.

98.11.14-16 No.1.2吊[illegible]加油 ([illegible]部位,加油.

[illegible]: No.1吊顶部[illegible]加油[illegible]

[illegible]加[illegible]油.

No.2吊[illegible]加油[illegible].

98.11.25. No.4吊[illegible]钢丝换新. [illegible]加油.

98.12.10. No.3.4吊[illegible]油.

98.12.16. No.1.2.3.4吊[illegible]钢丝[illegible] ([illegible]钢丝[illegible])

Attached to Exhibit "B" (1)

| | | | | |
|---|---|---|---|---|
| March, 1995 | No.1 | 25T | 30T | Test weight 30T |
| Ditto | No.2 | 25T | Ditto | Safe work load is |
| Ditto | No.3 | 25T | Ditto | 25T (crane) |
| Ditto | No.4 | 25T | Ditto | the hook of No.4 crane |
| Ditto | No. | | | dismantled. test. Made |
| | No. | | | Marks. |
| | No. | | | (Repaired by Shan Hai Guan ship yard) |

Oct.1995 No.3 crane hoisting wire rope renewed by You Lian Shipyard.

8 Sept.1996 No1. crane hoisting wire rope renewed by the crew on deck.

Proceed adjust & test, suitable to safe specification as per request

Chief mate. SunJishen

Dec.1996. Nos.1 – 4 cleaned & blacking oil for all luff wire & hoisting wire rope l.

SunJiShen

27 Jan.1997 renewed hoisting wire rope of No.4 crane by the crew fine condition.

SunJishen

11 Feb.1997 repair & renewed hoisting wire rope of No.2 by the crew fine condition

SunJishen

March.1997 inspected Nos.1 – 4 . all conditions are fine. SunJishen

Attached to Exhibit . "B " (2)

17 March.1997. arrival at Manila port, Philippine. The officer of Manila port inspected and signed test signature on board the ship. Test result. Safe work load of Nos.1-3 cranes. 25tons.. safe work load of No4 crane .20 tons.
There is a dent on top of No.4 crane jib. And this is the reason why 5 tons had reduced to No.4 crane. The request for the repair while the ship in a shipyard. Next time.

19 March 1997. renewed the luff wire of No.2 crew by the crew . fine condition SunJishen (chief mate)

21 March 1997. the hoisting wire rope had been damaged by the stevedore during discharging. The stevedore Co., was responsible for changing a new wire and was liable for restoring. The working condition is fine during the resumed discharge after the renew of the wire. Sun Jishen (chief mate)

18 May.1997 the boatswain and the crew inspected the condition of hoisting wire ropes & luff wires of Nos. 1-4 cranes. All in normal condition. Han (chief mate)

17 June.1997 backing oil to all the hoisting wire rope & luff wire of Nos.1-4 during sailing in Red Sea HanJianguo (chief mate)

16 July to 2 Aug.1997. renewed& restored the original conditions of Nos. 1-4 crane by Bo Luo Miao shipyard in Guanzhou. (confirmed by CZ)...repaired and cleaned the oil tubes to their normal conditions ( include the top & crane jib.)

31 Jan. 1998 No.2 crane was damage on dragging garbage while cleaning the hold. It could not be used.

9 Feb. 1998 middle pin of the hook to No. 1 crane was malposition. Its both sides fender worn . the bolt of sheave block was loose and waiting for repair.

26 Apr. 1998 renewed No.2 hoisting wire rope.

29 Apr. 1998 No.2 crane was damaged by stevedore savage operation.

Attached to Exhibit "B." (3)

| | |
|---|---|
| 14 Oct.1998 | 1. renewed the luff wire of No.3, there are 4 rings left on the barrel while the crane jib on its rest. May be 2 or 4 rings shorter than the original one.<br>2. renewed fast bolt to the hooks to sheave blocks of 4 cranes. renewed the metal protect plank to the hook connecting axle. |
| 14-16 Nov.1998 | added cattle oil to all parts of No.1.2 cranes . oiled<br>found the problem that oil tube on the top of No.1 sheave block had melted while the ship repaired in Da Liang shipyard. It could not be oiled. |
| 25 Nov.1998 | renewed the hoisting wire rope of No. 4 crane. Added oil to all the parts. |
| 10 Dec.1998 | added cattle oil to Nos. 3.4.cranes |
| 16 Dec. 1998 | blacking oil to Nos. 1.2. 3. 4 cranes (luff wire & hoisting wire rope). |

I hereby attest that this document is a certified copy of a translation of this document from Chinese to English.

