FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN -6  P 12: 14

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER:   00-106 |
| | * | |
| **HYUNDAI MERCHANT MARINE (AMERICA), INC.** | * | SECTION: "B" |
| \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | * | MAGISTRATE: (5) |

## LIST OF EXHIBITS

**NOW INTO COURT**, through undersigned counsel, comes Complainant, Barney Neyland, who submits the following list of exhibits which may be introduced at the trial of this matter, to wit:

1) Accident Report;

2) Certified Medical Records and Bill of Dr. Daniel Johnson;

3) Certified Medical Records and Bill of The Louisiana Clinic;

4) Log books of the SEA MILD;

5) Employment records and file of Complainant;

6) Medical records of Dr. Steiner;

7) Medical records of Dr. Stephen C. Brower and Spine Care Plus;

8) Medical records of Dr. Mario D. McNally;

9) Medical records of Dr. Neil Baum;

10) Vessel work, maintenance and related records of SEA MILD;

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____

11) General arrangement plan/drawings of SEA MILD;

12) Medical records of Marine Medical Unit;

13) Medical records Touro Infirmary;

14) Maintenance records regarding the cable of SEA MILD;

15) Vessel records regarding the crane;

16) Notice of Using Ship's Crane;

17) International Longshoremen's Association records for Complainant;

18) SEA MILD stowage plan;

19) Crew list;

20) Records from Transocean Terminal Operators concerning this incident and complainant;

21) SEA MILD vessel particulars;

22) SEA MILD certificates of classification;

23) SEA MILD cranes, winches, hoists and accessory gear records;

24) Crane rigging plan;

25) I-beam cargo labels;

26) Register of Ship's Cargo Handling Machinery and Gear;

27) Records of crane maintenance;

28) Certificate for crane wire;

29) Damage report to SEA MILD's No. 4 crane;

30) Loading cargo list;

31) Certificate of Installations Registration;

32) Mate's receipts;

33) Drawings by complainant;

34) Photos of vessel and equipment involved, if any;

35) Time charter party;

36) Any and all Interrogatories, Requests for Production, Requests for Admissions, Answers to Interrogatories, Responses to Requests for Production, and Responses to Requests for Admissions on file in this matter, along with any documents or exhibits produced in connection with same;

37) The deposition(s) of any witness unavailable for trial and/or outside the subpoena power of this Court;

38) Any and all exhibits listed or sought to be introduced by any other party to this litigation;

39) Claimant reserves the right to add to and/or otherwise revise the foregoing list of exhibits as additional information may become available and/or as additional discovery may disclose and/or require due to the nature of this case;

Respectfully submitted,

DISCON LAW FIRM, L.L.C.

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
SCOTT G. DISCON, #20167
424 N. Causeway Boulevard, Suite A
Mandeville, Louisiana 70448
Telephone: (985) 674-9748
Attorneys for Complainant

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 6th day of June, 2005.

_____
THOMAS M. DISCON