FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN -6 P 12: 14

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER:   00-106 |
| | * | |
| **HYUNDAI MERCHANT MARINE (AMERICA), INC.** | * | SECTION: "B" |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (5) |

### WITNESS LIST

**NOW INTO COURT,** through undersigned counsel, comes Complainant, Barney Neyland, who submits that the following list of witnesses that may be called to testify at the trial of this matter, to wit:

1) Barney Neyland;

2) Dr. Daniel Johnson;

3) Dr. John J. Watermeier;

4) Glen Afard;

5) Master - Shao Jun Lin;

6) Medic - Kun You Gong;

7) Chief Officer - Chun Jiu Wang;

8) TTO foreman and superintendent identified only as "Ollie";

9) AB - Hui Dong Jiang;

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

10) A representative of Technical Maritime Associates - Dan McKinnon and/or Ben Haveman - marine expert;

11) Representative(s) of Transocean Terminal Operators, Inc. including without limitation those who worked with complainant at the time of his accident and received the vesssel's Notice of Using Ship's Crane;

12) Representative(s) of Cosco Bulk Carrier Co., Ltd.;

13) Fourth engineer - Ying Jie Hao;

14) Third officer - Yong Ming Yang;

15) Custodian of medical records/billing offices of all medical facilities and/or providers listed herein;

16) Expert witness regarding safety and/or metallurgy;

17) Any witness needed to identify and/or authenticate a document to be entered into evidence;

18) Representative(s) from complainant's previous employers;

19) Representative(s) of all health care providers of complainant for purposes of authentication of documents, medical records and bills;

20) Any witness listed by any other party;

21) Complainant reserves the right to add to and/or otherwise revise the foregoing list of witnesses as additional information may become available and/or as additional discovery may disclose and/or require due to the nature of this case;

Respectfully submitted,

DISCON LAW FIRM, L.L.C.

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
SCOTT G. DISCON, #20167
424 N. Causeway Boulevard, Suite A
Mandeville, Louisiana 70448
Telephone: (985) 674-9748
Attorneys for Complainant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 6th day of June, 2005.

THOMAS M. DISCON