```
MINUTE ENTRY
CHASEZ, M.J.
JUNE 8, 2005
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARNEY NEYLAND                                    CIVIL ACTION

VERSUS                                            NUMBER: 00-106

HYUNDAI MERCHANT MARINE                           SECTION: "B"(5)
(AMERICA), INC.

### HEARING ON MOTION

APPEARANCES:   Tommy Discon, Marty McLeod

MOTION:

(1)   Plaintiff's Motion to Compel (Rec. doc. 71).

_____ :   Continued to

_____ :   No Opposition

\_\_1\_\_ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

MJSTAR:   00:09

```
___ Fee_____
___ Process___
 X  Dktd
___ CtRmDep___
___ Doc. No___
```

<u>ORDERED</u>

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

_____ : Denied.

\_\_1\_\_ : Other. Within ten (10) days, defendant is to advise plaintiff, in writing, of what happened to the wire rope in question. The parties agreed to jointly seek a two-week continuance of the hearing on defendant's motion for summary judgment which is presently scheduled for June 22, 2005.

*/s/ ALC*
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE