FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 14  AM 8:54

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARNEY NEYLAND, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 00-0106 |
| HYUNDAI MERCHANT MARINE (AMERICA) INC., ET AL. | SECTION: "B"(5) |

### ORDER SCHEDULING SETTLEMENT CONFERENCE

A settlement conference in the above matter is hereby **SCHEDULED** for July 22, 2005 at 2:00 p.m. before Magistrate Judge Alma L. Chasez, 500 Poydras St., Hale Boggs Building, Room B347, New Orleans, Louisiana.

The parties are to be prepared to enter into meaningful and good faith settlement negotiations at the time of the conference. Any party appearing without authority to negotiate, or without the ability to contact their client throughout the settlement conference, may be sanctioned.

It is the duty of the parties to notify the Magistrate Judge's Office if this case is settled or otherwise disposed of prior to the date of the scheduled settlement conference, so that the matter

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

may be removed from the Court's docket.

A photo ID is required to enter the Courthouse.

New Orleans, Louisiana, this /0 day of June, 2005.


_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE