FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 17 PM 3: 56

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION |
| VERSUS | * | NO. 00-106 |
| HYUNDAI MERCHANT MARINE (AMERICA), INC., ET AL. | * | SECTION "B" |
| | * | MAGISTRATE (3) |
| | * | |

### EX-PARTE UNOPPOSED
### MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF
### MOTION TO CONTINUE HEARING

NOW INTO COURT, through undersigned counsel, comes Cosco Bulk Carrier Co., Ltd., to move the Court on an unopposed basis to reschedule the hearing on motion for summary judgment scheduled for June 22, 2005 at 9:30 a.m. to July 6, 2005. As per the Court conference with Magistrate Judge Chasez, the parties have agreed to reschedule the hearing on motion for summary judgment from June 22, 2005 to July 6, 2005.

NO:99540996.1

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

Respectfully submitted,

PHELPS DUNBAR LLP

By: _____
James H. Roussel (Bar No. 11496)
E. Martin McLeod (Bar No. 24846)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130 or 9007

ATTORNEYS FOR COSCO BULK CARRIER CO., LTD.

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 17th day of June, 2005, served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

_____