FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 21  P 12: 25

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| BARNEY NEYLAND | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NO. 00-106 |
| HYUNDAI MERCHANT MARINE (AMERICA), INC., ET AL. | * | SECTION "B" |
|  | * | MAGISTRATE (3) |
|  | * |  |

### ORDER

Considering Cosco Bulk Carrier Co., Ltd.'s Unopposed Motion to Continue and Reschedule the Hearing on Motion for Summary Judgment from June 22, 2005 to July 6, 2005:

IT IS HEREBY ORDERED that the Unopposed Motion to Continue and Reschedule the Hearing on Motion for Summary Judgment from June 22, 2005 to July 6, 2005 filed by Cosco Bulk Carrier Co., Ltd., be and hereby is GRANTED.

New Orleans, Louisiana, this _____ day of June, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

NO:99541025.1

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____