FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 29  PM 4: 24

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION |
| VERSUS | * | NO. 00-106 |
| HYUNDAI MERCHANT MARINE (AMERICA), INC., ET AL. | * | SECTION "A" B |
| | * | MAGISTRATE (2) 5 |
| | * | |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come Cosco Bulk Carrier Co., Ltd., Sea

Mild Shipping, Inc. and The West of England Shipowners Insurance Services Ltd., which move this

Court to substitute Ms. Nyka M. Scott (Louisiana Bar No. 28757), of the law firm Baker, Donelson,

Bearman, Caldwell & Berkowitz, PC, 201 St. Charles Avenue, Suite 3600, New Orleans, Louisiana

70170, as counsel of record in place of Evans Martin McLeod (Louisiana Bar No. 24846) of the law

firm of Phelps Dunbar, LLP.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

NO:99544029.1

Respectfully submitted,

PHELPS DUNBAR LLP

By: _____

James H. Roussel (Bar No. 11496)
E. Martin McLeod (Bar No. 24846)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130 or 9007

**ATTORNEYS FOR COSCO BULK CARRIER CO., LTD., SEA MILD SHIPPING, INC. AND THE WEST OF ENGLAND SHIPOWNERS INSURANCE SERVICES LTD.**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this 29th day of June, 2005, served a copy of the foregoing on all counsel of record via facsimile and/or the United States Postal Service, properly addressed and postage prepaid.

_____