FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL -1 PM 2:31

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 00-106 |
| **HYUNDAI MERCHANT MARINE (AMERICA), INC., ET AL.** | * | SECTION "A" B |
| | * | MAGISTRATE (3) 5 |
| | * | |

### ORDER

Considering the foregoing motion, *provided no objections;*

IT IS HEREBY ORDERED that Ms. Nyka M. Scott (Louisiana Bar No. 28757), of the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 201 St. Charles Avenue, Suite 3600, New Orleans, Louisiana 70170, be substituted as counsel of record for Cosco Bulk Carrier Co., Ltd., Sea Mild Shipping, Inc. and The West of England Shipowners Insurance Services Ltd. in place of Evans Martin McLeod (Louisiana Bar No. 24846) of the law firm of Phelps Dunbar, LLP.

New Orleans, Louisiana, this 30th day of June, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

NO:99544029.1

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____