FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 12 PM 4:26

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER:  00-106 |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | SECTION: "B" |
| **(AMERICA), INC.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (5) |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE
OPPOSITION MEMORANDUM**

**NOW INTO COURT**, through undersigned counsel comes complainant, who requests the Court to extend the time period up and until Thursday, July 14, 2005, for complainant to file opposition memorandum to defendant's Motion in Limine and that complainant has contacted defense counsel who has no opposition to the extension requested herein.

Respectfully submitted,

DISCON LAW FIRM, L.L.C.

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
SCOTT G. DISCON, #20167
424 N. Causeway Boulevard, Suite A
Mandeville, Louisiana 70448
Telephone: (985) 674-9748
Attorneys for Complainant

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 12th day of July, 2005.

_____
THOMAS M. DISCON