FILED
U.S DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 14 AM 10: 14

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER: 00-106 |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | SECTION: "B" |
| **(AMERICA), INC.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (5) |

### ORDER

Considering the Unopposed Motion to Extend Time to File Opposition Memorandum to Defendant's Motion in Limine;

IT IS HEREBY ORDERED that the time period for complainant's opposition to be filed is extended up and until July 14, 2005.

New Orleans, Louisiana this _____ day of _____, 2005.

(No Cause)

7/13/2005

_____
JUDGE