

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL -7 PM 4: 37

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | **CIVIL ACTION NO.: 00-106** |
| | * | |
| **VERSUS** | * | **SECTION "B"** |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | **MAGISTRATE: (5)** |
| **(AMERICAN), INC.** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**SEA MILD SHIPPING, INC., COSCO BULK CARRIERS CO., LTD. AND WEST OF
ENGLAND SHIPOWNERS MUTUAL INSURANCE ASSOCIATION'S
(LUXEMBOURG) MOTION AND INCORPORATED MEMORANDUM FOR LEAVE
TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO
MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes Sea Mild Shipping, Inc.,

COSCO Bulk Carriers Co., Ltd. and West of England Shipowners Mutual Insurance

Association's (Luxembourg)(collectively "COSCO") and file this their Motion and Incorporated

Memorandum for Leave to file a Reply to Plaintiff's Opposition to their Motion for Summary

Judgment.

Plaintiff makes incorrect assertions in his Opposition to COSCO's Motion for Summary

Judgment, and COSCO respectfully requests leave to file its Reply in order to clarify the issues

for the Court.

-1-

____ Fee_____
____ Process_____
__X__ Dktd_____
__✓__ CtRmDep_____
____ Doc. No _____

Respectfully submitted,

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC

By: _____
JAMES H. ROUSSEL, T.A. (11496)
NYKA M. SCOTT (28757)
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170
Telephone: 504-566-5200
Facsimile: 504-636-3912

## CERTIFICATE OF SERVICE

I, do hereby certify, that I have on this the 7th day of July, 2005, served a copy of the

foregoing on all counsel of record by mail and/or facsimile on all counsel of record.

_____