



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION NO.: 00-106 |
| | * | |
| **VERSUS** | * | SECTION "B" |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | MAGISTRATE: (5) |
| **(AMERICAN), INC.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

CONSIDERING the foregoing Motion for Leave to File COSCO's Reply Memorandum to Plaintiff's Opposition to Motion for Summary and for good cause shown,

IT IS ORDERED that the Motion for Leave is GRANTED, and that COSCO should be and hereby is granted leave to file its Reply Memorandum to Plaintiff's Opposition to Motion for Summary Judgment.

New Orleans, Louisiana, on this the 12th day of July, 2005.

_____
U.S. DISTRICT JUDGE

____ Fee_____
____ Process_____
 X  /Dktd_____
____ CtRmDep_____
____ Doc. No_____