

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 14  AM 10: 12

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | **CIVIL ACTION NO.: 00-106** |
| | * | |
| **VERSUS** | * | **SECTION "B"** |
| | * | |
| **HYUNDAI MERCHANT MARINE (AMERICAN), INC.** | * | **MAGISTRATE: (5)** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### SEA MILD SHIPPING, INC., COSCO BULK CARRIERS CO., LTD. AND WEST OF ENGLAND SHIPOWNERS MUTUAL INSURANCE ASSOCIATION'S (LUXEMBOURG) REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come Sea Mild Shipping, Inc., COSCO Bulk Carriers Co., Ltd. and West of England Shipowners Mutual Insurance Association (Luxembourg) (collectively "COSCO") and reply as follows to Plaintiff's Opposition to COSCO's Motion for Summary Judgment:

Plaintiff's Opposition suggests that COSCO's Motion for Summary Judgment should be denied because: 1) COSCO violated Federal Rule of Civil Procedure 56 by using an unsworn declaration to support its motion in lieu of an affidavit; and 2) COSCO spoiled evidence when it discarded the wire rope involved in this incident and therefore an adverse inference must be

NO:86236v1                                -1-

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____

drawn, which would defeat summary judgment.

Plaintiff's opposition is based on an incorrect appreciation of the law. The Federal Rules of Judicial Procedure, 28 U.S.C. § 1746, clearly allows an unsworn declaration under penalty of perjury to be used when "any matter is required or permitted to be supported, evidenced, established, or proved by ...[an] affidavit....". Additionally, in order for an adverse inference to be drawn against a party for destruction of evidence, that party must have known that the evidence was relevant to some issue at trial.[1] Here, there was no way that COSCO could have known that Neyland was going to file a claim for an apparently inconsequential injury and therefore that the broken wire rope, which was discarded after repairs were effected, would be a relevant trial issue.

## I. 28 U.S.C. § 1746 allows COSCO to use unsworn declarations in support of its Motion for Summary Judgment

28 U.S.C. § 1746 specifically states:

Wherever, under any law of the United States or under any rule . . . any matter is required or permitted to be supported . . . by [an] affidavit . . . in writing or the person making the same . . . such matter may, with like force and effect, be supported . . . by the unsworn declaration . . . in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

> (1) If executed without the United States: "I declare (or certify, verify or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date).
>
> (Signature)."
>
> (2) If executed within the United States, its territories, possessions, or

---

[1] *Nation-Wide Check Corp. v. Forest Hills Dist., Inc.*, 692 F.2d 214, 217-218 (1st Cir. 1982).

> commonwealths: "I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on (date).
>
> (Signature)"

Plaintiff argues that this Court should ignore Exhibit "B" attached to COSCO's Motion for Summary Judgment, as well as the attachments "A - D" thereto because Exhibit "B" is the unsworn declaration of crew member Wang Chun Jiu, and as such it is not an affidavit as required by Federal Rule of Civil Procedure 56(e). However, 28 U.S.C. § 1746 clearly allows COSCO to use an unsworn declaration to support its Motion for Summary Judgment so long as it meets the requirements of the statute. Mr. Jiu's unsworn declaration, which is the longer version required for execution outside of the United States, clearly meets those requirements as evidenced by the final paragraph of his declaration.[2] Accordingly, Plaintiff's assertion that COSCO's Motion for Summary is unsupported is not correct.

## II. When the vessel's crew discarded the wire rope after completing repairs, they had no way of knowing that a claim would be made and neither could they have known that the wire rope would be a relevant trial issue

As stated by Plaintiff in his Opposition, an "adverse inference about a party's consciousness of the weakness of his case, however, cannot be drawn merely from his negligent loss or destruction of evidence; the inference requires a showing that the party knew the evidence was relevant to some issue at trial and that his willful conduct resulted in its loss or destruction."[3] In order to imply an adverse inference, this Court must find that COSCO knew the wire rope was relevant to some issue at trial and that its destruction was willful.

---

[2]*See*, Exhibit "B" attached to COSCO's Motion for Summary Judgment.

[3]*Citing, Nation-Wide Check Corp. v. Forest Hills Dist., Inc.*, 692 F.2d at 217-218.

