FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 14 PM 3:06

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARNEY NEYLAND, ET AL | CIVIL ACTION |
| VERSUS | NUMBER 00-0106 |
| HYUNDAI MERCHANT MARINE (AMERICA), INC., ET AL | SECTION B(5)<br>JUDGE IVAN L.R. LEMELLE<br>Magistrate Alma L Chasez |

### NOTICE OF CHANGE OF ADDRESS OF COUNSEL

**PLEASE TAKE NOTICE** that James H. Roussel and Nyka M. Scott, formerly of the firm Phelps Dunbar, LLP, counsel for Sea Mild Shipping, Inc., COSCO Bulk Carrier Co., Ltd., and the West of England Shipowners Mutual Insurance Association (Luxembourg), incorrectly referred to as the West of England Shipowners Insurance Services LTD., have joined the law firm of Baker Donelson Bearman Caldwell & Berkowitz, PC, with the following new address and contact information:

> James H. Roussel
> Baker Donelson Bearman Caldwell & Berkowitz, PC
> 201 St. Charles Avenue
> Suite 3600
> New Orleans, Louisiana 70170
> Telephone: (504) 566-5278
> Facsimile: (504) 636-3978
> E-mail: jroussel@bakerdonelson.com

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____

1

NO LAH 86115 v1
0-0 07/14/05

Nyka M. Scott
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5212
Facsimile: (504) 636-3912
E-mail: nscott@bakerdonelson.com

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

By: _/s/ Nyka M Scott_
JAMES H. ROUSSEL, T.A. (#11496)
NYKA M. SCOTT (#28757)
201 St. Charles Avenue
Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-3909

**ATTORNEYS FOR SEA MILD SHIPPING, INC., COSCO BULK CARRIER CO., LTD., AND THE WEST OF ENGLAND SHIPOWNERS MUTUAL INSURANCE ASSOCIATION (LUXEMBOURG**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice Of Change Of Address Of Counsel has been served upon:

| | |
|---|---|
| **Thomas M. Discon, Esq.** | **Collin C. Rossi, Esq.** |
| **DISCON LAW FIRM** | Collins C. Rossi, Attorney at Law |
| 424 North Causeway Blvd, Suite A | 427 North Columbia Street |
| Mandeville, Louisiana 70448 | Covington, Louisiana 70433 |
| **Attorney for Plainff** | Attorney for Transocean Terminal Operators, Inc. and Amerucan Mutual Association |
| **Longshore** | |

by fax and/or placing the same in the United States Mail, postage prepaid and properly addressed, this 14th day of July, 2005.

_/s/ Nyka M Scott_