

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | **CIVIL ACTION NO.: 00-106** |
| | * | |
| **VERSUS** | * | **SECTION "B"** |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | **MAGISTRATE: (5)** |
| **(AMERICAN), INC.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### SEA MILD SHIPPING, INC., COSCO BULK CARRIERS CO., LTD. AND WEST OF ENGLAND SHIPOWNERS MUTUAL INSURANCE ASSOCIATION'S (LUXEMBOURG) MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION IN LIMINE

NOW INTO COURT, through undersigned counsel, comes Sea Mild Shipping, Inc., COSCO Bulk Carriers Co., Ltd. and West of England Shipowners Mutual Insurance Association (Luxembourg)(collectively "COSCO") and file this their Motion and Incorporated Memorandum for Leave to file a Reply to Plaintiff's Opposition to Motion in Limine.

Undersigned counsel for COSCO has only recently enrolled as counsel in this matter. Prior counsel for COSCO filed a Motion in Limine on June 28, 2005, seeking to strike certain Plaintiff's experts. However, he did not include pertinent factual information, which would aid this Court in its decision. COSCO now seeks leave to file a Reply to Plaintiff's Opposition to

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No _____

Motion in Limine.

                                Respectfully submitted,

                                BAKER DONELSON BEARMAN
                                CALDWELL & BERKOWITZ, PC

                      By: _____
                                JAMES H. ROUSSEL, T.A. (11496)
                                NYKA M. SCOTT (28757)
                                201 St. Charles Avenue
                                Suite 3600
                                New Orleans, LA 70170
                                Telephone: 504-566-5200
                                Facsimile: 504-636-3912

## CERTIFICATE OF SERVICE

I, do hereby certify, that I have on this the 18th day of July, 2005, served a copy of the foregoing on all counsel of record by mail and/or facsimile on all counsel of record.

_____