FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 21  AM 8: 44

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION NO.: 00-106 |
| **VERSUS** | * | SECTION "B" |
| **HYUNDAI MERCHANT MARINE (AMERICAN), INC.** | * | MAGISTRATE: (5) |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING the foregoing Motion for Leave to File COSCO's Reply to Plaintiff's Opposition to Motion in Limine and for good cause shown,

IT IS ORDERED that the Motion for Leave is GRANTED, and that COSCO should be and hereby is granted leave to file its Reply to Plaintiff's Opposition to Motion in Limine.

New Orleans, Louisiana, on this the _____ day of July, 2005.

_____
U.S. DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
_V_ CtRmDep _____
___ Doc. No _____