FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 21  AM 8: 45

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION NO.: 00-106 |
| | * | |
| **VERSUS** | * | SECTION "B" |
| | * | |
| **HYUNDAI MERCHANT MARINE (AMERICAN), INC.** | * | MAGISTRATE: (5) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**SEA MILD SHIPPING, INC., COSCO BULK CARRIERS CO., LTD. AND WEST OF ENGLAND SHIPOWNERS MUTUAL INSURANCE ASSOCIATION'S (LUXEMBOURG) SUPPLEMENTAL MEMORANDUM IN SUPPORT OF <u>MOTION IN LIMINE</u>**

NOW INTO COURT, through undersigned counsel, comes Sea Mild Shipping, Inc., COSCO Bulk Carriers Co., Ltd. and West of England Shipowners Mutual Insurance Association (Luxembourg)(collectively "COSCO") and file this their Reply to Plaintiff's Opposition to Motion in Limine.

On June 29, 2005, plaintiff's counsel provided COSCO counsel with copies of expert reports from Neil Gorman, Ph.D., a vocational rehabilitation therapist, and John Theriot, C.P.A., an economist. However, before that date, counsel for COSCO was never advised that plaintiff saw these two individuals. Specifically, on April 19, 2002, COSCO propounded Interrogatories

___ Fee___
___ Process___
_X_ Dktd___
_✓_ CtRmDep___
___ Doc. No ___

and Requests for Production to plaintiff. Those requests sought the identity of any expert witnesses that would be testifying at the trial of this matter, any physician who had examined and/or treated plaintiff ten years prior to this accident, or as a result of this accident, medical records from those physicians and/or expert reports.[1] As of today, plaintiff has not answered those discovery requests.

Additionally, plaintiff filed witness lists with this court on September 20, 2004 and June 6, 2005, and neither Dr. Gorman nor John Theriot was listed as witnesses.[2] Finally, in the Pretrial Order prepared in November 2004, plaintiff did not list either expert as testifying at the trial of this matter. Accordingly, June 29, 2005, is the first notice that COSCO received that these witnesses would testify at trial, which is clearly past the deadline for identifying experts.

As this Court is aware, the trial of this matter is scheduled for August 22, 2005. COSCO has not had the opportunity to depose either of these witnesses, and therefore, would clearly be prejudiced if they were allowed to testify. Accordingly, COSCO's Motion in Limine should be granted.

---

[1] *See*, COSCO's discovery propounded to Plaintiff - Interrogatory numbers 4, 21 and 22 and Requests for Production Numbers 4 and 5 attached as Exhibit "E" to COSCO's Motion in Limine filed June 28, 2005.

[2] *See*, Plaintiff's Witness lists of June 6, 2005 and September 20, 2004, attached as Exhibit "1."

Respectfully submitted,

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC

By: _____
JAMES H. ROUSSEL, T.A. (11496)
NYKA M. SCOTT (28757)
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: 504-566-5200
Facsimile: 504-636-3912

**CERTIFICATE OF SERVICE**

I, do hereby certify, that I have on this the 18th day of July, 2005, served a copy of the foregoing on all counsel of record by mail and/or facsimile on all counsel of record.

_____

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2004 SEP 20 PM 4: 23
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER:  00-106 |
| | * | |
| HYUNDAI MERCHANT MARINE | * | SECTION: "B" |
| (AMERICA), INC. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (5) |

### WITNESS LIST

**NOW INTO COURT**, through undersigned counsel, comes Complainant, Barney Neyland, who submits that the following list of witnesses that may be called to testify at the trial of this matter, to wit:

1)   Barney Neyland;

2)   Dr. Daniel Johnson;

3)   Dr. John J. Watermeier;

4)   Glen Afard;

5)   Master - Shao Jun Lin;

6)   Medic - Kun You Gong;

7)   Chief Officer - Chun Jiu Wang;

8)   TTO foreman and superintendent identified only as "Ollie";

9)   AB - Hui Dong Jiang;





10) A representative of Technical Maritime Associates - Dan McKinnon and/or Ben Haveman - marine expert;

11) Representative(s) of Transocean Terminal Operators, Inc. including without limitation those who worked with complainant at the time of his accident and received the vesssel's Notice of Using Ship's Crane;

12) Representative(s) of Cosco Bulk Carrier Co., Ltd.;

13) Fourth engineer - Ying Jie Hao;

14) Third officer - Yong Ming Yang;

15) Custodian of medical records/billing offices of all medical facilities and/or providers listed herein;

16) Expert witness regarding safety and/or metallurgy;

17) Any witness needed to identify and/or authenticate a document to be entered into evidence;

18) Representative(s) from complainant's previous employers;

19) Representative(s) of all health care providers of complainant for purposes of authentication of documents, medical records and bills;

20) Any witness listed by any other party;

21) Complainant reserves the right to add to and/or otherwise revise the foregoing list of witnesses as additional information may become available and/or as additional discovery may disclose and/or require due to the nature of this case;

Respectfully submitted,

DISCON LAW FIRM, L.L.C.

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
424 N. Causeway Boulevard, Suite A
Mandeville, Louisiana 70448
Telephone: (985) 674-9748
Attorneys for Complainant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 20th day of September, 2004.

_____
THOMAS M. DISCON

```
                                    FILED
                              U.S. DISTRICT COURT
                            EASTERN DISTRICT OF LA

                              2005 JUN -6  P 12: 14

                              LORETTA G. WHYTE
                                    CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER:  00-106 |
| | * | |
| **HYUNDAI MERCHANT MARINE** | * | SECTION: "B" |
| **(AMERICA), INC.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE: (5) |

### WITNESS LIST

**NOW INTO COURT,** through undersigned counsel, comes Complainant, Barney Neyland, who submits that the following list of witnesses that may be called to testify at the trial of this matter, to wit:

1) Barney Neyland;

2) Dr. Daniel Johnson;

3) Dr. John J. Watermeier;

4) Glen Afard;

5) Master - Shao Jun Lin;

6) Medic - Kun You Gong;

7) Chief Officer - Chun Jiu Wang;

8) TTO foreman and superintendent identified only as "Ollie";

9) AB - Hui Dong Jiang;

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No.____
```

10) A representative of Technical Maritime Associates - Dan McKinnon and/or Ben Haveman - marine expert;

11) Representative(s) of Transocean Terminal Operators, Inc. including without limitation those who worked with complainant at the time of his accident and received the vesssel's Notice of Using Ship's Crane;

12) Representative(s) of Cosco Bulk Carrier Co., Ltd.;

13) Fourth engineer - Ying Jie Hao;

14) Third officer - Yong Ming Yang;

15) Custodian of medical records/billing offices of all medical facilities and/or providers listed herein;

16) Expert witness regarding safety and/or metallurgy;

17) Any witness needed to identify and/or authenticate a document to be entered into evidence;

18) Representative(s) from complainant's previous employers;

19) Representative(s) of all health care providers of complainant for purposes of authentication of documents, medical records and bills;

20) Any witness listed by any other party;

21) Complainant reserves the right to add to and/or otherwise revise the foregoing list of witnesses as additional information may become available and/or as additional discovery may disclose and/or require due to the nature of this case;

Respectfully submitted,

DISCON LAW FIRM, L.L.C.

BY: _____
THOMAS M. DISCON, T.A. #14219
JOHN G. DISCON, #4961
SCOTT G. DISCON, #20167
424 N. Causeway Boulevard, Suite A
Mandeville, Louisiana 70448
Telephone: (985) 674-9748
Attorneys for Complainant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 6th day of June, 2005.

THOMAS M. DISCON