MINUTE ENTRY
CHASEZ, M.J.
JULY 26, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARNEY NEYLAND, ET AL.                    CIVIL ACTION

VERSUS                                    NUMBER: 00-0106

HYUNDAI MERCHANT MARINE (AMERICA)         SECTION: "B"(5)
INC., ET AL.

    A settlement conference was conducted in the above matter this date.

    PRESENT:  James Roussel, Collins Rossi, Tom Discon

    The Court has been advised by the parties that the above captioned matter has been resolved.

    A 60 day order will be forwarded to the District Judge for signature.

                               ALMA L. CHASEZ
                      UNITED STATES MAGISTRATE JUDGE

MJSTAR: / :45

Fee_____
Process_____
X / Dktd_____
__ CtRmDep_____
__ Doc. No._____