

UNITED STATES DISTRCT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION NO. 00-0106 |
| VERSUS | * | SECTION B(5) |
| HYUNDAI MERCHANT MARINE (AMERICA), INC. | * | JUDGE IVAN L.R. LEMELLE<br>MAGISTRATE ALMA L. CHASEZ |

* * * * * * * * * * * * * *

## MOTION TO DISMISS INTERVENTION

**NOW INTO COURT**, through undersigned counsel, comes **TRANSOCEAN TERMINAL OPERATORS, INC.**, and **AMERICAN LONGSHORE MUTUAL ASSOCIATION, LTD.**, Intervenors in the above referenced matter, who wish to dismiss, without prejudice, their Intervention in the above captioned matter.

All parties have been contacted with regard to this dismissal and have no objection thereto.

Accordingly, Intervenors, **TRANSOCEAN TERMINAL OPERATORS, INC.** and the **AMERICAN LONGSHORE MUTUAL ASSOCIATION, LTD.**, pray that their Intervention in the above referenced matter be dismissed, without prejudice, each party to bear their own costs.

*-- signature on following page --*



Respectfully submitted,

_____
**COLLINS C. ROSSI – Bar Roll No. 1573**
P. O. Box 4750
Covington, LA 70434-4750
Telephone: (985) 893-8730
**COUNSEL FOR INTERVENORS TRANSOCEAN TERMINAL OPERATORS, INC. and the AMERICAN LONGSHORE MUTUAL ASSOCIATION, LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **MOTION TO DISMISS INTERVENTION** has been served on counsel for Claimant herein by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 27th day of July, 2005.

_____
**COLLINS C. ROSSI – Bar Roll No. 1573**