UNITED STATES DISTRCT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG -2 PM 1: 10

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| BARNEY NEYLAND | * | CIVIL ACTION NO. 00-0106 |
| VERSUS | * | SECTION B(5) |
| HYUNDAI MERCHANT MARINE (AMERICA), INC. | * | JUDGE IVAN L.R. LEMELLE |
| | * | MAGISTRATE ALMA L. CHASEZ |

## ORDER

IT IS HEREBY ORDERED that the Intervention filed by **TRANSOCEAN TERMINAL OPERATORS, INC.**, and **AMERICAN LONGSHORE MUTUAL ASSOCIATION, LTD.** be and is hereby dismissed, each party herein to bear its own costs of court.

New Orleans, Louisiana, this 1st day of August, 2005.

_____
JUDGE