

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | **CIVIL ACTION NO.: 00-106** |
| | * | |
| **VERSUS** | * | **SECTION "B"** |
| | * | |
| **HYUNDAI MERCHANT MARINE (AMERICAN), INC.** | * | **MAGISTRATE: (5)** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Barney Neyland and Sea Mild Shipping, Inc., COSCO Bulk Carriers Co., Ltd. and West of England Shipowners Mutual Insurance Association (Luxembourg) (collectively "COSCO") and file this their Motion to Dismiss, with prejudice.

The parties represent to the Court that this matter has settled and therefore request that it be dismissed, with prejudice, with each party bearing his own costs.

NO:86236v1         -1-

Fee_____
Process_____
X  Dktd_____
✓  CtRmDep_____
Doc. No._____

Respectfully submitted,

By: _____
THOMAS DISCON, TA
424 N. Causeway Blvd., Suite A
Mandeville, LA 70448
Telephone: 800-690-6435

Attorney for Barney Neyland

By: _____
JAMES H. ROUSSEL, T.A.
NYKA M. SCOTT
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170
Telephone: 504-566-5200
Facsimile: 504-636-3912

Attorneys for Sea Mild Shipping, Inc.,
COSCO Bulk Carriers Co., Ltd. and West of
England Shipowners Mutual Insurance
Association (Luxembourg)

## CERTIFICATE OF SERVICE

I, do hereby certify, that I have on this the ____ day of _____, 2005, served a copy of the foregoing on all counsel of record by mail and/or facsimile on all counsel of record.

_____

NO:86236v1

-2-