

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARNEY NEYLAND** | * | CIVIL ACTION NO.: 00-106 |
| | * | |
| **VERSUS** | * | SECTION "B" |
| | * | |
| **HYUNDAI MERCHANT MARINE (AMERICAN), INC.** | * | MAGISTRATE: (5) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING the above and foregoing Joint Motion to Dismiss, it is

HEREBY ORDERED, ADJUDGED AND DECREED, that the Joint Motion to Dismiss with prejudice is well taken and hereby GRANTED;

SO ORDERED this the 24th day of October, 2005.

_____
U.S. DISTRICT COURT JUDGE

NO:86236v1                    -3-

```
__ Fee
__ Process
 X  Dktd
 √  CtRmDep
__ Doc. No.
```