王長杰

----------------------------- Signature

C.J Wang

----------------------------- Name.

2005.01.15

----------------------------- Date

(Rewritten)

# 日本海事協会
# NIPPON KAIJI KYOKAI

## CERTIFICATE OF CLASSIFICATION
## 船 級 証 書

*Ship's Name* 船名 SEA MILD

*Classification Number* 船級番号 854303

*Registered Gross Tonnage* 登録総トン数 22,145

*Official Number* 船舶番号 15454-86-C

*Moulded Dimensions;* 主要寸法 *Length* 長さ 171.00M *Breadth* 幅 30.50M *Depth* 深さ 15.30M

*Owner* 所有者 Sea Mild Shipping Inc.

*Port of Registry* 船籍港 Panama

*Flag* 国籍 Panamanian

*When Built* 製造年月 December 1985

*Builders, Where Built* 製造者, 製造地 Ishikawajima-Harima Heavy Industries Co., Ltd. Aioi Shipyard, Aioi, Japan

*Main Propulsion Machinery;* 主推進機関 *Description* 種類 Diesel Engine *Number* 数 1

*THIS IS TO CERTIFY THAT the above ship having been surveyed for classification on* 17 December 1985 *and found to be in compliance with the Society's Rules and Regulations, has been assigned a class and entered in the Classification Register with the undermentioned Classification Character(s).*

上記船舶は，本会の規則に基づいて　　年　　月　　日船級登録のための検査を受け，規則に適合したと認められた。よって，上記船舶に船級を付与し，下記の符号を以って本会の船級登録原簿に登録したことを証明する。

*Classification Character(s):* 船級符号 NS* (Bulk Carrier, Strengthened for Heavy Cargoes Nos. 2 & 4 Holds may be empty) (BSP)
MNS*

*This Certificate is valid subject to continued compliance with the Society's Rules and Regulations.*

上記船舶が本会の規則に従って維持されていることを条件として本証書は有効である。

*Date of Issue* 発行日 10 May 1995

*Place of Issue* 発行場所 *Tokyo* 東京

日本海事協会
NIPPON KAIJI KYOKAI

T. Mano
Executive Vice President

EXHIBIT C

**PART III. Annual Thorough Examination of Chains, Rings, Hooks, Shackles, Swivels and Pulley Blocks other than Permanent Attachments to Derricks, Masts and Decks**

| Distinguishing Number or Mark (1) | Description of gear thoroughly examined (2) | Number of certificate of test and examination (3) | I certify that on the date to which I have appended my signature, the gear described in Columns 1 and 2 was thoroughly examined, and no defects affecting its safe working condition were found other than those shown in Column 4. Date and Signature | Date and Signature | Date and Signature |
|---|---|---|---|---|---|
| See individual certificate | Hook, Shackle and Block | CG-23-Aioi | [illegible] 1987 Surveyor NK | [illegible] 1987 Surveyor NK | 19[illegible] Surveyor NK Yokohama |
| | Hook, Block and Sheave | CG-39 Aioi | [illegible] 1987 Surveyor NK | | 19[illegible] Surveyor NK Yokohama |
| | - ditto - | -do- | [illegible] 1992 Surveyor NK | 30 [illegible] Surveyor NK Pusan Korea | 10 FEBRUARY 94 T. [illegible] |
| | | | | | |
| | | | | | |
| | | | | | |

EXHIBIT D

**PART III.** **Annual Thorough Examination of Chains, Rings, Hooks, Shackles, Swivels and Pulley Blocks other than Permanent Attachments to Derricks, Masts and Decks**

| Distinguishing Number or Mark. (1) | Description of gear thoroughly examined (2) | Number of certificate of test and examination (3) | I certify that on the date to which I have appended my signature, the gear described in Columns 1 and 2 was thoroughly examined, and no defects affecting its safe working condition were found other than those shown in Column 4. Date and Signature | Date and Signature | Date and Signature |
|---|---|---|---|---|---|
| See individual certificate | Hook, Shackle and Block | CG-23-Aioi | [illegible] 1985 [illegible] Surveyor to NK | [illegible] 1987 [illegible] Surveyor to NK | [illegible] 1988 [illegible] Surveyor to NK Yokohama |
| | Hook, Block and Sheave | CG-39 Aioi | [illegible] 1987 [illegible] Surveyor to NK | | [illegible] Surveyor to NK Yokohama |
| | – ditto – | -do- | 17th April 1992 [illegible] Surveyor to NK | 30 [illegible] Surveyor to NK Pusan Korea | 10 February 94 T. [illegible] |
| | | | | | |
| | | | | | |
| | | | | | |