After the incident, Plaintiff's employer sent him to the Marine Medical Unit ("MMU") for treatment of multiple abrasions to his face and hands. The records of the MMU indicate that the Plaintiff's wounds were treated and closed using tape and band-aids.[4] He was also given a tetanus shot. Plaintiff's injuries were obviously insignificant and after he was treated at the MMU, he returned to work shortly after the accident. Parenthetically, while Plaintiff now claims that the wire rope entered the crane's cab injuring his knee and shoulder, he made no complaints for either on the date of the accident. Accordingly, there is no way for COSCO to have known that Plaintiff was seriously injured, that a suit would be filed for this insignificant injury, and that the wire rope should have been maintained for evidentiary purposes.

## CONCLUSION

28 U.S.C. §1746 clearly allows COSCO to use an unsworn declaration to support its Motion for Summary Judgment. It is also clear that at the time of this accident, COSCO did not contemplate that Plaintiff would file suit or that the wire rope should be maintained. Therefore, it did not willfully destroy the wire rope involved in the accident. Accordingly, because Plaintiff's arguments, which are the sole basis for his Opposition to COSCO's Motion for Summary Judgment, are unsupported, COSCO's Motion for Summary Judgment should be granted.

---

[4] *See*, MMU records attached as Exhibit "1."

NO:86236v1               -4-

Respectfully submitted,

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC

By: _____
JAMES H. ROUSSEL, T.A. (11496)
NYKA M. SCOTT (28757)
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170
Telephone: 504-566-5200
Facsimile: 504-636-3912

### CERTIFICATE OF SERVICE

I, do hereby certify, that I have on this the 7th day of July, 2005, served a copy of the foregoing on all counsel of record by mail and/or facsimile on all counsel of record.

_____

TO WHO IT MAY CONCERN

CERTIFICATE OF RECORDS

I, *Delane Catoire* Custodian of Records for Marine Medical Unit, certify that the attached medical record on *Barney Neyland* Date of Birth: *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*, Social Security No.: *6-26-40*, are true and correct copies of all records kept by this office and that such records were kept in the course and scope of business of this office.

*Delane Catoire*
CUSTODIAN OF MEDICAL RECORDS

*5-14-03*
DATE

EXHIBIT
1



# Marine
# Medical Unit

Date: 5-14-02

To: Lori Mirsberger
365 Canal St., Ste 2000
N.O. La. 70130-6534
504-566-1311

Re: Medical Records for Barney Neyland

Enclosed are the medical records for the above referenced patient that were requested by your office. Upon receipt of this letter, please forward payment of our service charge in the amount of $15.00. It is a necessary charge to cover the cost of paper, postage, and clerical time. Thank you.

Sincerely,

Delana Catoir
Jennifer Terrel
Medical Records Manager

1730 Tchoupitoulas Street
New Orleans, LA 70130
504/529-3088
TELEX No. 1-561139
FAX No. 581-3620

pd
5-14-02
jm

# PHELPS DUNBAR LLP
### — COUNSELORS AT LAW —

| | | |
|---|---|---|
| New Orleans, LA | Canal Place | Jackson, MS |
| Baton Rouge, LA | 365 Canal Street • Suite 2000 | Tupelo, MS |
| Houston, TX | New Orleans, Louisiana 70130-6534 | Gulfport, MS |
| London, England | (504) 566-1311 | Tampa, FL |
| | Fax (504) 568-9130 | |

www.phelpsdunbar.com

May 8, 2002

6869-83

**VIA MAIL**

Marine Medical Unit
1730 Tchoupitoulas Street
New Orleans, LA 70130

Attention: Custodian of Medical Records

    Re:   *Barney Neyland v. Hyundai Merchant Marine (America), Inc. et al.*
            <u>SSN: 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; DOB: 6/24/40</u>

Dear Sir or Madame:

    We have been retained to represent the interests of Cosco Bulk Carrier Co., Ltd., concerning a lawsuit filed against them by Barney Neyland. We would appreciate it if you would provide us with a certified copy of any and all medical records, reports, doctors' notes, nurses' notes, diagnostic films and reports, patient information forms, physical therapy records and/or notes, admission summaries, discharge summaries, operative reports, psychiatric records, drug or alcohol records, any narrative reports previously written, billing statements, and/or any documents you may have in regard to Mr. Neyland.

    Enclosed is an Authorization to Release Medical Records form which has been executed by Barney Neyland authorizing you to release to any representative of Phelps Dunbar, L.L.P. such documents.