"Thorough examination" means a visual examination, supplemented if necessary by other means, carried out as carefully as conditions permit in order to arrive at a reliable conclusion as to the safety of the parts examined; if necessary for the purpose, parts of the gear must be dismantled.

| I certify that on the date to which I have appended my signature, the gear described in Columns 1 and 2 was thoroughly examined and no defects affecting its safe working condition were found other than those shown in Column 4. | | | | | Remarks (To be initialled and dated) |
|---|---|---|---|---|---|
| Date and Signature | Date and Signature | Date and Signature | Date and Signature | Date and Signature | |
| [illegible] Nagoya | [illegible] | | | | |
| 2 [illegible] 1991 | [illegible] 1990 | 31 October [illegible] at [illegible] Chile [illegible] Rio de Janeiro | [illegible] Surveyor to NK | [illegible] 1991 | Proof load test for all Deck Cranes Carried out and found Satisfactory [illegible] Apr. 3, 95 |
| [illegible] Surveyor to NK Pusan, Korea | [illegible] | 17 March 1997 [illegible] | 28 JANUARY 1998 [illegible] CLASS NK NEW YORK | | |
| | | | | | |
| | | | | | |
| | | | | | |

M/V "SEA MILD"

Report No.: 9052
Reference No.: PI/CG 01/99 DMK

24 March 1999

**THIS IS TO CERTIFY** that the undersigned Marine Surveyor did, at the request of TBS Adjusting, Inc., 3400 Energy Center, 1100 Poydras Street, New Orleans, Louisiana 70163-3400, and on behalf of Owners and/or P&I Underwriters concerned, attend on board the

**M/V "SEA MILD"**
22,145 Gross tons, Port of Registry: Panama
(Owners: Sea Mild Shipping Inc., Panama)

on 15 January 1999, while the vessel was lying afloat at the Port of New Orleans Nashville Avenue "A" Wharf, in order to report on 1) damage alleged to have been sustained to the vessel and cargo, and 2) personal injury sustained by the stevedore operating the No. 4 crane.

**Attending Survey**

- Captain Shao Jun Lin, Master of the vessel.
- Mr. Chun Jiu Wang, Chief Officer of the vessel.

**General Particulars of the Vessel**

The subject vessel is a geared bulk carrier, with main superstructure, bridge, accommodation and machinery spaces located aft, built 1985 in Japan.

Five [5] holds are covered with MacGregor type split fore and aft hydraulically operated hatch covers.

Cargo gear consists of four [4] cranes of 25 tons SWL capacity each.

| | | |
|---|---|---|
| Operators: | COSCO Bulk, Tanjin, China | |
| Official Number: | 1545486-C | |
| Call Sign | 3FCF4 | |
| Net Register Tonnage: | 12,665.00 | R/Tons |
| Length Overall: | 179.90 | Meters |

EXHIBIT
C



Members:

- Society of Naval Architects & Marine Engineers
- Marine Institute of Marine Engineers (U.K.)
- Marine Surveyors Guild

Technical Maritime associates INC
Marine Surveyors & Consultants
Hull • Machinery • Cargo

2908 Hessmer Avenue
Suite 1
Metairie, Louisiana 70002
Phone: (504) 454-2323
Fax: (504) 454-2544
Email:
techmar@bellsouth.net
www.technicalmaritime.com

**PERSONAL INJURY/CARGO GEAR**
**New Orleans, Louisiana - 15 January 1999**

**M/V "SEA MILD"**

22,145 Gross tons, Port of Registry: Panama

**By signing this document neither the Surveyor nor his employer makes any warranty, expressed or implied, concerning any inaccuracy in any document issued. Furthermore, neither the Surveyor nor his employer shall be liable in any manner for any personal injury or property damage, or loss of any kind, arising from or connected with this survey.**