    Please send the requested information to Lori Mirsberger at Phelps Dunbar, L.L.P., Canal Place, 365 Canal Street, Suite 2000, New Orleans, LA, 70130-6534. In addition, please inform us of any copying charges and we will remit by mail.

    We are eager to receive these films and documents as soon as possible. Thus, to the extent we can assist you in expediting the process, please let me know. In the meantime, if you have any questions please do not hesitate to contact me at (504) 566-1311, ext. 507.

NO:99275173.1

Explanation of Review                                           PAGE :    1 OF 1
                                                                CASE : FA1-AT1L-0000229
CLIENT NAME: TRANSOCEAN TERMINAL OPERATORS - AT1L               REVIEW DATE : 03-29-99
                                                                FILE : 0001160/0000000
                                                                REVIEWER : JG/

                                                        CLAIM : ALM542437
PROVIDER: MARINE MEDICAL UNIT                             SSN : 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
          1701 TCHOUPITOULAS ST.                          DOI : 01-05-99
          NEW ORLEANS  LA  70130                      CLAIMANT : NEYLAND, BARNEY R
                                              PATIENT ACCOUNT : 9901150218

  TAX ID: 720930408   OM.99         DX 1: 910. SUPERFICIAL INJURY HEAD*   DX 2: 914.0 ABRASION HAND
     DOS: 01-15-99
  Ext. ID: 72093040801

| DATE OF SERVICE | PS | TS | CODE | MOD | SERVICE DESCRIPTION | DIAG NO. | UNITS | CHARGES | BILL REVIEW | PPO | UM | ALLOWANCE | EXPL. CODE(S) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-15-99 | 11 | 1 | A4454 | | TAPE, ALL TYPES, ALL SIZ | 1 | 1 | 3.00 | | | | 3.00 | |
| 1-15-99 | 11 | 1 | | | MEDICAL SERVICES | 1 | 1 | 5.00 | 5.00 | | | | 205 |
| 1-15-99 | 11 | 1 | 80101 | | DRUG TESTING | 1 | 1 | 15.00 | | | | 15.00 | |
| 1-15-99 | 11 | 1 | 99201 | | OFFICE/OUTPATIENT VISIT. | 1 | 1 | 40.00 | | | | 40.00 | |
| 1-15-99 | 11 | 1 | | | MEDICAL SERVICES | 1 | 1 | 50.00 | 50.00 | | | | 205 |
| 1-15-99 | 11 | 1 | 90701 | | DTP IMMUNIZATION | 1 | 1 | 15.00 | | | | 15.00 | 360 |
| 1-15-99 | 11 | 1 | 99070 | | SPECIAL SUPPLIES | 1 | 1 | 12.48 | | | | 12.48 | |
| 1-15-99 | 11 | 1 | 99070 | | SPECIAL SUPPLIES | 1 | 1 | 8.93 | | | | 8.93 | |

                              TOTAL CHARGES:       149.41
                       BILL REVIEW REDUCTIONS:              55.00
                       RECOMMENDED ALLOWANCE:                                  94.41

205   THIS CHARGE WAS DISALLOWED AS ADDITIONAL INFORMATION/DEFINITION IS REQUIRED TO CLARIFY SERVICE(S) RENDERED.
360   ALLOWANCE FOR THIS PROCEDURE WAS MADE AT THE USUAL, CUSTOMARY AND REASONABLE AMOUNT FOR THIS GEOGRAPHICAL AREA.

*Resubmitted 11-23-00 JMG*

(002) UNLESS OTHERWISE NOTED ALL REDUCTIONS ARE DUE TO CHARGES EXCEEDING THE MAXIMUM ALLOWANCE SET IN THE LOUISIANA MEDICAL REIMBURSMENT SCHEDULE.

           IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS PLEASE CALL FARA BILL REVIEW
           AT:  (504) 888-8672, FAX (504) 888-3420 OR SEND YOUR BILL AND THE ANALYSIS TO:

              FARA BILL REVIEW SERVICES, 4641 FAIRFIELD STREET, METAIRIE, LA  70006

Marine Medical Unit
1701 Tchoupitoulas Street
New Orleans, La 70130
(504) 529-3088
FEDERAL ID  72-0930408

INVOICE          990115-0218

TRANSOCEAN TERMINAL OPERATORS, INC.
5901 TERMINAL DRIVE
NEW ORLEANS, LA   701157705

01/18/99

TO     NEYLAND, BARNEY .R

**********************************************************************

CLINIC CHARGES

| | |
|---|---|
| CENTRAL SUPPLY | 8.00 |
| LABORATORY | 15.00 |
| MEDICAL | 90.00 |
| PHARMACY | 36.41 |
| | |
| INVOICE AMT: | 149.41 |
| TOTAL DUE: | 149.41 |

THIS IS A COMPLETE AND PAYABLE INVOICE HOWEVER, ADDITIONAL BILLING
MAY BE FORTHCOMING. MAKE CHECKS PAYABLE TO MARINE MEDICAL UNIT
If legal action is necessary, we will seek to collect not only the balance due,
but also attorney's fees, court costs, interest, and other expenses allowed by law.

```
                        Marine Medical Unit
                        1701 Tchoupitoulas Street
                        New Orleans, La 70130
                             (504) 529-3088
                        FEDERAL ID  72-0930408

                   D E S C R I P T I O N        195839
```

Invoice # 990115-0218

TRANSOCEAN TERMINAL OPERATORS, INC.
5901 TERMINAL DRIVE
NEW ORLEANS, LA   701157705


01/15/99

Patient  Neyland, Barney
Vessel   NEYLAND, BARNEY


---- Reason for Visit ------------------------------------------------------
---- Diagnosis -------------------------------------------------------------
---- Instructions ----------------------------------------------------------
----------------------------------------------------------------------------
This Patient is:   Fit for duty: XX_   Not Fit for duty ___   Repatriate ___
****************************************************************************

# CLINIC CHARGES

CENTRAL SUPPLY

| | | | |
|---|---|---|---|
| 01/15/99 | 1  | Tape-Dermicel 1" (1) | 3.00 |
| 01/15/99 | 10 | Bandaids 2x4 1/2" (1) | 5.00 |

LABORATORY

| 01/15/99 | 1 | Collection Only For Urine Drug Screen Test (Monday Thru Friday 8:00 A.M. Til 5:00 P.M.) | 15.00 |
|---|---|---|---|

MEDICAL

| 01/15/99 | 1 | Medical Examination Fee | 40.00 |
|---|---|---|---|
| 01/15/99 | 1 | Cleansing & Dressing of Wound | 50.00 |

PHARMACY

| 01/15/99 | 1 | Tetanus Toxoid Injection 0.5mls. (I.M.) | 15.00 |
|---|---|---|---|
| 01/15/99 | 1 | Ibuprofen 400mg. (30) | 12.48 |
| 01/15/99 | 1 | Triple Antibiotic Ointment 1oz. (1) | 8.93 |


TOTAL DUE ==>     149.41

**MARINE MEDICAL UNIT**
1701 Tchoupitoulas Street
New Orleans, LA. 70130

Phone: 504-529-3088
Fax:     504-581-3620
Telex:    1-561139

195839

DATE: 1-15-99     TIME IN: 0957     TIME OUT: 11:07
PATIENT: Barney Neyland     DATE OF BIRTH: 6-26-40
M/V: _____     AGENT/TRANS: TTO

PATIENT COMPLAINT: Crain w/ windshield broken by wire
c/o glass in (R) eye & lacerations on face & arms
this AM.

ALLERGIES: NKDA

B/p 138/80 P 76 T 9?

Last Tetanus?

HISTORY & PHYSICAL:
O/N Appear stable n NAD
(R) Eye - PERRLA conjuct
no corneal abras
no FB seen    Acuea burdin

X-RAY:

LABS:
few sup abrasions (R) side of face 3-4 (1/c)
/ scratch
Dorsum of hands p/ lac 2-3 sup abrasion 1/c
(R) 5th fgr p/ lac Nail dressing
Nail intact

DIAGNOSIS: Multiple sup. abrasions t/ face & hands.