# M/V "SEA MILD"

## Vessel Particulars (continued)

| | | |
|---|---|---|
| Length Between Perpendiculars: | 171.00 | Meters |
| Breadth Moulded: | 30.50 | Meters |
| Depth Moulded: | 15.30 | Meters |
| Summer Draft: | 10.931 | Meters |
| Summer Freeboard: | 4.40 | Meters |
| Displacement at Summer Draft: | 47,101.00 | M/Tons |
| Deadweight at Summer Draft: | 38,888.00 | M/Tons |
| Grain Cubic Capacity: | 46,112.00 | Cubic Meters |
| Propulsion: | Sulzer type 6RTA58 diesel engine, developing 8,000 BHP | |
| Classification Society: | Nippon Kaiji Kyokai | |

## Narrative

The vessel was first attended at approximately 1500 hours on 15 January 1999. Interview with the Master, Captain Shao Jin Lin, provided the following information relative to the current voyage.

The vessel had loaded a cargo of approximately 2,171 metric tons, of steel products at the ports of Quing Dao (China), Pohang and Inchon (Republic of Korea), destined for discharge at the Port of New Orleans, Louisiana.

The vessel arrived at the Mississippi River Southwest Pass at 0310 hours on 13 January 1999, after boarding a pilot and, proceeded upriver to the Port of New Orleans, Nashville Avenue "A" Wharf, where she was all fast at approximately 1420 hours, the same day.

Discharge operations by Messrs. Transocean Terminal Operators, Inc. were commenced at approximately 1450 hours on 13 January 1999.

While discharging bundles of steel beams from the No. 4 hold, at approximately 0835 hours on 14 January 1999, the wire rope cargo runner of the No. 4 crane parted under load. Stevedores were discharging a lift containing four [4] bundles of steel beams, weighing 18.68 metric tons. As reported by Stevedores, the weight of their lifting gear is approximately 2 metric tons. The No. 4 crane is rated at 25 metric tons safe working load.

The bundles of beams dropped to the dock from an approximate height of 1.5 meters. No damage was sustained to the cargo of steel beams, or to the dock apron.

M/V "SEA MILD"

One (1) end of the broken wire rope cargo runner struck the derrick cab window, breaking the glass window. Due to the fact that the window was fitted with safety glass, the crane operator, Mr. B. Nelyand sustained only a small cut on the right hand and cheek. Mr. Nelyand was transported to an unspecified doctor's office for evaluation and treatment.

The stevedore gang working the No. 4 hold was shifted to the No. 2 hold and continued discharging, with little time lost.

The vessel's crew rotated the No. 4 crane to a position over the No. 5 hatch cover for repairs to the window and renewal of the runner wire.

Stevedores then shifted to the No. 4 hold and resumed discharging, utilizing the No. 3 crane at 1035 hours.

**Survey**

Upon examination, damage was found and recommendations for permanent repairs made as follows: (all sizes are approximate)

| **FOUND** | **RECOMMENDED** |
|---|---|
| Wire rope runner, parted. | To be renewed:<br>One (1) piece 32 mm diameter x 232 meters length, 4 x 39 galvanized. |
| No. 4 crane, front window glass, broken. | One (1) piece 1500 x 950 x 14 mm safety glass, with radiused corners. |
| No. 4 crane platform starboard handrail and three (3) support stanchions, buckled and fractured. | To be cropped and renewed:<br>a) One (1) piece 2,750 x 32 mm diameter pipe for upper rail.<br>b) One (1) piece 2,750 x 19 mm diameter pipe for lower rail.<br>c) Three (3) stanchions 1070 x 60 x 12 mm flat bar. |

**M/V "SEA MILD"**

All coils were discharged into the hoppers of covered river barges, and landed directly on the tank top without use of dunnage. The coils were chocked with pre-cut wooden chocks, in order to prevent the coils from rolling during discharge and river transit.

**Surveyor's Notes**

1. Due to the fact that no defects were noted on the sheaves or winch drums on the No. 4 crane, and the crane was not overloaded, in our opinion, the wire rope runner parted due to manufacturers defect.

2. Cost of repairs to the vessel is estimated to be $4,000.00 if carried out in the U.S. Gulf area

3. Photographs numbered 1 through 11 refer to conditions as reported on herein.

**List of Attachments**

a) Master's statement
b) Wire rope certificate
c) Information to Stevedores concerning crane operation
d) Mate's Receipts
e) Cargo Stowage Plan

This report is issued without prejudice and is for the benefit of whom it may concern.

**Technical Maritime Associates, Inc.**

Captain Daniel F. MacKinnon
Attending Surveyor

Ben C. Haveman
Principal Surveyor