MEDICATION/TREATMENT:
1 tape 1/2 -10 bandages
1) Tetanus 0.5 cc (R) (PO)
4) Closure (R) 5th fgr apply
bryte antibact ointm to all abrasion.
Motrin 400mg po td ~ food prn pain

THIS PATIENT IS: REFERRED TO: _____

FIT FOR DUTY: _____, FIT FOR DUTY (PENDING): _____, REPATRIATED: _____
FIT FOR LIGHT DUTY: from 1 day to _____, NOT FIT FOR DUTY: _____

X B ney Ney ___
PATIENT'S SIGNATURE

Alba Senebra
MMU REPRESENTATIVE

EST. SAILING DATE: _____

[signature]
PHYSICIAN

FORM MMU #104



# AUTHORIZATION FOR MEDICAL EMERGENCY TREATMENT

**MARINE MEDICAL CLINIC**
1701 TCHOUPITOULAS STREET
NEW ORLEANS, LA 70115
(504)529-3088
OPEN 24 HOURS 7 DAYS A WEEK

This letter serves a confirmation to provide services on the following:

Contact Person:   Attn: Jim Heikkinen @ 894-6362/Craig Williams @ 894-6330
Charlene Miorana @ 894-6360
Transocean Terminal Operators, Inc.
5901 Terminal Drive
Nashville Avenue "A", Section 1
New Orleans, LA 70115

[X] TTO        [ ] Sealand        [ ] Stevedore, Inc.

Employee: _Barney R. Neyland_
Date: _1-15-99_        Time: _0845_
SS#/Badge#: _24-8100_        Phone #: _(504) 488-5527_
Address _2824 Mistletoe St._  City/State/Zip _N.O. LA. 70118_
Authorization: _Craig Williams_

If Injured on the Job:

Date of Injury: _1-15-99_   Type of Injury: _Broken glass on skin & small lacerations._

Please Check as Applies:

[ ] Alcohol Breath
[X] UDS (Post Accident)
[X] Treatment for on the job injury
[ ] Pre-employment UDS

I authorize the Marine Medical Clinic to release any medical records or other information to any physician or facility that my employer deems necessary.

X _Barney Neyland_ (signature)        _1-15-99_

# HEALTH INSURANCE CLAIM FORM

| | | |
|---|---|---|
| 1. MEDICARE / MEDICAID / CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) | 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 |
| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial): Neyland, Barney | 3. PATIENT'S BIRTH DATE: 6 26 40  SEX: M | 4. INSURED'S NAME: |
| 5. PATIENT'S ADDRESS (No., Street): | 6. PATIENT RELATIONSHIP TO INSURED: Self ✓ | 7. INSURED'S ADDRESS: |
| CITY / STATE | 8. PATIENT STATUS: Employed ✓ | CITY / STATE |
| ZIP CODE / TELEPHONE | | ZIP CODE / TELEPHONE |
| 9. OTHER INSURED'S NAME: | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY, GROUP OR FECA NUMBER |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? YES/NO | a. INSURED'S DATE OF BIRTH / SEX |
| b. OTHER INSURED'S DATE OF BIRTH / SEX | b. AUTO ACCIDENT? YES/NO  PLACE | b. EMPLOYER'S NAME OR SCHOOL NAME: TransOcean Terminal |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES/NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES/NO |

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: Signature on File   DATE:
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: Signature on File

14. DATE OF CURRENT ILLNESS/INJURY: 1 15 99
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS:
16. DATES PATIENT UNABLE TO WORK:
17. NAME OF REFERRING PHYSICIAN:
17a. I.D. NUMBER OF REFERRING PHYSICIAN:
18. HOSPITALIZATION DATES:
19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB? YES/NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
  1. 910.0
  2. 914.0

| 24.A DATE(S) OF SERVICE | B Place | C Type | D PROCEDURES/CPT/HCPCS | E DIAG CODE | F $ CHARGES | G DAYS | H EPSDT | I EMG | J COB | K RESERVED |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 15 99 | | | A4454 | | 3 00 | | | | | |
| 1 15 99 | | | K0260 | | 5 00 | | | | | |
| 1 15 99 | | | 80101 | | 15 00 | | | | | |
| 1 15 99 | | | 99201 | | 40 00 | | | | | |
| 1 15 99 | | | K0260 / 15852 | | 50 00 | | | | | |
| 1 15 99 | | | 90701 | | 15 00 | | | | | |

25. FEDERAL TAX I.D. NUMBER: 72-0930408
26. PATIENT'S ACCOUNT NO.: 990115-0218
27. ACCEPT ASSIGNMENT? YES
28. TOTAL CHARGE
29. AMOUNT PAID
30. BALANCE DUE

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: MARINE MEDICAL UNIT, 1701 TCHOUPITOULAS ST., NEW ORLEANS, LA 70130

32. NAME AND ADDRESS OF FACILITY: MARINE MEDICAL UNIT, 1701 TCHOUPITOULAS ST., NEW ORLEANS, LA 70130

33. PHYSICIAN'S SUPPLIER'S BILLING NAME: MARINE MEDICAL UNIT, 1701 TCHOUPITOULAS ST., NEW ORLEANS, LA 70130

FORM HCFA-1500 (U2) (12-90)

# HEALTH INSURANCE CLAIM FORM

**1a. INSURED'S I.D. NUMBER:** 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

**2. PATIENT'S NAME:** Deyland Barney

**3. PATIENT'S BIRTH DATE:** 6/26/40  **SEX:** M

**6. PATIENT RELATIONSHIP TO INSURED:** Self

**8. PATIENT STATUS:** Employed

**b. EMPLOYER'S NAME OR SCHOOL NAME:** Transocean Terminal

**12. PATIENT'S SIGNATURE:** Signature on File

**13. INSURED'S SIGNATURE:** Signature on File

**14. DATE OF CURRENT ILLNESS/INJURY:** 1/15/99

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:**
1. 910.0
2. 914.0

**24. SERVICES:**

| Date From | Date To | Place | Type | CPT/HCPCS | Diagnosis | Charges | Days | Description |
|---|---|---|---|---|---|---|---|---|
| 1/15/99 | | | | 99070 | | 12.48 | | Ibuprofen 400.r |
| 1/15/99 | | | | 99070 | | 8.93 | | Triple Antibiotic ot |

**25. FEDERAL TAX I.D. NUMBER:** 72-0930408

**26. PATIENT'S ACCOUNT NO.:** 990115-0218

**27. ACCEPT ASSIGNMENT?:** YES

**28. TOTAL CHARGE:** $149.41 (?)

**30. BALANCE DUE:** $199.41 (?)

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER:**
MARINE MEDICAL UNIT
1701 TCHOUPITOULAS ST.
NEW ORLEANS, LA 70130

**32. FACILITY:**
MARINE MEDICAL UNIT
1701 TCHOUPITOULAS ST.
NEW ORLEANS, LA 70130

**33. PHYSICIAN'S BILLING NAME:**
MARINE MEDICAL UNIT
1701 TCHOUPITOULAS ST.
NEW ORLEANS, LA 70130

FORM HCFA-1500 (U2) (12-90)
FORM OWCP-1500   FORM RRB-1500
APPROVED OMB-0938-0008

**MARINE MEDICAL UNIT**
1701 Tchoupitoulas Street
New Orleans, LA 70130
(504) 529-3088

Today's date: _____

## PATIENT INFORMATION

Have you been a patient in our clinic previously? Yes ☐ No ☑ If yes, when?

| Last Name | First Name | Middle | Home phone number |
|---|---|---|---|
| Bmey | Neyhnd | | 482-5527 |
| | | | Date of birth |
| | | | 6-26-40 |
| Address | | | Social Security number |
| 2824 MISTLETOE | | | 425-76 8100 |
| City | State | Zip | Driver's License number |
| NO | LA | 70118 | 1424102 |

## EMPLOYER INFORMATION

| Employer Name |
|---|
| TTO |
| Supervisors Name |
| Craig |
| Address |
| |
| City    State    Zip |
| |
| Phone Number |
| |

## RELEASE OF MEDICAL INFORMATION

I HEREBY AUTHORIZE THE RELEASE OF ANY AND ALL MEDICAL RECORDS CONCERNING MYSELF, INCLUDING VERBAL RELEASE OF MEDICAL INFORMATION TO MY EMPLOYER AND/ OR INSURANCE CARRIER.

Date: _____    Signature: X _Bmey Neyhnd_
(Patient or person authorized to consent)

Relationship to patient: _____    Witness: _____

**PERSONAL DRIVERS LICENSE**

NEYLAND BARNEY R
2824 MISTLETOE ST
NEW ORLEANS LA 70118-0000

LICENSE OR ID NO. 001424102
ENDORSEMENT

SEX M
HEIGHT 6-01
WEIGHT 240
CLASS E
MINOR N
EYES BRN
TEST

SOCIAL SECURITY NO. 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

EXPIRATION DATE 06-26-2001
RESTRICTIONS
DATE OF BIRTH 06-26-1940
ISSUE DATE 06-06-1997

AUDIT NO 5273

DON'T DRINK AND DRIVE
DON'T LITTER LOUISIANA